ORIGINAL
(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Roland C. Anderson

(Name of Plaintiff or Plaintiffs)

v.

General Motors

(Name of Defendant or Defendants)

CIVIL ACTION NO. 05-877

FILED 2005 DEC 19 AM 9:27
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COMPLAINT

1. This action is brought pursuant to **Title VII of Civil Rights Act of 1964**
   (Federal statute on which action is based)
   for discrimination related to **Race (Black)** jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)

   _____
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at **Roland C. Anderson    113 Lloyd Str.**
                                                (Street Address)
   **Wil.     N/C     Del.     19804**
   (City)    (County)  (State)  (Zip Code)
   **(302) 994-0919**
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at **General motors 901 Boxwood Rd.**
                                                                (Street Address)
   **Wil.     N/C     Del.     19804**
   (City)    (County)  (State)  (Zip Code)

4. The alleged discriminatory acts occurred on **15**, **April**, **2005**
                                               (Day)  (Month)  (Year)

5. The alleged discriminatory practice  ☒ is   ☐ is not continuing.

6. Plaintiff(s) filed charges with the __EEOC__   __Phila. District office__
   (Agency)
   __The Bourse 21 S. Fifth St., Suite 400 - Phila, PA. 19106-2515__
   (Street Address)   (City)   (County)   (State)   (Zip)
   regarding defendant(s) alleged discriminatory conduct on: __April 10-05__
   (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?   Yes ☒   No ☐
   If yes, to whom was the appeal taken? __Mrs. Marie M. Tomasso Dist. Director__

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)
   __I Tried to Apply for A Job in March 2005.__
   __I was Not given An Application, and Told that the Plant__
   __was not Hiring. On or About April 15, 2005 I Learned,__
   __From Individuals, that Respondent was Hiring.__
   __Also because of my Age 52. to believe the defendent__
   __listed me as Terminated - (Actually I was laid off)__
   __it also Has Had Retaliatory effect of my being denied__
   __benefits to which I Am entitled. (Also see EFA - more Information)__

10. Defendant's conduct is discriminatory with respect to the following:
    A. ☒ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin

11. Plaintiff prays for the following relief: (Indicate the exact relief requested)

Job, and for pain / Suffering and last me, As Laid-off state instead of Terminated

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Dec. 15, 05

*Roland C. Anderson*

(Signature of Plaintiff)