IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROLAND ANDERSON,             )
                             )
        Plaintiff,            )
                             )
    v.                       )   Civil Action No. 05-877-JJF
                             )
GENERAL MOTORS,              )
                             )
        Defendant.           )

## ORDER

At Wilmington this 3 day of January, 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

/s/ Joseph Farnan
United States District Judge