In The United States District Court
for The District of Delaware

Roland Anderson
v.                                  NO. 05-877-JJF
General Motors

Motion To Stay/Civil Action

Reason are, I Refile for Reconceration of This Case With EEOC. Because EEOC Improbly Investigated This Case, As you know, it was with my charge file on Dec. 19-04. The will beg Avise to there Answer.

Thank you
Roland C. Anderson
113 Lloyd St.
Wil. Del. 19804

cc:
EEOC

FILED
JAN 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Ronald C. Anderson
113 Lloyd St.
Wil. Del. 19804

Office of The Clerk
United States District Court
844 N. King Street, LockBox 18
Wil. Del. 19801-3370