IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROLAND C. ANDERSON,                )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )  Civ. No. 05-877-JJF
                                   )
GENERAL MOTORS,                    )
                                   )
        Defendant.                 )

### ORDER

WHEREAS, Plaintiff proceeds pro se and has been granted leave to proceed in forma pauperis (D.I. 4);

WHEREAS, the complaint is in the process of being served by the U.S. Marshal Service;

WHEREAS, on January 11, 2006, Plaintiff filed a motion to stay on the basis that he filed a motion for reconsideration with the EEOC and for other reasons that are otherwise unintelligible (D.I. 5);

THEREFORE, at Wilmington this 17 day of March, 2006, IT IS ORDERED that the motion to stay (D.I. 5) is **DENIED WITHOUT PREJUDICE** with leave to refile following service, entry of appearance and responsive pleading by Defendant

UNITED STATES DISTRICT JUDGE