IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROLAND C. ANDERSON :
:
vs. : CN. NO. 05-877-JJF
:
GENERAL MOTORS :
:

**MOTION FOR REQUIREMENT**
**of ORDER DATE 17 OF MARCH 2006 COURT**

WHEREAS, on January 11, 2006, I filed a Motion to Stay on the basis that I filed a Motion for Reconsideration with the EEOC for not properly investigating the hire information needed to answer to my complain which is still under investigation. would be injustice to the March 17, 2006 Order and to leave the Defendant appearance and responsive pleading by the Defendant.

Reason stated above, I would like this court to reconsider because the investigation is still in the process stages for the Interest of Justice. Reasons are: EEOC never investigated the Hires; at G.M., but from a letter sent to them from G.M. I spoke to official enforcement who advised me that they have the list and I am still waiting under the (Freedom of Information Act).

I am presently speaking to Department of Civil Rights about this case, information and the EEO processing. This is my motion to stay because of the violations (EEOC).



FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mari M. Tomasso/Legal Department
Page 2

Thank you,

*Roland C. Anderson* (signature)

Roland C. Anderson
113 Lloyd Street
Wilmington, DE 19804

cc: District Court of State of Delaware
    EEOC - Washington, DC
    G. M Boxwood R.d, STate Dol,
    Dept. of Justice Washington, D.C.

P.S. Child support has all the dates of G.M. new hires, but I am not entitled to receive - but EEOC can but choose not to investigate.