IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND C. ANDERSON | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-877-JJF |
| | : |
| GENERAL MOTORS, | : |
| | : |
| Defendant. | : |

O R D E R

WHEREAS, Plaintiff filed a Motion For Requirement Of Order Date 17 Of March 2006 Court (D.I. 8), which the Court interprets as a Motion To Reconsider the Court's Order dated March 17, 2006 (D.I. 7);

WHEREAS, the Court's March 17 Order denied without prejudice Plaintiff's Motion To Stay (D.I. 5) with leave to refile following service, entry of appearance and responsive pleading by Defendant;

WHEREAS, Defendant has not yet entered an appearance or filed a responsive pleading;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion (D.I. 8) is **DENIED**.

June 8, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE