# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Roland C. Anderson
_____

DISTRICT COURT DOCKET NUMBER: CA. NO. 05-877JJF

v.

General motors
_____

DISTRICT COURT JUDGE: Joseph FARNAN

Notice is hereby given that _Roland C. Anderson_
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,
[ ] Other (specify) _Denied my motion — to stay, because EEOC Improly Investigated my claim, EEOC never Investigated GM New Hires,_

entered in this action on _June 8, 2006_
(date)

DATED: _July 5, 06_

_____
(Counsel for Appellant-Signature)

_____
(Name of Counsel - Typed)

_____
(Address)

_____
(Telephone Number)

unknown. But There Address
G.M Boxwood Rd.
Wil. Del. 19804
(Counsel for Appellee)

_____
(Address)

_____
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.