IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

Roland C. Anderson,
        Plaintiff

    vs.

General Motors,
        Defendant

CIVIL ACTION NO.: 05-877-SSC

FILED
AUG 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**MOTION FOR A DEFAULT JUDGMENT**

SO Scanned

(1) As of June 8 Order of Judge Farnn where as this date July 28, 2006, the Defendant never and according to the Judge states whereas, Defendant has not yet entered and appearance or filed a responsive pleading. (See Order of June 5, 2006, EX. A).

(2) Department of Justice United States Marshall Service.
    (a) Process Receipt and return
    (b) March 30, 2006 (Filed)
    (c) Name and title of individual served.

Terry Tyndall, peples, systems admin. (Date of service was March 29, 2006; time 14:37 p.m.).
    (d) Signature of U.S. Marshal or Deputy. Copy attached to process EX. B.
        (1) Clerk of this Court. The law is clear, the Defendant has 20 dates to respond –s- but failed to respond according to law.

PaperDocuments

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00877-JJF
### Internal Use Only

Anderson v. General Motors
Assigned to: Honorable Joseph J. Farnan, Jr.
Related Cases: 1:03-cv-00275-JJF
                 1:98-cv-00040-JJF
                 1:98-cv-00045-JJF
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 12/19/2005
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Roland C. Anderson**     represented by **Roland C. Anderson**
Roland C. Anderson, Pro Se
113 Lloyd St.
Wilmington, DE 19804
PRO SE

V.

**Defendant**

**General Motors**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Roland C. Anderson. (els, ) (Entered: 12/20/2005) |
| 12/19/2005 | 2 | COMPLAINT filed against General Motors - Magistrate Consent Notice to Pltf. - filed by Roland C. Anderson. (Attachments: # 1 Exhibits # 2 Civil Cover Sheet)(els, ) (Entered: 12/20/2005) |
| 12/20/2005 | 3 | NOTICE of Personal Information re 2 Complaint, 1 MOTION for Leave to Proceed in forma pauperis (bad, ) (Entered: 12/20/2005) |
| 12/28/2005 |  | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 12/28/2005) |
| 01/04/2006 | 4 | ORDER granting request to proceed informa pauperis. Signed by Judge Joseph J. Farnan, Jr. on 01/03/2006. (dlk ) (Entered: 01/04/2006) |
| 01/11/2006 | 5 | MOTION to Stay - filed by Roland C. Anderson. (afb, ) (Entered: 01/12/2006) |
| 02/27/2006 | 6 | ORDER that the USM shall serve a copy of the complaint (D.I. 2) and |

| | | |
|---|---|---|
| | | this order upon Deft. as directed by Pltf. ; Signed by Judge Joseph J. Farnan, Jr. on 02/27/06. (afb, ) (Entered: 02/28/2006) |
| 02/28/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/28/2006) |
| 03/01/2006 | | Remark: Clerk sent to the USM for service copies of the Complaint (D.I. 1) and Order (D.I. 6) w/ USM 285 form for General Motors per D.I. 6. (afb, ) (Entered: 03/01/2006) |
| 03/17/2006 | 7 | ORDER that the 5 Motion to Stay is DENIED WITHOUT PREJUDICE with leave to refile following service, entry of appearance and responsive pleading by Deft.; Signed by Judge Joseph J. Farnan, Jr. on 03/17/06. (afb, ) (Entered: 03/20/2006) |
| 03/27/2006 | 8 | MOTION For Requirement Of Order Date 17 Of March 2006 Court - filed by Roland C. Anderson. (afb, ) (Entered: 03/29/2006) |
| 03/30/2006 | 9 | Return of Service Executed by Roland C. Anderson. General Motors served on 3/29/2006, answer due 4/18/2006. (afb, ) (Entered: 03/30/2006) |
| 06/08/2006 | 10 | ORDER that Pltf.'s 8 Motion for Reconsideration is DENIED. Signed by Judge Joseph J. Farnan, Jr. on 06/08/06. (afb, ) (Entered: 06/08/2006) |
| 07/05/2006 | 11 | NOTICE OF APPEAL to the USCA for the Third Circuit re 7 Order on Motion to Stay. Appeal filed by Roland C. Anderson. Filing fee $ 455. (afb, ) (Entered: 07/06/2006) |
| 07/05/2006 | 12 | MOTION for Leave to Appeal in forma pauperis - filed by Roland C. Anderson. (afb, ) (Entered: 07/06/2006) |
| 07/11/2006 | 13 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 11 Notice of Appeal filed by Roland C. Anderson,. USCA Case Number 06-3316. USCA Case Manager: Carmen M. Hernandez (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (ch1, ) (Entered: 07/11/2006) |
| 08/07/2006 | 14 | USCA Order Terminating Appeal pursuant to Rule 42(b), Federal Rules of Appellate Procedure as to 11 Notice of Appeal filed by Roland C. Anderson,. USCA Decision: Appeal Dismissed. (ch1, ) (Entered: 08/07/2006) |
| 08/07/2006 | | ***Set/Clear Appeal Flag (maw, ) (Entered: 08/18/2006) |