OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 23, 2006

TO: Roland C. Anderson
    113 Lloyd St.
    Wilmington, DE 19804

    **RE: Deficiency for Lack of Original Signature; 05-877(JJF)**

Dear Mr. Anderson:

    Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure.

    The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they ***must have an original signature***, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

    Your corrected filing, (please sign your certificate of service and provide a copy with an **original signature**) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                       Sincerely,

/bad                             PETER T. DALLEO
                                CLERK

cc: The Honorable Joseph J. Farnan, Jr.