5

## CERTIFICATE OF SERVICE

    I, Teresa A. Cheek, hereby certify that a copy of the foregoing Response to Motion for Judgment by Default was served by Certified Mail, Return Receipt Requested, on the following pro se plaintiff this 28th day of August, 2006:

        Roland C. Anderson
        113 Lloyd St.
        Wilmington, DE 19804

        /s/ *Teresa A. Cheek*_____
        Teresa A. Cheek (Del. Bar No. 2657)