IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROLAND C. ANDERSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-877-JJF |
| | ) | |
| GENERAL MOTORS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## WITHDRAWAL OF COUNSEL AND
## ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL

Sheldon N. Sandler and Teresa A. Cheek, of Young Conaway Stargatt & Taylor, LLP, withdraw as counsel for defendant General Motors Corporation, while Michael G. Busenkell and Margaret F. England of Eckert Seamans Cherin & Mellott, LLC hereby enter their appearance on behalf of General Motors Corporation.

Respectfully submitted,

| | |
|---|---|
| s/Sheldon N. Sandler | /s/ Michael G. Busenkell |
| Sheldon N. Sandler   Del. Bar No. 0245 | Michael G. Busenkell (Del. Bar No. 3933) |
| Teresa A. Cheek    Del. Bar. No. 2657 | Margaret F. England (Del. Bar No. 4248) |
| Young, Conaway, Stargatt & Taylor | Eckert Seamans Cherin & Mellott, LLC |
| The Brandywine Building | 300 Delaware Avenue, Suite 1360 |
| 1000 West Street, 17th Floor | Wilmington, DE 19801 |
| P.O. Box 391 | (302) 425-0430 |
| Wilmington, DE 19899-0391 | |
| (302) 571-6600 | |

-2-

and

David C. Vogel    Mo. Bar No. 45937
Michael A. Williams  Mo. Bar No. 47538
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684
Telephone: (816) 292-2000
Telecopier: (816) 292-2001

Attorneys for Defendant