## CERTIFICATE OF SERVICE

I, Michael G. Busenkell, hereby certify that a copy of the above and foregoing was served, by First Class United States Mail, Postage Prepaid, on the following counsel of record this 8th day of November, 2006.

Roland C. Anderson
113 Lloyd St.
Wilmington, DE  19804

/s/ Michael G. Busenkell
Michael G. Busenkell (Del. Bar No. 3933)