**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

TEL 302 425 0430
FAX 302 425 0432
www.eckertseamans.com

Margaret F. England
(302) 425-0430
mengland@eckertseamans.com

February 27, 2007

**BY HAND**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  *Roland C. Anderson v. General Motors*
     Consolidated C.A. No. 05-877-JJF

Dear Judge Farnan:

As you know, this law firm represents General Motors, a.k.a. General Motors Corporation, in the above referenced matter. This case is the consolidation of two cases filed by the same Plaintiff against the General Motors. Prior to consolidation, Plaintiff filed a Motion for Default Judgment (Doc. No. 15) and a number of other related pleadings in C.A. No. 05-877 (JJF). General Motors filed a response, including a proposed answer on August 28, 2006 (Doc. No. 17). No order granting or denying the Motion has been entered and argument on the Motion has not been scheduled. Counsel respectfully submits that the Motion is ripe for the Court's consideration.

Additionally, General Motors would request that this Court enter a scheduling order for this case so discovery can proceed accordingly.

Counsel is available at the Court's convenience should Your Honor have any questions or require any additional information.

Respectfully,

Margaret F. England

/jeb
cc:   Roland C. Anderson
      Michael Williams, Esquire

*U0005398*