In the United States District Court
for the District of Delaware

Roland C. Anderson  )  Civil Action No. 05-877 JJF
Vs.                 )
                    )
General Motors

RECEIVED
6 2007

Re: Roland C. Anderson V. General Motors

Dear Judge Farnan:

G.M. attorney is requesting oral argument on the motion; has not been scheduled. I reject their motion; reason it is a moot point — reason is, G.M. fail to answer pleading with in 20 days.

Policy basis holding as Ohio law does, that judgment enter by default are to be treated as if they had been fully adjudicated on the merit is simple; the need to have finality in judicial proceeding and simple fairness dictate that a person, who chooses not to defend an action should not later be given a second chance to litigate the merits of that cause of action In Re Stoddard, 248-B.R 111.

Your Honor on 9-15-06 G.M. admitted that U.S. Marshall serve the 285. Along with the complaint in this matter. C.A. 05-877-JJF G.M. fails to respond. Accordly to 20 days. Making their letter of Feb. 27-07, a moot point.

Certft. of Service

To: The Honorable Joseph J. Farnan Jr,
Unit States District court
District of Delaware
844 N. King Street
Wil, Del. 19804


Eckert Seamans + Cherin & Mellott LLC
300 Delaware Avenue Suite 1210
Wil. Del. 19801



Ronald E. Anderson
R3 Lloyd St.
Wilm. Del. 19804

To The Honorable Joseph S. Farnan Jr.
United States District Court
District of Delaware
844 N. King Street
Wilm. Del. 19801

U.S.M.S. X-RAY