# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Roland C. Anderson

v.

General Motors

DISTRICT COURT
DOCKET NUMBER: 1:05CV0877
(05-877)-JJF

DISTRICT COURT
JUDGE: Joseph J. Farnan, Jr.

2007 MAR 22 AM 10:50
FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

Notice is hereby given that __Roland C. Anderson__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on __3-1-07   DE-26__
(date)

Dated: _____

_____
(Counsel for Appellant-Signature)

PRO-SE
(Name of Counsel - Typed)

113 Lloyd Str.
(Address)

Wil. Del. 19804
(City, State Zip)

(302) 994-0914
(Telephone Number)

Michael Busenkell Esq.
(Counsel for Appellee)

300 Delaware Avenue
(Address)

Suite 1210 Wil. Del. 19801
(City, State Zip)

(302) 425-0430
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.