IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROLAND C. ANDERSON,               :
                                  :
            Plaintiff,            :
                                  :
     v.                           : Civil Action No. 05-877-JJF
                                  :
GENERAL MOTORS CORP.,             :
                                  :
            Defendant.            :

ORDER

At Wilmington, this 29 day of May 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Motion For Default Judgment (D.I. 15) is **DENIED**.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE