# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Roland C. Anderson

vs.    Civil Action No. 05-877-JJF

General Motors Corp.

Motion for Reargument
And
Motion for Request for Counsel

FILED
JUN -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned

    I request for counsel set forth in Tabran V. Grace, 6F.3d 147 (3d cir. 1993) enter tile of civil rights act.

    The Third Circuit developed a list of criteria to aid district courts in weighing whether to request a lawyer.

1. The Plaintiff's ability to present his or her own case (my answer). I am not a lawyer and know little of the law to represent myself for justice.

2. Court states Plaintiff has not met the <u>threshold</u> issue. He has not demonstrated that his discrimination claim has some arguable merit in fact and law.

Your Honor this is why I request a lawyer because I am not, but clearly DOL state that this claim come under title 411 of the Civil Rights Act of 1964. DOL attached. It is clear No. II/I overcome this initial hurdle (see DOL and their own investigation).

3. The difficulty of the particular legal issues, again I am not a lawyer and according to DOL investigation, it was discovering G.M. violated Title 7 and mislead DOL – see attached document. It is clear there are legal issues (Require a lawyer).

4. The degree to which factual investigation will be necessary and the ability of the Plaintiff to pursue investigation. (I feel I meet this hurdle as well as stated above). Your Honor in respect to this Court, I am not a lawyer to legal issues.

5. The Plaintiff is capacity to retain counsel on his or her own behalf.

Your Honor I try and try to get a lawyer and can get verification from or try to plus legal aid in which that do not do. This is why I requested counsel.

6. The extort to which a case is likely to turn on creditability, determination.

Your Honor clearly G.M. creditability is in question. I was never hired as a temporary worker nor terminated. Please see admit from Dave Bull to this Court to show I was an hourly worker.

Id. At I555-57 additional consider with respect to a Title 411 case are the efforts taken by a Plaintiff to obtain Counsel Plaintiff's financial ability to retain counsel.

Clearly I reached this hurdle as well for counsel. See Hich v. ABI Associates, Inc., 57ZZ F.2d960, 969 (3d cir. 1978), Coston v. Sears, Roebuck & Co, 556F.2d 1305, 1309 (5th Cir. 1977).

Your Honor on page 3 of your memorandum order you said based upon its investigation the EEOC is unable to conclude that the information obtained establishes violation of the statutes DOL investigation is attached shows G.M. violated their statute, copy attached.

You also said (I have some) legal system and ability to present his own case by making several filing. But you also said, has not met the threshold issue. Your Honor it is clear I am not a lawyer and need a lawyer to help me with other legal issues for my rights. But I was still denied for counsel and feel that I met their requirements for counsel. I am not a lawyer.

Thank you,

*Roland P. Anderson*

Roland C. Anderson
113 Lloyd Street
Wilmington, DE 19804

Cert. of Service:
The Honorable Judge Farnan
(Michael Basinkell, Wilmington, DE
one of attorney for Defendant



STATE OF DELAWARE DEPARTMENT OF LABOR
### DIVISION OF INDUSTRIAL AFFAIRS
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DE 19802
(302) 761-8200/ FAX: (302) 761-6601

## PRIVACY ACT STATEMENT

Dear Charging Party:

1. Please be advised that the information you have provided comes under the provisions of the Privacy Act of 1974, Public Law 93-579.

2. The authority for requesting the personal information contained herein are provided in 42 U.S.C. 2000e(9), 29 U.S.C. 201, 29 U.S.C. 621; and 19 Del. C. § 712(c).

3. The principal purpose of obtaining this information is to complete the Charge of Discrimination which will be verified by the Charging Party and served upon the Respondent. In some instances, witnesses' sworn statements may become relevant to determining the Charge of Discrimination.

4. These forms are used to initiate and investigate the Charge of Discrimination under the laws and to impeach or substantiate a witness's testimony.

5. Completion of the Verified Charge of Discrimination form is mandatory to initiate and process a Charge of Discrimination. Providing additional information on the verification form is optional. Failure to provide additional information has no effect on Department of Labor's ability to file and process the Charge of Discrimination.