# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

Roland C. Anderson

v.

General Motors Corp.

DISTRICT COURT DOCKET NUMBER: 05-877-JJF
(Appointment of Counsel & Default)

DISTRICT COURT JUDGE: Joseph J. Farnan Sr.

Notice is hereby given that __Roland C. Anderson__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on __May 29-07__
(date)

DATED: __May 29-07__

__Pro-say__
(Counsel for Appellant-Signature)

__Roland C. Anderson__
(Name of Counsel - Typed)

__N 3 Lloyd Str. W.A. Del.__
(Address)

__19804__

(Telephone Number)

__Michael Busenkell Esq.__
(Counsel for Appellee)

__300 Delaware Avenue__
(Address)

__Suite 1210 W.L. 19801__

__(302)-425-0430__

(Telephone Number)

**NOTE: USE ADDITIONAL SHEETS** if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.