Notice of Appeal
To
U.S. court of Appeals, Third circuit

Roland C. Anderson
vs.
General Motors

05CV-0877
for 07-1908

## motion to Stay - 15Amendment

I am filing motion to Stay however court processing until this Appeal has been Hear, for case No# 05CV08; Dist. court number - of 07-1908 pending order. The defendant fail to Answer with 9 days as well

Thank you
Roland C. Anderson
Roland C. Anderson
113 Lloyd St,
Wil., Del, 19809

cert. service
U.S. court of Appeals, Third circuit
Michael Busenkell Esq.
300 Del. Avenue
Suite 1210 Wil. 19801

Date June 11, 07