IN THE United States District Court
for the District of Delaware

Roland C. Anderson          ) Civil Action No. 05-877 JJF
        vs.                 )
General Motors Corp.        )

FILED
JUN 28 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05cv877 JJF

Motion for Judgment — for case (05-877 JJF)
Also 15A / Objection

On the following notice and transaction was entered by Busenkell Michael on 6/25/2007 at 4:37 PM EDT and filed on 6/25/07. Case number 1:06CV-669 — filed General Motors

Objection by G.M. Response to plaintiff motion to stay and for reconsider of the order denying entry of default judgement.

G.M. In Violation of Judge Farnan order of 2-22-07

Notice - The following transaction was entered on 2/23/2007 at 11:26 AM EST and file on 2/22/07

Case No: 1:06-CV669

Order that CA 06-669 is consolidated into CA 05-877. All pleading and documents shall be file ONLY in CA 05-877 (See order for details)
Sign by Honorable Judge Joseph J. Farnan J.
on 2/22/2007 (LSC). Ex A Attach. Page 3.

## Motions
1:05-cv-00877-JJF Anderson v. General Motors
APPEAL, LEAD, PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 6/11/2007 at 11:17 AM EDT and filed on 6/8/2007
**Case Name:**        Anderson v. General Motors
**Case Number:**   1:05-cv-877
**Filer:**                  Roland C. Anderson
**Document Number:** 36

**Docket Text:**
MOTION for Reconsideration re [34] Order - filed by Roland C. Anderson. (lec)


**1:05-cv-877 Notice has been electronically mailed to:**
Michael Busenkell mbusenkell@eckertseamans.com

**1:05-cv-877 Notice has been delivered by other means to:**

Roland C. Anderson
Roland C. Anderson, Pro Se
113 Lloyd St.
Wilmington, DE 19804

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/11/2007] [FileNumber=399972-0]
[6b608e57857ac492462dd918b6f12973e78da8af91262ec8623c963fc3642e8a8b43
beb990d83b7a5e4d74e1acef12017cba10ce0196874140b2bc77ea14f537]]

**Utility Events**
1:05-cv-00877-JJF Anderson v. General Motors
APPEAL, LEAD, PaperDocuments

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/11/2007 at 11:14 AM EDT and filed on 6/7/2007
**Case Name:**     Anderson v. General Motors
**Case Number:**   1:05-cv-877
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Set Briefing Schedule: re[35] MOTION for Reconsideration re [32] Memorandum Opinion. Answering Brief due 6/25/2007. (lec)

**1:05-cv-877 Notice has been electronically mailed to:**
Michael Busenkell mbusenkell@eckertseamans.com

**1:05-cv-877 Notice has been delivered by other means to:**

Roland C. Anderson
Roland C. Anderson, Pro Se
113 Lloyd St.
Wilmington, DE 19804

Case 1:05-cv-00877-JJF   Document 44   Filed 06/28/2007   Page 4 of 11

General motors miss deadlines in filing (CA No. 05-877-JJF) there response — see Judge Farnan order (detail) on 2/22/2007 — order states the following on Page 3 — (Quote) The Court will NOT accept pleading filed in Civil Action No: 06-669-JJF. Signed By The (Honorable Judge Joseph J. Farnan J.) EX A (See G.m Action for 06-669-JJF) EX B. (Making there response a moot point).

Thank you
Roland C. Anderson
113 Lloyd Str.
W.L. Del. 19804
(302) 994-0914

Cert. of service
To Honorable Judge Joseph Farnan
Michael Busenkell Esq.
300 Del. Avenue
Suite 1360
W.L. Del. 19801

Date
6-26-07

EX A

Order also

(S88-3)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND C. ANDERSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-877-JJF |
| GENERAL MOTORS, | : |
| Defendant. | : |

| | |
|---|---|
| ROLAND C. ANDERSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-669-JJF |
| GENERAL MOTORS, | : |
| Defendant. | : |

### O R D E R

Plaintiff Roland C. Anderson filed two lawsuits pursuant to 42 U.S.C. § 2000 et seq. as captioned above. In both cases Plaintiff proceeds pro se and was granted permission to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

The Complaints in Civil Action Nos. 05-877-JJF and 06-669-JJF, involve similar allegations of employment discrimination and retaliation against the same Defendant, General Motors. Federal Rule of Civil Procedure 42 provides for consolidation "[w]hen actions involv[e] a common question of law or fact. . .to avoid

unnecessary costs or delay." Fed. R. Civ. P. 42(a). "District courts have the inherent authority to order consolidation sua sponte." Plimpton v. Cooper, 141 F. Supp. 2d 573, 575 (W.D. N.C. 2001)(citing Pickle v. Char Lee Seafood, Inc., 174 F.3d 444 (4th Cir. 1999)). Both Complaints concern common questions of law and fact and are brought against the same Defendant.

