```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

ROLAND C. ANDERSON,                :
                                   :
                Plaintiff,         :
                                   :
     v.                            :  Civil Action No. 05-877-JJF
                                   :
GENERAL MOTORS CORP.,              :
                                   :
                Defendant.         :

### ORDER

    WHEREAS, on June 7, 2007, Plaintiff filed a Motion For Reconsideration (D.I. 35) of the Court's Memorandum Opinion and Order denying Plaintiff's Motion For Default Judgment (D.I. 32), and on June 8, 2007, Plaintiff filed a Motion For Reconsideration (D.I 36) of the Court's Memorandum Order denying Plaintiff's request for appointment of counsel (D.I. 34);

    WHEREAS, the purpose of granting a motion for reconsideration is to correct manifest errors of law or fact, present newly discovered evidence, or to prevent manifest injustice. Harsco Corp. v. Zlotnicky, 176 F.3d 669, 677 (3d Cir. 1999); North River Ins. Co. v. CIGNA Reins., 52 F.3d 1194, 1218 (3d Cir. 1995);

    WHEREAS, Plaintiff has not identified an error of law or fact, newly discovered evidence, or manifest injustice sufficient to allow the Court to grant the motions for reconsideration;

    WHEREAS, with respect to Plaintiff's request for appointment of counsel, the Court has very limited authority concerning "appointment" of counsel, and in fact, by statute the Court may

only "request" an attorney to represent a party (28 U.S.C. § 1915(e)(1) (providing that "[t]he court may request an attorney to represent any person unable to afford counsel"); <u>Montgomery v. Pinchak</u>, 294 F.3d 492, 498 (3d Cir. 2002));

    NOW THEREFORE, IT IS HEREBY ORDERED that the Motions For Reconsideration (D.I. 35, 36) are **DENIED**.

August 16, 2007

                                              _/s/ Joseph J. Farnan_
                                           UNITED STATES DISTRICT JUDGE