**AMENDED** CLD-309                                                                                                  July 19, 2007

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **07-1908**

ROLAND C. ANDERSON

    VS.

GENERAL MOTORS

    (D. Del. Civ. No. 05-cv-00877)

Present:        RENDELL, SMITH AND JORDAN, <u>CIRCUIT JUDGES</u>.

        Submitted are:

        (1)    By the Clerk for possible dismissal due to a jurisdictional defect;

        (2)    Appellant's motion for appointment of counsel; and

     **\*(3)**    **Appellant's motion for default and for LAR 33.0 Appellate Mediation Program for panel review; filed July 30, 2007**
        in the above-captioned case.

        Respectfully,

        Clerk

MMW/JSN/slc

_____ORDER_____

This Court generally lacks jurisdiction over appeals from district court orders that do not dispose of all claims and all parties involved in the litigation. <u>See</u> <u>In re Good Deal Supermarkets, Inc.</u>, 528 F.2d 710, 712 (3d Cir. 1975) (citing 28 U.S.C. § 1291; Fed. R. Civ. P. 54(b)).  We do not have jurisdiction over this appeal because the challenged order did not dispose of the claim

asserted in Appellant's complaint and there are no special circumstances warranting an immediate appeal. We therefore dismiss the appeal and deny the foregoing motions as moot.



By the Court,

/s/ Kent A. Jordan
Circuit Judge

Dated: August 22, 2007
SLC/cc: Mr. Ronald C. Anderson
       Michael Busenkell, Esq.

Marcia M. Waldron, Clerk