United STAtes Courts of Appeals for the THird circuit

Roland C. Anderson
VS.
General motors

> Lower Court NO# 05-CV 0877 JJF
> THird circuit – NO# 07-1908

MOTION to STAy

I'Am Filing motion to STAy lower court proceeding In clude all events in Case NO# 07-1908 From Lower court orders or opeions for case 05-CV 0877 until this case HAs been hear on enBANC – LAR 18.0 STAy pening Review. Copy of STAtue Attach.

THank you
Roland C. Anderson
113 Lloyd STR.
Wil. Del. 19804

Date Aug 26, 07



## LAR 18.0 STAY PENDING REVIEW

### 8.1 Stay of an Order or Decision of an Agency

An application to this court for stay of the judgment or order of an agency pending eview, for approval of a supersedeas bond, or for an order suspending, modifying, restoring, or ranting an injunction during the pendency of an appeal shall include a copy of the relevant udgment, decision, or order of the agency and any accompanying opinion. Failure to do so shall e grounds for dismissal of the motion.

| | |
|---|---|
| Source: | 1988 Court Rules 11.2, 11.4 |
| Cross-references: | FRAP 8, 18, 27; 3rd Cir. LAR 27.0 |
| Committee Comments: | No substantive change from prior Court Rules 1.2 or 11.4 is intended. |

Roland C. Anderson
113 Lloyd STR.
Wil. Del. 19804

U.S.
X-RAY

WILMINGTON DE 197
27 AUG 2007 PM 3 L

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wil. Del. 19801-3575

USA 41

19801$3519 C012