BLD-354                                                                                   August 23, 2007

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **07-2771**

ROLAND C. ANDERSON
    VS.
GENERAL MOTORS
    (D. Del. Civ. No. 05-cv-00877)

Present:  MCKEE, FUENTES AND VAN ANTWERPEN, <u>CIRCUIT JUDGES</u>.

    Submitted are:

    (1)    By the Clerk for possible dismissal due to a jurisdictional defect; and

    (2)    Appellant's response in the above-captioned case.

                            Respectfully,

                            Clerk

MMW/JSN/slc

_____ORDER_____

This Court generally lacks jurisdiction over appeals from district court orders that do not dispose of all claims and all parties involved in the litigation.  See <u>In re Good Deal Supermarkets, Inc.</u>, 528 F.2d 710, 712 (3d Cir. 1975) (citing 28 U.S.C. § 1291; F<small>ED</small>. R. C<small>IV</small>. P. 54(b)).  The District Court's order denying Appellant's motion for default judgment is not appealable at this time because the order did not end the litigation and there are no special circumstances warranting an immediate appeal.  We therefore dismiss the appeal for lack of jurisdiction.

                                      By the Court,

                                      /s/ Julio M. Fuentes
                                      Circuit Judge

**A True Copy:**

Dated: September 13, 2007
SLC/cc: Roland C. Anderson
       Michael A. Williams, Esq.

Marcia M. Waldron, Clerk