# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Roland C. Anderson

v.

General Motors

DISTRICT COURT
DOCKET NUMBER: 05CV0877

DISTRICT COURT
JUDGE: FARNAN

Notice is hereby given that __Roland C. Anderson__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on __Aug 16, 07__.
(date)

DATED: __Sept, 10-07__

__Roland C. Anderson__
(Counsel for Appellant-Signature)

__Pro-Say__
(Name of Counsel - Typed)

__1134 Lloyd Str,__
(Address)

__Wil. Del, 19804__

__(302)-994-0914__
(Telephone Number)

FILED
SEP 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

no scanned

__Michael Besenkell Esq:__
(Counsel for Appellee)

__300 Del. Avenue__
(Address)

__Suite 1210 - Wil. Del.__

_____
(Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

Roland C. Anderson
113 Lloyd Str.
Wil. Del. 19804



United States District Court
District of Delaware
844 N. King Street
Wil. Del. 19801