United States Courts of Appeals for the Third circuit

Roland C. Anderson  }   Lower Court No# 05-CV0877 JJF
vs,                  }   Third circuit - No# 07-1908
General motors       }                              (49)

## Motion to Stay

I'Am Filing motion to stay lower court proceeding Include all events in case No# 07-1908 From Lower court orders or opinions for case 05-CV0877 until this case Has been heard on enbanc - LAR 18.0 Stay pening Review. Copy of status Attach. Also motion for continues for fact discovery.

Thank you
Roland C. Anderson
113 Lloyd Str.
Wil. Del. 19804

**ORIGINAL**

Date Aug 26, 07



CLERK... DISTRICT OF DELAWARE
SEP 10 10 41 AM '07
FILED

3RD CIRCUIT LOCAL APPELLATE RULES                January 1, 2002 - Page 11

## LAR 18.0  STAY PENDING REVIEW

### 18.1  Stay of an Order or Decision of an Agency

An application to this court for stay of the judgment or order of an agency pending review, for approval of a supersedeas bond, or for an order suspending, modifying, restoring, or granting an injunction during the pendency of an appeal shall include a copy of the relevant judgment, decision, or order of the agency and any accompanying opinion. Failure to do so shall be grounds for dismissal of the motion.

Source:              1988 Court Rules 11.2, 11.4

Cross-references:    FRAP 8, 18, 27; 3rd Cir. LAR 27.0

Committee Comments:  No substantive change from prior Court Rules 1.2 or 11.4 is intended.

Cerf. of service

District court of Delaware
The Honorable Judge Farnan

Michael Busenkell Esq.
300 Del. Avenue
Suite 1210
Wil. Del. 19801

United States court of Appeals

Thank you
Roland C. Anderson

Date
Aug-26-07