In The United States District Court of Delaware

Roland C. Anderson
  Vs,                    05 CV 0877
General Motors

Motion to Dismiss His order for
A deposition R. 30.1 / Also R. 26 — P. 37

Rule 30.1 States — for <u>Reasonable notice for taking depositions</u> unless otherwise ordered by the Court, "Reasonable Notices" for the Taking of depositions under Fed. R. Civ. P. 30(b)(1) Shall be not <u>LESS</u> than five days.
EXA R. 30.1 Attach.

Judge FARNAN   order was on Aug. 16, 07.  I Receive A VIA-FedEx From Att. MICHAEL A. WILLIAMS which States on Sept. 7, 2007.

AS SOON AS PRActical we need to get some dates for your deposition during the month of Sept. to be Taken at the offices of our local counsel in WIL. — see Letter Attach 8+B. Att. MICHAEL A. WILLIAMS miss the Deadline. Also he never notifies the court R. 26

Cert. of Service
District court of Del.
Michael A Williams Esq.

Thank you
Roland C. Anderson
113 Lloyd St,
Wil. Del. 19804

Rule 23.1      LOCAL DISTRICT COURT CIVIL RULES

## IV. PARTIES.

### Rule 23.1. Designation of "Class Action" in the caption.

In any case sought to be maintained as a class action, the complaint, or other pleading asserting a class action, shall include next to its caption, the legend "Class Action."

**Source.** — Model Local Rule 23.1.

## V. DEPOSITIONS AND DISCOVERY.

### Rule 26.1. Form of certain discovery papers and permissible number of requests.

(a) *Sequential numbering.* The parties shall number each interrogatory, request, answer, response, or objection sequentially, regardless of the number of sets of interrogatories or requests.

(b) *Permissible number of interrogatories, document requests, requests for admission and depositions.* Unless otherwise ordered by the Court, there shall be no limitation upon the permissible number of document requests, requests for admission, or depositions, but no party shall propound more than 50 interrogatories to any other party. Each subpart shall be counted as a separate interrogatory.

(c) *Form of responses.* The party answering, responding, or objecting to written interrogatories, requests for production of documents or things, or requests for admission served pursuant to Rules 33, 34 or 36 of the Federal Rules of Civil Procedure may state any general objections and then shall quote each such interrogatory or request in full immediately preceding the statement of any answer, response, or objection thereto.

**Source.** — Model Local Rule 26.1; former Delaware Local Rule 26.1 with revisions.

### Rule 26.2. Confidentiality.

If any documents are deemed confidential by the producing party and the parties have not been able to agree on an appropriate protective order, until a protective order is in effect, disclosure should be limited to members and employees of the firm of trial counsel who have entered an appearance, and, where appropriate, have been admitted *pro hac vice.* Such persons are under an obligation to keep such documents confidential and to use them only for purposes of litigating the case.

**Source.** — Former Local Rule 26.2.

### Rule 30.1. Reasonable notice for taking depositions.

Unless otherwise ordered by the Court, "reasonable notice" for the taking of depositions under Fed. R. Civ. P. 30 (b) (1) shall be not less than five days.

**Source.** — Former Delaware Local Rule 4.3A (first sentence).



# LATHROP & GAGE

MICHAEL A. WILLIAMS
(816) 460-5562
EMAIL: MWILLIAMS@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

BUILDING 82, SUITE 1000
10851 MASTIN BOULEVARD
OVERLAND PARK, KANSAS 66210-1669
(913) 451-5100, FAX (913) 451-0875

September 7, 2007

**VIA FEDEX**

Roland C. Anderson
113 Lloyd St.
Wilmington, DE 19804

Re: Anderson v. GM

Dear Mr. Anderson:

As soon as practical, we need to get some dates for your deposition during the month of September to be taken at the offices of our local counsel in Wilmington.

Thank you for your time and prompt attention to this matter. If we do not receive dates from you on or before September 14, 2007, we will have to proceed with noticing up the deposition.

Very truly yours,

LATHROP & GAGE L.C.

By: *Michael Williams*

Michael A. Williams

:raf

CC 1935178v1

**Change Your Expectations.**

KANSAS CITY • OVERLAND PARK • ST. LOUIS • JEFFERSON CITY • SPRINGFIELD • BOULDER • WASHINGTON D.C. • NEW YORK • DENVER • CLAYTON

(7) The officer before whom the deposition is taken shall then identify himself or herself and swear the deponent on the record.

(b) **Conclusion.** At the conclusion of the deposition, the operator shall state on the record that the deposition is concluded. When the length of the deposition requires the use of more than one electronic file or recorded media, the end of each file or recorded media and the beginning of each succeeding file or recorded media shall be announced on the record by the operator.

(c) **Timing by Digital Clock.** The deposition shall be timed by a digital clock on the record which shall record and show continually each hour, minute and second of the deposition.

(d) **Custody.** Counsel for the party taking the deposition shall take custody of and be responsible for the safeguarding of the recorded media. The custodian shall permit the viewing of the electronic file or recorded media, and shall provide a copy of such upon the request and at the cost of a party.

RULE 30.5. **Original Deposition Transcripts.**

It shall be the duty of the party on whose behalf the deposition was taken to make certain that the officer before whom it was taken has delivered the original transcript to such party.

RULE 30.6. **Depositions Upon Oral Examination.**

From the commencement until the conclusion of deposition questioning by an opposing party, including any recesses or continuances, counsel for the deponent shall not consult or confer with the deponent regarding the substance of the testimony already given or anticipated to be given, except for the purpose of conferring on whether to assert a privilege against testifying or on how to comply with a court order.

RULE 37.1. **Discovery Motions to Include the Discovery at Issue.**

Any discovery motion filed pursuant to Fed. R. Civ. P. 26 through 37 shall include, in the motion itself or in a memorandum, a verbatim recitation of each interrogatory, request, answer, response, or objection which is the subject of the motion or shall have attached a copy of the actual discovery document which is the subject of the motion.

## VI. TRIALS

RULE 38.1. **Notation of "Jury Demand" on the Pleading.**



Roland R. Anderson
113 Lloyd St.
W.l., Del. 19804

SEP 25 2007
WILMINGTON DE

The Honorable Joseph J. Farnan Jr.
United States District Court for the District of
Delaware
844 N. King Street, Rm 4209
Lock Box 27
Wil., Del. 19801