IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND C. ANDERSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-877-JJF |
| | : |
| GENERAL MOTORS CORP., | : |
| | : |
| Defendant. | : |

### O R D E R

WHEREAS, Defendant General Motors Corporation filed a Motion For Extension Of Time (D.I. 62) requesting the Court to extend discovery in this case until November 8, 2007, and extend the deadline for filing dispositive motions until December 8, 2007;

WHEREAS, under the current Scheduling Order, discovery closed on October 12, 2007 and dispositive motions are due November 9, 2007;

WHEREAS, Plaintiff's deposition is currently scheduled for October 24, 2007, and Plaintiff objects to the taking of his deposition and opposes the Motion For Extension Of Time;

WHEREAS, the Court finds that the request for extension of time is reasonable and will not unduly delay this action or prejudice Plaintiff, and in fact, the extension of time is necessary to avoid prejudice to Defendant who is entitled to depose Plaintiff in connection with the allegations raised by Plaintiff in this action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Defendant's Motion For Extension Of Time (D.I. 62) is **<u>GRANTED</u>**.

2. The discovery deadline in this case is extended up through and including **Thursday, November 8, 2007.**

3. Dispositive motions shall be filed no later than **Friday, December 7, 2007.**

<table>
<tr><td>October 23, 2007<br>DATE</td><td>/s/ Joseph J. Farnan Jr.<br>UNITED STATES DISTRICT JUDGE</td></tr>
</table>