In The United States District Court

Roland C. Anderson    )  C.A 05-877JJF
v.                    )
General Motors Corp.  )

ORIGINAL

Motion for Extension

For deposition of Tyndall Torry, which was stated by Mr. William on Oct 19, 2007 – Mr. Tyndall will not be available until at least December for deposition until that time. So therefor I'am also requesting time – where as I'am requesting extension for discovery at least Dec, 07 as soon as, Mr. William give me a time for Tyndall, date and time – then I will file a notice for his deposition.
(Extension for Discovery and Dispositive)
(sometime in Dec, 2007 –) Mr. William hasn't give me date or time.

Thank you
Roland C. Anderson
1134 Oak Str.
Wiz. Del, 19804
302-994-0919

Cert. of service

Honorable Judge Farnan
Michael A. William Esq.
Bld. 82
10851 Mastin Blvard
Overland Park, Kansas City.
101669

Date Oct. 23-07

2007 OCT 24 PM 2:40
FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE