IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND C. ANDERSON, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-877 JJF |
| | ) |
| GENERAL MOTORS CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael A. Williams of Lathrop & Gage L.C. to represent defendant General Motors Corporation in this matter.

October 26, 2007

ECKERT SEAMANS CHERIN & MELLOTT, LLC

/s/ *Michael G. Busenkell*
Michael G. Busenkell (No. 3933)
Margaret F. England (Bar No.: 4248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430 (telephone)
(302) 425-0432 (facsimile)

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and Kansas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Motion.

Michael A. Williams
Lathrop & Gage L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri   64108-2684

*U0009967*