En The United States District Court

Roland C. Anderson ) C.A 05-877JJF
v. )
 )
General Motors Corp. )

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 OCT 30 PM 2:46

Motion for Extension

for deposition of Tyndall Terry, which was stated by Mr. William on Oct 17, 2007 - Mr. Tyndall will not be Available until at least December for deposition until that time. So there for I'am Also Requesting time - where as I'am Requesting extension for discovery at least Dec. 07 as soon as Mr. William give me a time for Tyndall, Date and Time - then I will file a motion for His Deposition
(Extension for Discovery and Dispositive) (sometime in Dec. 2007 -) Mr. William Hasn't give me Date or Time.

Thank you
Roland C. Anderson
1134 Low St.
Wil. Del. 19804
302-994-0914
Roland C. Anders

Cert. of Service
Honorable Judge Farnan
Michael A. William Esq.
Bld. 52
10851 Mastin B. Lenexa
Overland Park, Kansas City.
101669

Date Oct. 23-0

Roland C. Anderson



A

MICHAEL A. WILLIAMS
(816) 460-5562
EMAIL: MWILLIAMS@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

2345 GRAND BOULEVARD
SUITE 2800
KANSAS CITY, MISSOURI 64108-2684
(816) 292-2000, FAX (816) 292-2001

October 17, 2007

**VIA FEDEX**

Roland C. Anderson
113 Lloyd St.
Wilmington, DE 19804

Re: Anderson v. GM

Dear Mr. Anderson:

As you are aware, your deposition is set for October 24, 2007 at our local counsel's office in Wilmington. I properly noticed up this deposition several weeks ago and it will begin at 9:00 a.m. As GM will be incurring the travel and deposition costs for me to attend this deposition, I want to make sure that you understand the importance of your attendance. If you fail to appear for this deposition, we will seek appropriate cost and relief from the Court, including requesting that your case be dismissed with prejudice.

Finally, while you have not noticed up any depositions, I wanted to make you aware that Mr. Tyndall is on medical leave and is unavailable for any deposition on October 24, 2007. Thank you.

Very truly yours,

LATHROP & GAGE L.C.

By: _____
Michael A. Williams

:raf

CC 1946867v1



**Change Your Expectations.**

KANSAS CITY • OVERLAND PARK • ST. LOUIS • JEFFERSON CITY • SPRINGFIELD • BOULDER • WASHINGTON D.C. • NEW YORK • DENVER • CLAY

Roland C Anderson
113 Lloyd St,
Wil, Del. 19804
U.S. MAIL
X-RAY

Honorable Judge Farnan
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wil, Del. 19801-

U.S. POSTAGE PAID
WILMINGTON, DE
19804
OCT 29, '07
AMOUNT $0.41
00096653-03

UNITED STATES POSTAL SERVICE
0000
19801