In The United STAtes DISTRICT Court for DISTRICT of Delaware

Roland C. Anderson }
v. } C. A. NO. 05-877 JJF

General motors Corp.

FILED
OCT 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RECEIVED
OCT 30 2007

ISA Amount./BUILding LOG.

On oct 25-07 I file A motion / But would LIKE to Correct THe Date of the First Agreement for my Deposition with MR. Michael William. THe Date was oct 2, 07, At 10:00 AM BUILding Log SHeet - will sHow - Date and Time - and if NEEDed, (witness). The Attend would be Call-in, At the Front DESK. EXA

Date for second Deposition for oct. 24, 07

Date and Time LOG. IN. EXB

Oct 2, 07 MR. Michael william never sHow for the Deposition

THank you
Roland C. Anderson
113 Lloyd STR.
Wil. Del. 19804

Cert. of service
Honorable J. Farnan

Eckert Seamons cherin & mellott
300 Del. Avenue, Suite 1360
Wil. Del. 19801

Date oct. 25-07

# BUILDING LOG

- All visitors must sign in.
- Legibly fill out all fields including signature. Stop by again to sign out. Thank you.

| Year: 2007 | Month/Date: October 2 | Day: Tuesday | VISITING SUITE or COMPANY | TIME | | GUARD |
|---|---|---|---|---|---|---|
| NAME (PRINT) | SIGNATURE | From COMPANY | | SIGN IN | SIGN OUT | |
| Joseph | [illegible] | Brooks | 4th Flr | 640 | 700 | DL |
| Bob Graybeal | B. [illegible] | Fedex | 15th | 710 | 715 | DL |
| Rick Tyndall | [illegible] | AEX | 9th FL | 7:30 | 7:35 | DL |
| L Mertos | [illegible] | TSC | ELZ | 8:07 | 8:12 | DL |
| J. Santiago | [illegible] | TSC | 17 | 8:16 | 8:20 | DL |
| K Boyce | [illegible] | Brooks | PNC 4th Flr | 824 | 830 | DL |
| Kelley | [illegible] | USPS | 820 | 8:27 | 8:32 | DL |
| Michael | [illegible] | BCS | 4th Flr | 835 | [illegible] | DL |
| [illegible] | [illegible] | | 1380 | 900 | | DL |
| Roxanne Rouleau | [illegible] | US Bank | 9th Floor | 9:07 | 6:22 | DL |
| Mark Castarosa | Mark [illegible] | KMG | 6th Floor | 9:10 | 10:00 | DL |
| Nicole Marchinecin | [illegible] | PNC | | 9:15 | 12:11 | DL |
| Terry | Terry | UPS | All | 930 | T,11 | DL |
| Roland C Andros | | | | 9:39 | | DL |
| Scott Sechler | [illegible] | Bell & Evans | | 9:35 | | DL |
| J. Michael [illegible] | [illegible] | Bell & Evans | | 9:35 | | DL |
| M. Russell | [illegible] | Fedex | All | 956 | 1011 | DL |
| A. Golden | [illegible] | Don | PNC 4th | 9:57 | | DL |
| L Conway | L. Conway | R Moss | 8 | 10:12 | 10:16 | DL |
| G. Ventrone | G. Ventrone | TSC | Swartz | 10:15 | 10:18 | DL |
| Mike Charles | Mike | BSC | PNC | 1020 | 1025 | DL |
| N. Mahs | [illegible] | [illegible] | 17 | 10:20 | 10:2[illegible] | DL |
| Lorraine Santiago | [illegible] | Self | PNC | 10:30 | 11:40 | DL |
| Bernadette | [illegible] | Self | PNC | | 11:40 | DL |
| Craig [illegible] | [illegible] | [illegible] | [illegible] | 10:30 | 10:40 | DL |
| B Garrity | [illegible] | DOG | DOG | 1030 | 11:15 | DL |
| J Ryder | [illegible] | [illegible] | [illegible] | 1034 | 12:12 | DL |
| [illegible] | [illegible] | [illegible] | 10 [illegible] | [illegible] | 1[illegible] | DL |
| [illegible] | [illegible] | BCS | 4th | 1043 | 1046 | DL |

# BUILDING LOG

- All visitors must sign in.
- Legibly fill out all fields including signature. Stop by again to sign out. Thank you.

| Year 2007 | Month/Date October 24 | Day Wednesday | | | | |
|---|---|---|---|---|---|---|
| NAME (PRINT) | SIGNATURE | From COMPANY | VISITING SUITE or COMPANY | TIME SIGN IN | TIME SIGN OUT | GUARD |
| Joseph | [signature] | Brooks | 4th Flr | 654 | 713 | DL |
| Rick O | [signature] | AEX | 9th FL | 7:35 | 7:50 | DL |
| J. Santiago | [signature] | TSC | 17 | 8:01 | 8:03 | DL |
| Henry Holland | [signature] | Office Max | 13 | 8:29 | 8:32 | DL |
| R Boyce | R Boyce | Brooks | PNC 4th Fl | 830 | [illegible] | DL |
| [illegible] | [signature] | " | " | 830 | 840 | DL |
| L. Mattos | [signature] | TSC | 8-12 | 8:40 | 8:45 | DL |
| E. Schwards | [signature] | ES | | 8:40 | | DL |
| K [illegible] | " | " | | " | | DL |
| Mike Wilson | [signature] | 9&5 | 8:400 | | | DL |
| A McDANNELS | [signature] | PNC | 4th Floor | 8:55 | 3:30 | DL |
| Roland [illegible] | | | | | | DL |
| A [illegible] | [signature] | Parcels | 12, 13 | 9:06 | 9:10 | DL |
| M Dordon | [signature] | " | 9 | 9:10 | 9:12 | DL |
| John Raftery | John Raftery | Mitchell | BRT | 9:15 | | DL |
| B W Alter | [signature] | " | 10 [illegible] | 9:30 | | DL |
| Mike Charles | Mike | BCS | PNC | 9:46 | 9:50 | DL |
| Hall | Hall | UPS | AV | 9:47 | 9:58 | DL |
| Sean | [signature] | Reliable | Elz | 9:50 | 9:54 | DL |
| A. Russell | [signature] | Fed ex | Air | 1010 | 1020 | DL |
| D. [illegible] | [signature] | TSC | 11 | 10:10 | 1012 | DL |
| Mike Duff | Mike Duff | Fruit Flowers | 1630 | 1011 | 1015 | DL |
| [illegible] | [signature] | Webb & Sullivan | 13th Flr | 10:12 | 10:20 | DL |
| B. Thomas | [signature] | PNC | PNC | 10:30 | 10:40 | DL |
| [illegible] | [signature] | " | James King | | | DL |
| [illegible] | [signature] | [illegible] | [illegible] | 1030 | [illegible] | DL |
| CL | [signature] | Nova | 1130 | 10:50 | | DL |
| M. U | M. [illegible] | DHL | 4 | 10:55 | 11:00 | DL |
| J. GIBSON | [signature] | V. [illegible] | 7 | 10:57 | 11:02 | DL |

Ronald C. Anderson
113 Lloyd St.
Wil. Del. 19804

The Honorable Joseph J. Farnan Sr.
United States District Court for the District of Delaware
844 N. King Street, Room #4209
Lock Box 27
Wil. Del. 19801

