

**DELAWARE DEPARTMENT OF LABOR**

OFFICE OF ADMINISTRATION
HUMAN RESOURCES OFFICE
P.O. BOX 9965
WILMINGTON, DE 19809-0965

Roland C. Anderson
113 Lloyd Street
Wilmington, DE 19804

RE: Anderson v. General Motors
C.A. No. 05-877
Subpoena for Records



FILED
NOV - 6 2007
U.S. DISTRICT
DISTRICT OF DELAWARE

To scanned

Dear Mr. Anderson:

The Delaware Department of Labor – Human Resources is in receipt of your subpoena requesting the production of records in the above captioned action (Ex. A). The subpoena requested documents for "[a]ll employee hire from 1982 – Oct-07/Including there[sic] race."

The complaint in the above captioned action is a civil rights action against General Motors alleging failure to hire based on race. The Delaware Department of Labor does not receive employment records from private companies unless they are part of a specific investigation. Therefore, the Delaware Department of Labor does not have General Motors' employment records. Further, the EEOC complaint you filed, charge number 170-2005-01768, was not filed with the Delaware Department of Labor but with the Equal Opportunity Employment Commission, Philadelphia District Office. The Delaware Department of Labor has reviewed its files and does not have records related to charge number 170-2005-01768.

Given the above, the Delaware Department of Labor does not have documents that are responsive to your request.

Sincerely,

Teresa Koenig
Human Resources Manager

cc: U.S. District Court, District of Delaware, C.A. No. 05-877
    Michael Busenkell, Esq.

$00.312
NOV 03 2007
MAILED FROM ZIP CODE 19801

PRESORTED
FIRST CLASS

U.S. District Court
District of Delaware
Clerks Office
844 King Street
Wilmington, DE 19801

State of Delaware
Department of Labor/Human Resources Office
Office of Administration
4425 N. Market Street
Wilmington, DE 19802

60-01-100
Official Business
Penalty for Private Use $300