## NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 05-877 JJF

Roland C. Anderson

v.

General Motors Corp.

DISTRICT COURT
JUDGE: Joseph J. Farnan Jr.

Notice is hereby given that Roland C. Anderson
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[ ] Other (specify) _____

entered in this action on Oct 23, 07.
(date)

DATED: Nov 14, 07

Pro-Se
(Counsel for Appellant-Signature)

FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

Roland C. Anderson
(Name of Counsel - Typed)

113 Lloyd St. Wil. Del.
(Address)

19804

(Telephone Number)

Michael Bierenfell & Michael William
(Counsel for Appellee)

300 Delaware Avenue
(Address)

Suite 1210 - Wil, Del, 19801

(302) -425-0430
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

Edward C. Anderson
113 Boyd St.
W.S.F. Del. 19804

Clerk Office
United States District Court for Del.
844 N. King St., Rm. 4209
Wilm. Del. 19801

U.S.M.S. X-RAY

U.S. POSTAGE PAID
WILMINGTON, DE 19804
NOV 13, 07
AMOUNT $0.58
0000 49480-02