IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROLAND C. ANDERSON,              )
                                 )
        Plaintiff,               )
                                 )
        v.                       )   Civil Action No. 05-877 JJF
                                 )
                                 )
GENERAL MOTORS,                  )
                                 )
        Defendants.              )

**ORDER**

At Wilmington this _16_ day of _November_, 2007, the Court having considered the application to proceed without prepayment of fees on appeal under 28 U.S.C. § 1915, D.I. #52, filed on 9/11/2007;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge