IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND C. ANDERSON, | : |
|       Plaintiff, | : |
| v. | : Civil Action No. 05-877-JJF |
| GENERAL MOTORS, | : |
|       Defendants. | : |

**ORDER**

WHEREAS, Plaintiff filed a Motion for Judgment as a Matter of Law (D.I. 44) on 6/28/07, a Motion To Dismiss His Order for A Deposition (D.I. 56) on 9/25/07, a Motion for Extension of Time to Complete Discovery (D.I. 64) on 10/24/07, and a Motion for Extension of Time to take Deposition (D.I. 67) on 10/30/07;

WHEREAS, Defendant has not yet responded to Plaintiff's Motions;

NOW THEREFORE IT IS HEREBY ORDERED that Defendant shall file an Answering Brief to Plaintiff's Motions (D.I. 44, 56, 64, & 67) **no later than Thursday, December 27, 2007.** If Defendant does not file an Answering Brief by the date indicated, the Court will decide the Motions on the papers submitted.

December 4, 2007

                                                    UNITED STATES DISTRICT JUDGE