IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND C. ANDERSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Civil Action No. 05-877 JFF |
| GENERAL MOTORS CORPORATION, | ) ) ) |
| Defendant. | ) ) |

**GENERAL MOTORS CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, defendant General Motors Corporation ("GM") hereby moves for summary judgment in its favor and against plaintiff on all counts in his Complaint because there are no genuine issues of material fact and GM is entitled to judgment as a matter of law. As more fully set forth in GM's Suggestions in Support of its Motion for Summary Judgment filed herewith, GM is entitled to judgment as a matter of law because the summary judgment record reflects that plaintiff cannot establish a prima facie case that his Civil Rights were violated because of his race, age or any other protected status. Additionally, GM had legitimate, non-discriminatory reasons for its actions. Thus, even if plaintiff established a prima facie case of discrimination or retaliation (which he cannot), GM would be entitled to summary judgment based on its non-discriminatory reason for its actions.

In further support of its Motion, GM attaches Exhibits as follows:

1. Deposition of Roland Anderson.

2. Judge McKelvie's April 7, 1993 Order.

3. Affidavit of Diane Graham.

U0010751.DOC

4. Affidavit of David Bull.

5. Case No. 98-0045-JJF Docket Sheet.

6. Case No. 98-0040-JJF Docket Sheet.

7. Judge Farnan's March 9, 2004 Order.

WHEREFORE, defendant General Motors Corporation seeks summary judgment on all of plaintiff's claims, for its costs and attorneys' fees, and for such other and further relief as the Court deems proper under the circumstances.

Respectfully submitted,

*/s/ Margaret F. England*
Michael G. Busenkell (Del. Bar #3933)
Margaret F. England (Del. Bar #4248)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Telecopier: (302) 425-0432


Michael A. Williams    MO BAR #47538
Lathrop & Gage L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001

Attorneys for Defendant