At Wilmington this 22 day of February, 2007, IT IS THEREFORE ORDERED that:

1.  Civil Action Nos. 05-877-JJF and 06-669-JJF are **CONSOLIDATED** for all purposes.

2.  The caption of the Consolidated Action is as follows:

| | | |
|---|---|---|
| ROLAND C. ANDERSON, | : | |
| Plaintiff, | : | |
| | : | **CONSOLIDATED** |
| v. | : | Civil Action No. 05-877-JJF |
| | : | |
| GENERAL MOTORS, | : | |
| Defendant. | : | |

3.  The Complaint (D.I. 2) filed in Civil Action No. 05-877-JJF, and the Complaint (D.I. 2) filed in Civil Action No. 06-669-JJF, together will stand as the Complaint in this Consolidated Action.

4.  All documents previously filed to date in the cases consolidated herein are deemed filed and are part of the record

-2-

5

in the Consolidated Action.

    5.   Hereafter, Court pleadings and documents shall be filed **only** in Civil Action No. 05-877-JJF. The Court will not accept pleadings filed in Civil Action No. 06-669-JJF.

                                                  */s/ Joseph J. Farnan, Jr.*
                                        UNITED STATES DISTRICT JUDGE

*Order*

## Other Orders/Judgments
1:06-cv-00669-JJF Anderson v. General Motors
PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 2/23/2007 at 11:26 AM EST and filed on 2/22/2007
**Case Name:**     Anderson v. General Motors
**Case Number:**   1:06-cv-669
**Filer:**
**Document Number:** 11

**Docket Text:**
ORDER that CA 06-669 is CONSOLIDATED into CA 05-877. All pleadings and documents shall be filed ONLY in CA 05-877 (See Order for Details).. Signed by Judge Joseph J. Farnan, Jr. on 2/22/2007. (lec)

**1:06-cv-669 Notice has been electronically mailed to:**
Michael Busenkell mbusenkell@eckertseamans.com

**1:06-cv-669 Notice has been delivered by other means to:**

Roland C. Anderson
113 Lloyd St.
Wilmington, DE 19804

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/23/2007] [FileNumber=347746-0]
[84345bfc8d8bdf8d8c5186ae187b162042e8970bcddaf4de172ca7a1997325e6972e
0789235cc421322dccf83510e279cda200b7b3f1ab7c3abaa65f18c10b4c]]

Cerf. of Services

To Honorable Judge Joseph Forman J.,
of Dist. Court of the state of Delaware.

Micheal Busenkell
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1360
Wilmington, Del. 19801

Thank you
Ramel C. Anderson
1713 Lloyd Str,
Wil., Del. 19804
(302)-994-0914

Date 6-26-07

7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND C. ANDERSON, | ) |
|     Plaintiff | ) ) ) |
| v. | )   Civil Action No. 06-669 JJF |
| GENERAL MOTORS CORPORATION, | ) ) ) |
|     Defendant. | ) |

### RESPONSE TO PLAINTIFF'S MOTION TO STAY AND FOR RECONSIDERATION OF THE ORDER DENYING ENTRY OF DEFAULT JUDGMENT

Before this Court is plaintiff's Motion to Stay the proceeding while his appeal is pending before the Third Circuit Court of Appeals. Specifically, plaintiff is appealing[1] the Court's Order Denying the Motion for Default Judgment. Plaintiff is apparently also seeking the Court reconsider its Order Denying the Motion for Default Judgment. While GM does not object to the requested stay, GM strongly objects to any vague request that the Court reconsider it prior Order regarding the Motion for Default Judgment.

As this Court is aware, the Third Circuit does not favor the entry of defaults or default judgments, preferring instead that cases be decided on their merits. Therefore, "doubtful cases [are] to be resolved in favor of the party moving to set aside the default judgment." *United States v. $55,518.05*, 728 F.2d at 195. *See also Gross v. Stereo Component Systems, Inc.*, 700 F.2d 120, 122 (3rd Cir.1983). As such, this Court ruled that default was not warranted because plaintiff was not prejudiced by defendant GM's actions, GM had meritorious defenses to plaintiff's claims and there was insufficient evidence of culpability on the part of GM. Nothing in plaintiff's Motion contradicts any

CC 1910782v2



Roland C. Anderson
113 Lloyd St.,
Wil. Del. 19804

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wil. Del. 19801-3570