

**WILCOX & FETZER LTD.**

In the Matter Of:

# Anderson
v.
# General Motors Corporation

C.A. # 05-877 JJF

--------------------------------------------------------------

Transcript of:

Roland C. Anderson

October 24, 2007

--------------------------------------------------------------

Wilcox and Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

EX. 1

Anderson v. General Motors Corporation
Roland C. Anderson

Page 105

1  until whenever.
2      Q.  Sir, I'm going to ask you to go back to
3  Exhibit 11 and show me or read off the names of everyone
4  that has been hired on your list since 1999.
5      A.  It says here, from the list that they sent here,
6  exhibit --
7      Q.  No. On your exhibit list of seniority, show
8  me --
9      A.  It says A. K-A-B-L-E, he was hired on 12/28/81.
10     Q.  I said show me anyone that's been hired since
11  1992.
12     A.  '92?
13     Q.  Yes.
14     A.  Okay. 1992. Dorothy --
15     Q.  What is her date of hire?
16     A.  Date of hire was 6/22/82.
17     Q.  I said after 1992.
18     A.  '82. This is what I'm reading from. See,
19  they said they didn't hire nobody. According to
20  deposition here, it says the last time we hired somebody
21  since October '99. That's a lie. October '99, here we
22  going into '81, '82 '83.
23     Q.  Isn't '81, '82, '83 before '99?
24     A.  It is after.

Page 106

1      Q.  It is.
2      A.  1982, here, it says here October 1982, that's
3  when the last time they hired person. Here we are
4  talking about '82. After '99, sir. '99, '82. Okay.
5  Eighties, not in the nineties.
6      Q.  Does the eighties come before or after the
7  nineties?
8      A.  Eighties come before the nineties.
9      Q.  Okay. And I said: Was anyone hired after 1999?
10     A.  Well -- well, the issue here, sir, this is '82,
11  1999, then '80, '82, this was after. After.
12     Q.  How is that after? If you were born in '82, are
13  you younger or older than somebody born in '99?
14     A.  Okay. Okay. Okay. All right. They said they
15  don't hire nobody since October 1999.
16     Q.  Do you have any evidence of anyone hired since
17  1999?
18     A.  Well, they -- they wouldn't -- they haven't
19  furnished me that.
20     Q.  So the answer is no?
21     A.  No, because the only thing I'm saying is that --
22  I'm talking about this retaliation from the information
23  that the judge said the allegation of retaliation.
24  That's what we are here for.

Page 107

1      Q.  We have now talked about the complaint, 05-877
2  and the complaint 06-669. Have you filed any other
3  complaints in this matter?
4      A.  No, those are the only two.
5      Q.  Do you have any other evidence of discrimination
6  or retaliation we have not discussed?
7      A.  Well, like I said prior, and those priors can be
8  brought back regardless of the statute of limitation,
9  prior discrimination acts. And up until this point here,
10  which is terminated, and temporary employee, which I said
11  involved in my union benefits, which knocked me out of
12  them, to be exact and prove I was an hourly worker
13  instead of temporary worker.
14     Q.  Sir, have you asked the union to go back and
15  investigate whether you should have been given some
16  benefits?
17     A.  Another thing about the union --
18     Q.  I'm sorry.
19     A.  I'm going to explain to you.
20     Q.  Just yes or no?
21     A.  Yes.
22     Q.  What did the union determine?
23     A.  This is what they said. Let me explain. You ask
24  me a question what did the union tell you. I'm going to

Page 108

1  tell you what they said.
2          I'm trying to get things done through the
3  union. They hang up the phone. They tell me to come up
4  there. They give me a number. Listen. They give me a
5  number to Mr. -- one of the chairman up there, I leave
6  hundreds of messages up there. They never call, return.
7  Send them a letter. Brought a letter up to the union
8  hall. Showed them, like I told you earlier, to the civil
9  rights person up there. They got a civil rights person
10  up there, you know. I brought that information to them.
11  I talked to the union president, Jackson, whoever his
12  name is. He told me call the international union. I
13  called the international union. Of course I did this. I
14  called the international union.
15          Now what they say? Somebody by the name of
16  shop steward, you need to get in touch with him. I'm
17  pretty sure she knows who he is. I leave messages for
18  this guy. I ain't came here, prior or before this, and
19  trying to get information. Technically speaking, this
20  belongs to the union. I even asked them to file a
21  grievance.
22          I went to the NLRB and they carrying around
23  from this, and then I'm not getting any justice, around
24  the table here. Only way I could get relief or justice

27 (Pages 105 to 108)

EX.  1

Anderson v. General Motors Corporation
Roland C. Anderson

Page 109

1  is bring it to the courts. I can explain my situation.
2  I was an hourly worker, I was a -- I was not a temporary
3  like they are giving this false information.
4      Q.  Sir, you brought similar allegations in 2002,
5  2003, didn't you?
6      A.  Not, not for retaliation. That's --
7      Q.  Sir, did you bring a lawsuit in 2002, 2003
8  alleging that you called the plant or that you went to
9  the plant and you weren't given an application?
10     A.  Sir --
11     Q.  Yes or no?
12     A.  Sir, as my recollection, I tried a lot of times
13  trying to get up there. Okay. I'm not lying to you. I
14  tried a lot of times, but the fact of it is --
15     Q.  Excuse me.
16          The question was:  Did you file a lawsuit in
17  2002, 2003 alleging you asked for an application and they
18  refused to give you one?
19     A.  I will continue doing it today and they keep on
20  turning -- yes.
21     Q.  Yes, you filed that lawsuit?
22     A.  Yes, but it wasn't pertaining to this
23  retaliation.
24     Q.  Sir, you have to answer my questions.

Page 110

1      A.  I'm answering.
2      Q.  And that lawsuit was dismissed against you and
3  found that summary judgment was granted in favor of
4  General Motors, correct?
5      A.  Sir, on the basis of the information that they
6  provided, which was false information which I can prove,
7  documentation I wasn't a temporary worker, hourly worker,
8  that's what they was talking about, that's why I was
9  denied.
10         But this retaliation, this is what we are
11  here for now, allegations of retaliation of my benefits.
12     Q.  So you are only here on an allegation of
13  retaliation?
14     A.  Well, for the basis of this. But I have a
15  statute where prior discrimination situations can be
16  reacted regardless, regardless of the time frame. I've
17  seen that. I have a copy of that document from Judge
18  Farnan had sent to me from the Third Circuit Court. I
19  can bring all these allegation back if it is a pattern of
20  discrimination.
21     Q.  And the pattern of discrimination is that they
22  won't hire you?
23     A.  Sir, they won't even let me call them on the
24  phone. I'm not even allowed to go on the property and

Page 111

1  get my medical records. I need my records one time for
2  my shoulder. They escorted me off with a guard. And I'm
3  entitled to it.
4      Q.  Sir, you saw a doctor, didn't you?
5      A.  I seen Dr. Johnson.
6      Q.  And Dr. Johnson treated you for your shoulder?
7      A.  Yes.
8      Q.  Why can't you go get the records from
9  Dr. Johnson?
10     A.  Dr. Johnson didn't have the records from General
11  Motors.
12     Q.  Did you receive treatment at General Motors?
13     A.  Yes, I did. I did. And the fact of it was they
14  have them records, they don't want to turn them over to
15  me.
16     Q.  When did you receive treatment back in 1980 --
17     A.  That was back in the eighties somewhere.
18     Q.  Sir, you talked about taking pain medication.
19  How often do you take pain medication?
20     A.  I take it majority of the time when my back is
21  bothering me or shoulder is aching. And I got -- I got
22  pins in my jaw from a situation. And I got to take these
23  white pain pills. I have to numb the nerve and
24  everything. I've been taking them pretty often, Advil,

Page 112

1  ibuprofen. The doctors prescribe the stuff for me.
2      Q.  And so the pain pills that you are talking about
3  are Advil and ibuprofen. Anything else?
4      A.  Oh, I take, like I said, Liperise.
5      Q.  I'm talking for pain.
6      A.  Oh, for pain. Ibuprofen and Advil and take
7  aspirin sometimes.
8      Q.  Sir, you have been diagnosed as a schizophrenic,
9  correct?
10     A.  Yes.
11     Q.  And you were prescribed Prozac for that, correct?
12     A.  Yes.
13     Q.  When was the last time you took your Prozac?
14     A.  I take it once in awhile when I get acting up.
15  Mainly -- see, I ain't supposed to accommodate all these
16  medicines. It makes me go off the rocket. I need my
17  medication now for sugar diabetes. I know my sugar is
18  probably up and it is probably causing me to act unnormal
19  because of this illness I have, you know.
20         So those are the one of the reasons the
21  doctor put me on this pain pills and all the other
22  medications. That's what the doctors were saying.
23         But I like to have the opportunity to do
24  something, drive cars or do something. But I'm not

28 (Pages 109 to 112)

EX.  1

Anderson v. General Motors Corporation
Roland C. Anderson

Page 113

1  getting this opportunity, although I have my 90 days in.
2      Q.  And that was back in 1982 is what you are talking
3  about?
4      A.  Yeah, but I still have my 90 days in.  And they
5  hired people during that time I was off on layoff in '82.
6  Here is 6/22 after I was laid off.  And I had four months
7  seniority.  And these are the names here, that Dougherty,
8  O'Neal; 6/21, 6/22, Livingston, Needam, Tamone, whatever
9  the name.
10     Q.  So you allege any allegations related to being
11  called back or whatever are not part of this lawsuit you
12  understand?
13     A.  Well, I just want you to be clear because you
14  keep on bringing it back to October 1982, October 1999.
15  I'm bringing it into the record because of the fact it
16  was asked upon me earlier, earlier in the situation here.
17          Now, again, I was telling you the only
18  reason I'm here is the judge says the allegation of
19  termination.  These are the effects that's been taken
20  over me all these many years.  I've lived in pain and
21  suffering.  You know how people -- although you uppity,
22  but the ones that you see every day, and going through
23  this ordeal cycle and reality, it's hell.  And this deals
24  with your head.  I want something, you know, they hire

Page 114

1  all their kind.  You check the records.
2          And now, as a matter of fact, on the record,
3  I would like to have a copy of the status.  If not, I get
4  it from the Department of Labor.  It prove something to
5  you.  There is a situation going over there which you
6  don't understand or you do, you know it in the back of
7  your head, you know.  But evidence will prove it within
8  itself.
9          This situation just ain't going on in '82,
10  sir.  This is going on in society as we speak.  That's
11  everywhere.  Jessie Jackson, everywhere, Al Sharpton, I'm
12  going to give him a call tonight.  I'm going to bring it
13  to the forefront.  I'm tired.  I'm not going to live and
14  die not hardly have nothing.  Can't get nothing to get my
15  stuff straightened out.  This is Murder She Wrote, sir.
16  Although you might not experience, you probably
17  experienced it before you came.
18          But the situation is -- reflects from '82.
19  I'm frustrated.  I have 90 days in, all the way up until
20  now, and then I find this.  Boom.  It is a fire cracker.
21          And then Fidelity, with the help of
22  Fidelity, they are the one who told me.  And this here
23  shows that I was hourly worker, my pension.  I don't know
24  if I can get pension.  What am I supposed to do at a

Page 115

1  certain age because of this?  This is reflection of what
2  they done to me.  Do you understand me?
3          And it deals with my head, sir.  Yes, it
4  does.  Emotionally.  Doctors will tell you.  It will deal
5  with your head, somebody do that to you.  And put you
6  down so you can't live that way.  Not months.  Years.
7  Until you die.  I shouldn't be living like that.  I have
8  rights like everybody else have rights.
9          You dealing with these people up there.  You
10  go up and look at the ratio.  I tell you, they ride
11  around with confederate trucks, Maryland, Pennsylvania,
12  you go up there and sit and observe.  See how many blacks
13  come out.  You can count them on your finger.  You think
14  that's justice?  And I had my 90 days in, sir.  I didn't
15  do nothing to these people.
16     Q.  And the fact remains, you are receiving Social
17  Security disability, correct?
18     A.  Yes.
19     Q.  And you haven't been cleared from any doctors to
20  go back to work?
21     A.  Well, fact of it is --
22     Q.  Yes or no?
23     A.  Listen.  My doctor told me I can work part-time,
24  Dr. Atkins, situation.  And I have a doctor, medical

Page 116

1  report for that.  Okay.
2          But that doesn't still extinguish the fact
3  that these people can't turn around.  And the subject we
4  are even here for, as you said earlier, is retaliation
5  and termination.  That's what this is about.
6     Q.  How did that letter affect your ability to work
7  at General Motors?
8     A.  It ain't the point of affecting the ability to
9  work at General Motors.  The point is, I lost my
10  benefits.  That's what I'm here for this.
11     Q.  What benefits?
12     A.  The union benefits, as this section stated from
13  the courts, allegations, clearly states from General
14  Motors, DOL, Department of Labor, says prestatements of
15  allegation.  Okay.  Charging party employed which
16  respondent has body shop production technician since 1982
17  in Wilmington, Delaware.  Charging party, protected
18  class, retaliation.  That's what we are here for.
19     Q.  Those are your allegations, correct?
20     A.  This is what the allegations that was discovered
21  and put in case law with --
22     Q.  Let me see.
23     A.  -- the Department of Labor.
24     Q.  Sir, am I looking at this correctly when this

29 (Pages 113 to 116)

EX.  1

Anderson v. General Motors Corporation
Roland C. Anderson

Page 117

1  says there was a charge of discrimination filed by Roland
2  Anderson on 2/14/06, correct?
3      A.  That is the charge.
4      Q.  Listen to me.
5      A.  You didn't let me finish my statement.
6          Yes, that's a charge I filed, and in that,
7  in that episode of filing, an investigation from the DOL,
8  which is Department of Labor, this is what they
9  discovered, Deposition 5, which clearly states:
10  "Charging Party, Privacy Act.  Dear Charging Party:
11  Please be advised that the information you have provided
12  comes under the provision of the Privacy Act of 1974."
13          These are the people who came up with that.
14  I told them about the charge.  I'm not a lawyer.  This is
15  what they discovered.  Okay.
16      Q.  They made no findings that said that anybody
17  discriminated against you, did they?  Yes or no?
18      A.  Sir --
19      Q.  Yes or no?
20      A.  Letter me explain.
21      Q.  You don't get to explain.  You answer my question
22  and then you can explain.
23      A.  No, and the reason why is that General Motors
24  gave them false information.  This is the letter here,

Page 118

1  what they got from the information.  The responding
2  parties agree that employees during the period of
3  August 31 to 1981 to September 21st, '81, again, from
4  June to '82 to October the 1st, 1982, according to the
5  collective bargaining agreement you did not reach a
6  status of employment.  This is the false information they
7  gave to them.
8          According to Dave Bull's information, it was
9  to the judge, way back then, before, never speaks about
10  terminated or temporary employee.  This guy says here the
11  records of General Motors shows that plaintiff was
12  employed as an hourly worker from August the 31st to
13  September the 21st, 1981, when he was laid off.
14          False information you guys did.  And that
15  guy, as I said earlier, the Disciplinary Counsel is
16  investigating it.  Okay.  And they are investigating.  I
17  got to talk to them yesterday and actions will be taken.
18  It may be criminal actions or whatever actions, I'm going
19  to -- I'm going to talk to the DA, Attorney General's
20  Office because, to me, this is not fair.
21          This ruin my benefits and my life, sir.  I
22  mean, it knocked me out the ballpark.  And then it says
23  here when he was laid off, during the period of time he
24  acquired no seniority rights because he was not --

Page 119

1  page 2 -- he was not employed for 90 days as required
2  under the terms of the collective bargaining agreement.
3  Plaintiff was rehired on 25th, 1982, and was again laid
4  off October '82.  Under certain agreements, certain
5  seniority rights, he acquired senior seniority rights.
6          I'm just saying they turn around and gave
7  this, 2005, 2008, stating I was a temporary employee and
8  terminated.
9      Q.  Sir, can you name for me the person or persons at
10  General Motors that you allege discriminated against you
11  when they would not give you an application in 2005?  Do
12  you have a --
13      A.  Sir, I told you earlier, they didn't give me
14  opportunity to get any conversation with these people.
15  They knew who I was.
16      Q.  So the person you are alleging discriminated is
17  whoever answered the phone and told you they weren't
18  hiring?
19      A.  No, sir.  The complaint is dealing with General
20  Motors.  They all conspired.
21      Q.  What individuals at General Motors are you
22  alleging conspired against you?
23      A.  Sir, the whole -- it's the corporation, the whole
24  facility.  I'm saying from secretary all the way up to

Page 120

1  the management.
2      Q.  Okay.  And can you name any individual that you
3  believe discriminated against you or was part of this
4  plan to keep you out of the plant and told you that there
5  were no -- they weren't hiring in March of 2005, can you
6  give me the name of any person?
7      A.  Sir, sir, sir, I'm here -- again, again, we are
8  here for the retaliation charge.  Okay.  Let's get that
9  clear, like you said earlier.  We are here for this.
10  Okay.  Whatever you are bringing up, that is irrelevant.
11  We are here, the judge ordered, for termination and
12  temporary, and what effects did it cause, that's what we
13  are here for.
14      Q.  Sir, sir --
15      A.  The charge is --
16      Q.  So are you dismissing your lawsuit based on
17  05-877, which was marked as Deposition Exhibit 2?
18      A.  No.  The lawsuit clearly states what it says.
19      Q.  Then I get to ask questions about that.
20      A.  Okay, but don't say --
21      Q.  Sorry.  You have to let me finish my question.
22      A.  Yes, okay.
23      Q.  What individual at General Motors are you
24  alleging retaliated against you in 2006 -- I'm sorry --

EX.   1

Anderson v. General Motors Corporation
Roland C. Anderson

Page 121

1  in 2005?
2      A.  Sir, General Motors, period.
3      Q.  Can you name any individual?
4      A.  Sir, sir, this lawsuit says here, caption,
5  plaintiff, Roland Anderson versus General Motors.  That
6  means the corporation.  I hope you not missing anything.
7  That means the corporation.
8          That don't mean individual.  They might be
9  involved.  All of them can be ruled a conspiracy.  Do you
10  know what conspiracy is?  If everybody is in one room
11  here, Room 71, one room here, they are conspiring against
12  somebody.  They all guilty.  Even you.  All of these.
13  Whoever sent this in, all of them guilty, according to
14  Attorney General, all of them.
15      Q.  The Attorney General told you that all these
16  people --
17      A.  No, no, no.  I had talked to them about other
18  cases.  And I'm going to talk to a lawyer I'm going to
19  see this weekend, John Malik.  They all involved in this.
20  Not one individual, sir.  You know that.  You are a
21  lawyer.  It is called Rule 71, conspiracy, that's what
22  that is.
23      Q.  So can you provide the name as we sit here today
24  of any individual at General Motors, whether it is a

Page 122

1  manager, supervisor, secretary, that you allege
2  retaliated against you?
3      A.  Sir, they all, I mean all -- whoever is employed
4  with General Motors, that's correct, all of them, from
5  the secretary to the president.  I don't care if he is in
6  Detroit.  Anywhere.  This is what, the information that
7  came back from the investigation, from the EEOC.
8      Q.  Can you provide the name of any employee that was
9  treated differently than you were with regard to
10  receiving applications in March of 2005?
11      A.  Sir, sir, yes, I can.  And this is perfectly
12  information here, that I had my seniority in, in 1982,
13  and these here, all the people were hired you have after
14  the time I was off.
15          I was off June the 25th, and these people
16  was hired during the time, 21, 22, 23, 24, 28.  These
17  people was hired and they didn't call me back.
18      Q.  Sir, my question was:  Can you name any
19  individual that was treated differently than you in March
20  of 2005?
21      A.  Sir, March of 2005, it is clearly stating,
22  pertaining to me, okay.  This is the reason why the judge
23  says we are coming here for allegations of termination
24  and temporary employment.

Page 123

1      Q.  Can you name --
2      A.  Wait a minute.  Let me finish.
3          Now, it only deals with me, and, like I
4  said, I might, when this meeting is over with, I will
5  subpoena informations and records, or I will get in
6  contact with some of the employees from General Motors
7  who have been affected.  It might be a class action, I'm
8  going to talk to a lawyer about, that we will look into
9  that.  It is a good idea.  We are going to look into it.
10      Q.  Can you name any employee that was treated
11  differently in September of 2005 with regard to their
12  layoff slash termination status?
13      A.  Sir, I wasn't even allowed to be on the premise
14  to get any kind of information from these people.
15      Q.  So the answer is no?
16      A.  No, because of that reason, because, it is no.
17  I'm willing to talk to you today, when the thing is over
18  with, I'm going to get a subpoena, if I have to go to
19  court, get it stamped and sealed, and send it to them.  I
20  want to know this myself.  Of course, I'm glad you
21  brought that up.  That's a very good point.  Because if
22  so, it could be a class situation.
23          Right now I'm dealing with myself.  This is
24  what came up.  And that's all.  That's what came up.

Page 124

1      Q.  Can you name any employee that was -- can you
2  name any employee under the age of 40 that was treated
3  differently with regard to either receiving an
4  application in March of 2005 or with regard to the way
5  they were listed, being either terminated or laid off?
6      A.  Again, we are here for this.  You said it
7  yourself.  We are here for this termination and temporary
8  situation.  Nothing else.  Okay.  Nothing else.  This is
9  what the judge said.  I have a copy in here.  And you
10  have to do a discovery dealing with this.  It didn't say
11  anything else.  This is of retaliation.  Okay.
12          I'm going to answer your question.
13      Q.  Is that a no?
14      A.  Wait a minute.  I'm going to answer your
15  question.  Without the documentation I can't say whether
16  they was mistreated or not, until I get that information
17  from the records department, personnel, which I'm going
18  to do sometime this week.  I will forward a subpoena for
19  those records and that's the exact question.
20      Q.  Sir --
21      A.  And the answer is no, because of that reason.
22      Q.  Can you name any employee, manager or supervisor
23  who were at General Motors that told you employees were
24  being hired at General Motors in March or April of 2005?

EX.  1

Anderson v. General Motors Corporation
Roland C. Anderson

Page 125

1  A.  Sir, again, I couldn't even speak to anyone on
2  the phone about anything.  I called to see if they were
3  doing any hiring.
4  Q.  Have you physically been at the plant?
5  A.  Yes.
6  Q.  And went there --
7  A.  Go ahead.
8  Q.  Sir, have you physically been on the premises of
9  the plant in either March of 2005 or April of 2005?
10  A.  2005, around them periods of time, I was there on
11  the plant, and the guard escorted me off and gave me a
12  union book.  This is the book I received, the newer book.
13  This is the book I received during that period of time.
14  I went up there and got a book.  It was kindly that the
15  guy gave it to me.  He gave me this book here.  Yes, I
16  went up there.
17  Q.  When did he give you that book?
18  A.  Around March of 2005 and April, around that
19  period of time.
20  Q.  Okay.  And according to you, you didn't
21  physically fill out an application?  You called and they
22  told you they weren't hiring?
23  A.  They did more than say they weren't hiring.  She
24  said you were washed up and hung the phone up in my ear,

Page 126

1  slammed it actually, said you were washed up, and I was
2  52-years-old, the records reflect.
3      (Discussion off the record.)
4  A.  I think we -- can I say something?
5  Q.  I'm almost done and then you can go on the record
6  and say whatever you feel appropriate.
7      How many lawsuits have you filed against
8  General Motors since 1982?
9  A.  Well, I forget.  I think it is about four or
10  five.
11  Q.  Okay.  How many administrative charges or other
12  charges have you filed against a union since 1982?
13  A.  One or two.
14  Q.  And have you been successful in establishing any
15  right to re-employment or benefits in any of those
16  previous charges, lawsuits or administrative hearings?
17  A.  Sir --
18  Q.  Yes or no?
19  A.  No.  And I'm trying to say something to you, and
20  since you asked me a question and I answered it, the
21  answer is no, and the reason, like I stated, I have my 90
22  days in, they violated my rights.  I had 90 days in.
23  They were supposed to call me back.  They didn't call me
24  back.

Page 127

1      According to here, yes, people here working
2  during the time I was laid off, and 6/25, 6/28, these
3  people were called out during my time-for-time period and
4  they were whites.  Okay.  Check the records.  They were
5  whites.
6      I didn't have the opportunity.  They were
7  called.  And I called and they said they weren't hiring.
8  And then I get this in 2005.  That blew my Fidelity and
9  everything else.
10  Q.  Sir, you hadn't had any Fidelity prior to that,
11  2005?
12  A.  Well, but the fact of it is, sir, is they sent me
13  this information, in the course of confirmation, which
14  you didn't read, please contact us if you wish to make
15  transaction.
16      Evidently, I must have something in there.
17  And I'm saying like anybody, I'm curious.  This is March
18  2005.  Inquiring on your account, or ask questions
19  regarding this confirmation.  Then I asked them.  Oh, but
20  General Motors got you down as terminated.  Terminated?
21      And then here, GM benefits center, my
22  pension.  Hourly, it says here hourly-rated employee.  I
23  was a hourly-rated employee.  I ain't going to get that
24  probably because of this.

Page 128

1      They told me on the phone, "Mr. Anderson,
2  they got you down as temporary employee."
3      I said, "Didn't you receive the letter from
4  Dave Bull, from the records?"  Clearly shows that I was
5  an hourly employee.  The records, General Motors shows
6  that plaintiff was employed as an hourly worker from
7  August the 31st to September the 21st, 1981, when he was
8  again laid off.  I'm going to take this to Attorney
9  General's Office.
10      Don't make sense.  Then they turn around,
11  they turned around and retaliate because of whatever.
12  Q.  What adverse employment action occurred to you
13  that forms the basis for retaliation?
14  A.  I just told you.  I was telling you for the
15  seventh time, sir, they invested my benefits.
16  Q.  It wasn't anything to do with work?  It was to do
17  with benefits, correct?
18  A.  Well, you forgetting one thing.  This false
19  information goes back for the five prior suits that I had
20  filed.  It was false information given to them now.  I'm
21  going to reopen it because this came in, and what Dave
22  Bull said, I didn't know this at first until this came
23  out.
24      I'm talking to a lawyer now.  This is going

32 (Pages 125 to 128)

EX. 1

Anderson v. General Motors Corporation
Roland C. Anderson

Page 129

1  to have to be reopened, reopened. Somebody gave false
2  information and can be reversible situation here.
3      Q.  Sir, did you ever appeal any of the prior --
4      A.  Sir, I appealed the prior, but, like I said
5  earlier, 2005, this wasn't in the document. You
6  understand me? The only thing that was in the document,
7  which Dave Bull had said, okay, and now this pops up.
8  Oh, they got people gave false information here.
9          I was never terminated. I was never
10 temporary. That's why I probably lost my cases and
11 didn't get anywhere, sir. Of course, if I listed you as
12 terminated or temporary employee in which you have
13 documentation.
14     Q.  Let's take a break.
15     A.  I ain't finished. You asked me a question and
16 I'm going to answer it. The fact of it remains. Like
17 Larry Ramunno says, what it is is what it is.
18     Q.  Do you have any lawyer representing you in this
19 case?
20     A.  I'm going to talk to a lawyer and some other
21 people this week, like I said earlier.
22     Q.  Who is the lawyer you are going to talk to this
23 week?
24     A.  He -- I'm not at liberty to say yet. He hasn't

Page 130

1  been representing me, but I've been speaking to a couple
2  lawyers, Gary Aber and some other attorneys. I've been
3  speaking to them, not necessarily as representation, but
4  I'm going to set up an appointment with them.
5          MR. WILLIAMS: Let's take a two-minute break
6  and then I should be done.
7          (Recess taken.)
8          MR. WILLIAMS: For the record, I have marked
9  as Deposition Exhibit 1 a copy of a document.
10         THE WITNESS: That's hers.
11 BY MR. WILLIAMS:
12     Q.  I understand, but I have to have you identify it.
13 Who is that document sent to, if you look at the "to"
14 line?
15     A.  Roland Anderson.
16     Q.  Who is it from?
17     A.  Michael Williams.
18     Q.  Do you recognize that fax number?
19     A.  Yes, that's my fax number.
20     Q.  And then that's also your phone number listed?
21     A.  That's correct.
22     Q.  If we turn to the second -- I'm sorry -- the
23 third page, is that a copy of the court order with regard
24 to this deposition and being able to go forward with it

Page 131

1  and complete discovery by October, whatever it is?
2      A.  November the 8th.
3      Q.  November the 8th?
4      A.  Page 2.
5      Q.  Okay. Sir, do you know that General Motors had
6  any kind of 401(k) or other plan back in 1982?
7      A.  Yes, of course.
8      Q.  That would be detailed in the contract?
9      A.  Yes.
10     Q.  Do you know how long you have to work at General
11 Motors to invest in any of their retirement or pension
12 plans?
13     A.  It says here 30 days, according to this book
14 here, union contract book, it says here, "Unless
15 employees are at work on the 90th day of their
16 accumulated credited period, they must work another day
17 within their probationary period to acquire seniority.
18 If the 90th day of their accumulated credited period
19 falls on a holiday or an Independence Week Shutdown Day,"
20 okay, say, "the employees will be considered as having
21 seniority as of the holiday or the Independence Week
22 Shutdown Day. If the 90th day of their accumulated
23 credited period falls on their vacation pay eligibility
24 date, the employees will be considered as having

Page 132

1  seniority as the vacation pay eligibility date."
2          So it was 90 days according to page --
3      Q.  Okay.
4      A.  Wait a minute. Let me finish. According to the
5  interpretations of paragraph (4) through (4c) and
6  paragraph 57.
7      Q.  Okay. The question is: Do you know how long you
8  have to be employed at General Motors before you vest in
9  the retirement or pension plan?
10     A.  According to this, you have to have 90 days in.
11     Q.  And that's all you know.
12     A.  Okay.
13     Q.  That was the only question. At this time I have
14 no further -- in fact, let me see this document you are
15 referring to.
16         MS. GRAHAM: '96.
17     Q.  Is there --
18     A.  Wait a minute. She is referring to the date of
19 1996. Those union books go back to 1992 -- I mean '82.
20 They don't change that much.
21         Now, if she is trying to refer to that --
22 I'm glad she did mention that, because the fact of it is
23 they say books do not change. I talked to Wayne
24 University, that's '96, but the fact of it is those

33 (Pages 129 to 132)

EX. 1

Anderson v. General Motors Corporation
Roland C. Anderson

Page 133

1  contracts don't change.
2      Q.  Sir, let me state, and then you can state
3  whatever you want to --
4      A.  Go ahead.
5      Q.  -- for the purpose of this deposition, I'm going
6  to submit to the court that this agreement was entered
7  into on the 2nd day of November 1996 between General
8  Motors, hereinafter known as the Corporation, and the
9  International Union, United Automobile Aerospace and
10  Agricultural Implement Workers of America, hereinafter
11  referred to as the Union, and he was reading from
12  Appendix D, which are the Rules For Computing Seniority
13  of Employees who Acquire Seniority By Working 90 Days
14  Within Six Continuous Months and Computing Periods in
15  Paragraphs (4) through (4c) on page 182 and 183."
16      A.  Excuse me.  Finish reading the bottom there, sir.
17  I want you to read the entire situation, not only where
18  it says accumulation of six months.  It says down the
19  bottom what I just read.  Can I see that?  Can I see my
20  book, please?
21      Q.  Hold on.  Let me finish and then you can do
22  whatever you want to, read whatever you want to into the
23  record.
24      I'm just marking, instead of taking your

Page 134

1  book, I'm reading to the court what it says on, what the
2  pages are and what the agreement is.
3      With that, I have no further questions.  So,
4  Mr. Anderson, to the extent you now have something you
5  want to say on the record, you are free to do so.
6      A.  Yeah, okay.  Let me emphasize on something here.
7  This '96 book is the same book that they refer to
8  exhibit -- what was that?  Can I look at your exhibit?
9      Q.  You can look at whatever you like.
10      A.  It is Exhibit 4.  It says here temporary and
11  terminated employees.  This is the same thing he read,
12  but it says totally different than what this refers to.
13  So that clarifies false documents came into the EEOC.
14      Okay.  Now, going back to what he just read,
15  okay, Appendix D, "Rules For Computing Seniority of
16  Employees Who Acquire Seniority By Working 90 Days Within
17  Six Continuous Months," that means within six continuous
18  months and computing the period specified in paragraph
19  (4) and through paragraph (4c).
20      Let's go to paragraph (4c), that's what it
21  says about accumulation, an employee, (4a), "Employee who
22  is not a member of the union at the time of this
23  agreement," since he said it was '96, and I was in '82,
24  it says here, "at the time of his agreement becomes

Page 135

1  affective...shall become a member of the union within ten
2  days after the 30th day by following the effective date
3  of this agreement."
4      So it doesn't make a difference, "following
5  the effective date of this agreement," so if it was prior
6  -- or within ten days after the 30th day following
7  employment, which is later.
8      "Remaining a member of the union, to the
9  extent of paying initial fees and membership dues
10  required as condition of acquiring, retaining membership
11  in the union.
12      "Whenever employee under and for the
13  duration of this agreement," so it is from prior and the
14  duration of this agreement, so it wouldn't make any
15  difference.
16      Okay.  Let's see here.  It says here,
17  appendix D, "Unless employed or at work for the 90th day,
18  they must work another day within their probationary
19  period prior to acquiring seniority.  If the 90th day of
20  their accumulated credit period falls on a holiday or
21  Independence Week Shutdown Day, the employees will be
22  considered as having seniority as of the holiday or the
23  Independence Week Shutdown" thing, "Shutdown Day.  If the
24  90th day of their accumulated credited period falls on

Page 136

1  their vacation pay eligibility date, the employees will
2  be considered having seniority as of the vacation pay
3  eligibility date."
4      By rights, it is 30 days, according to union
5  seniority check-off, union membership dues on page 2.
6      It is 30 days, effective the day of
7  agreement.  And this agreement is '96.  Prior to any
8  other agreements, it wouldn't make any difference
9  according to this '96 one.
10      After checking with Wayne University, they
11  sent me a copy stating the fact there is no other books
12  except for 1982 up until '96.  Basically, it is the same
13  thing in there.  It is the same thing.
14      So I would think that General Motors is in
15  violation of these agreements.
16      Okay.  And it says here, article, Rule 67,
17  "Employees will be laid off and rehired in accordance
18  with the local seniority agreements."  And as you see,
19  General Motors hired people during the same I was laid
20  off within the call-back period and they never called me
21  back.  That's further retaliation, all proof and
22  documentations, if you want to use this as exhibit.  I
23  would like to have that entered as an exhibit, if it is
24  okay with the attorney.

34 (Pages 133 to 136)

EX.  1

Anderson v. General Motors Corporation
Roland C. Anderson

Page 137

1    Now, the question I asked her earlier --
2    Q.   Let me stop for record purposes.  You want to
3    have that entire agreement --
4    A.   Well, you have it.  They -- I asked for a copy of
5    the union book from the union hall.  They said that --
6    Q.   Sir, I'm not arguing that point.  I'm just asking
7    you if you are asking her to take that whole book in as
8    an exhibit, because I will tell you that she would then
9    have to photocopy that entire book and attach it to the
10   transcript which would --
11   A.   Well, I can prescribe the Exhibit D and the union
12   seniority check-off, membership dues --
13   Q.   Just read the pages into the record.
14   A.   Page 2, she can have a copy of page 2 okay.  And
15   on page 182, accumulating seniority within 90 days,
16   within six months, and that goes down to paragraph (4),
17   paragraph (4) through (c).  Okay.
18       Is there anything else?  There is two pages
19   there so far.
20       Okay.  Also page 53.  Employees will be laid
21   off and rehired in accordance with their local seniority
22   agreement.
23       And also page 196 it says "Scope of
24   Program," corporation and union agreement that security

Page 138

1    employment levels.  Page 196.  I'll mark them off because
2    I read through them.
3        I wanted to enter in the record that Mr.
4    Michael Williams never entered his appearance at the
5    District Court, according to Rule 83, 83.5, which
6    requires representation for out-of-state persons to be
7    representing a person in state.
8        Mr. Michael Busenkell was the one who
9    entered after Mr. Sanders, which is something that's
10   going to be filed through the courts as well.
11       These are the rules, civil procedures of the
12   United States District Court, State of Delaware.  It says
13   "Substitution, Withdrawal of Attorney," page 40.  It
14   says, "Motion and order for admission pro hac," that
15   means certificate by counsel to be admitted to pro hac as
16   attorney for Rule 83.5, which I checked the records and I
17   seen Mr. Busenkell, William Busenkell -- Michael
18   Busenkell, attorney on record.  I don't see Mr. Michael
19   Williams ever being attorney or ever filling out an
20   application to proceed as representation for General
21   Motors.
22       That's in violation of 83.5, which is going
23   to be turned into the Attorney General's Office and also
24   going to be reviewed.

Page 139

1        I want this to be a record, that it was
2    faxed to me from Michael A. Williams, as stated earlier.
3        In closing, I would like to reiterate the
4    fact that I was never an hourly worker -- I mean, sorry,
5    scratch that.  I was an hourly worker.  I was never a
6    temporary, nor terminated, by the documents that I
7    presented from the affidavits from Dave Bull, and these
8    investigations were done by the Department of Labor.
9    And, okay, and their information was presented to the
10   Department of Labor for their recommendations and
11   terminology of the violations by their legal staff.
12       Okay.  At this time I would like, in
13   closing, that that's what the Department of Labor had
14   discovered, and the information that they obtained from
15   General Motors, and that's why they ruled, stating that
16   there wasn't no discrimination on the basis of the
17   information they found.
18       But, clearly, the Department of Labor found
19   otherwise, because of the information I presented to
20   them, providing with evidence.
21       Okay.  That's in closing, my argument.
22       MR. WILLIAMS:  I have nothing further.
23   A.   Now, for the record, I would like to say one
24   thing.  She asked me a question about the copies.  I

Page 140

1    would like to have my original.  She can have copies for
2    the exhibits.  This is my exhibits that I brought in,
3    which you failed to bring in or you didn't feel as though
4    they were necessary, but to show proof and evidence,
5    contrary to what you were saying and what General Motors
6    is saying, clearly, these evidence speaks for themselves.
7    Would Dave Bull -- he is a rep from General Motors.
8    Okay.
9        So, again, I'm asking you, I would like to
10   have -- she can have a copy of that, and plus a copy of
11   my union book for her own records and for the records for
12   the state, as far as discovery, by the 8th of November,
13   for discovery by the 8th of November, judge's order.
14       Now, like I said, these are mine's, these
15   are my originals.  She can have copies.  And also a copy
16   of this.
17       So she told me to ask you, because I don't
18   want her to have my originals.  I need these.  These are
19   mine, personally.  If you want some, you can subpoena
20   them and you can get them.  Okay.  Those are my personal
21   records.  According to the rules of District Court, I'm
22   entitled to my own personal records.
23       And I would like to mark exhibit of the
24   rules --

Wilcox and Fetzer, Ltd.                Registered Professional Reporters                302-655-0477

EX. 1

Anderson v. General Motors Corporation
Roland C. Anderson

Page 141

1    Q.   Sir, once you said you were done and I concluded,
2    you can't add any other exhibits.
3    A.   I understand that, but I just wanted you to
4    answer the question about my records, that she asked me a
5    question earlier, and in opening and closing I asked you
6    a question, I would like to have a copy.
7        If you disagree, I'm going to bring
8    out the rules. Okay. These are the rules. I'm going
9    by, like I said earlier, Civil Practice Procedures of the
10   United States District Court, if you want to disagree
11   with that. I'll write a letter to the judge. I have to
12   do what this says.
13       And you know, I talked to you many days
14   about these rules. Now, the rules, if you know the
15   rules, you cite them. You know, these are the rules of
16   the District Court.
17   Q.   Sir, what you fail to understand is that when you
18   choose to bring exhibits to a deposition or add exhibits
19   to the deposition, the originals go with the court
20   reporter. To the extent you failed to bring copies, that
21   wasn't my obligation. My obligation was to bring the
22   exhibits that I was going to use.
23       If you would like to ask Mr. Busenkell,
24   since we are in his office, if he will make you a copy,

Page 142

1    that's one thing. But I have no obligation to make
2    copies of these exhibits or get involved in this.
3    A.   If you can state that rule. If you know the
4    rules, state it. If you can state the rules, I'll gladly
5    write a letter to the judge, clarifying what you are
6    saying on teletape.
7        I want to see the rules. Don't look at my
8    rules. I want to see the rules where you say you are not
9    entitled to the exhibits I brought in. I beg to differ,
10   sir. I see something different and you can't even cite
11   the rule.
12   Q.   Sir --
13   A.   Sir, I'm just telling you what the rules are.
14   Q.   Again, I'm now done with this conversation
15   because --
16   A.   If you can talk to him, I'll be glad to get a
17   copy of my situation here.
18   Q.   Again, nothing in the rule requires me to --
19   A.   Sir, can you point that out? Can you point that
20   out? It does say that. Okay.
21   Q.   What are you talking about? I have no idea what
22   you are even talking about.
23   A.   Ask Mr. Busenkell to get a copy of the books,
24   whatever. I'll make a notation to the judge, whatever,

Page 143

1    like I have been doing.
2    Q.   Sir, the record will reflect what the record
3    reflects. I have neither the time or energy to deal with
4    you about this, and the judge can deal with it however he
5    deems appropriate.
6        Exhibit 1 must go back with the court
7    reporter.
8    A.   That goes back with her. Fine.
9        (Anderson Deposition Exhibit 12 was marked
10   for identification.)
11       (Proceedings conclude at 12:19 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 144

1                    I N D E X
2    DEPONENT:  ROLAND C. ANDERSON              PAGE
3    Examination by Mr. Williams          2
4
5               E X H I B I T S
6    ANDERSON DEPOSITION EXHIBITS           MARKED
7    1   10/23/07 Williams to Anderson fax      2
8    2   Complaint in action 05-877            2
9    3   Complaint in action 06-669            2
10   4   9-8-05 EEOC to Anderson letter        43
11   5   Privacy Act Statement                66
12   6   Charge of Discrimination dated 2-14-06    66
13   7   2-22-06 Division of Industrial Affairs
         letter                  66
14
15   8   EEOC Retaliation definition          66
16   9   GM Benefits & Services Center cover page
         dated 10-5-07                66
17   10  Affidavit of David I. Bull            66
18   11  Seniority list                66
19   12  Excepts of a publication            143
20
21   ERRATA SHEET/DEPONENT'S SIGNATURE      PAGE 145
22   CERTIFICATE OF REPORTER            PAGE 146
23
24

36 (Pages 141 to 144)

EX. 1

Anderson v. General Motors Corporation

Page 145

```
1
2
3
4        REPLACE THIS PAGE
5        WITH THE ERRATA SHEET
6        AFTER IT HAS BEEN
7        COMPLETED AND SIGNED
8        BY THE DEPONENT.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 146

```
 1   State of Delaware )
                      )
 2   New Castle County )
 3
 4           CERTIFICATE OF REPORTER
 5
              I, Eleanor J. Schwandt, Registered
 6   Professional Reporter and Notary Public, do hereby
     certify that there came before me on the 24th day of
 7   October, 2007, the deponent herein, ROLAND C. ANDERSON,
     who was duly sworn by me and thereafter examined by
 8   counsel for the respective parties; that the questions
     asked of said deponent and the answers given were taken
 9   down by me in Stenotype notes and thereafter transcribed
     by use of computer-aided transcription and computer
10   printer under my direction.
11           I further certify that the foregoing is a
     true and correct transcript of the testimony given at
12   said examination of said witness.
13           I further certify that I am not counsel,
     attorney, or relative of either party, or otherwise
14   interested in the event of this suit.
15
16
17           Eleanor J. Schwandt
18           Certification No. 125-RPR
19           (Expires January 31, 2008)
20
     DATED:  October 24, 2007
21
22
23
24
```

37 (Pages 145 to 146)

EX.  1

Anderson v. General Motors Corporation

**A**

Aber 130:2
ability 5:2,17 116:6,8
able 130:24
accepted 99:18,22
101:9
accepting 29:15,23
30:12 33:2,10 53:9
97:14
access 56:19
accident 25:15,17
97:24 98:3,5 102:8
accommodate 112:15
account 86:4,4,6,7,9,13
86:17 96:1 127:18
accumulated 19:4
56:20 131:16,18,22
135:20,24
accumulating 137:15
accumulation 133:18
134:21
accurate 16:1
accurately 45:18 47:20
56:12,13,21,23 57:6
76:24 77:5,12
accused 13:8
aching 102:15 111:21
acquire 56:5 131:17
133:13 134:16
acquired 42:15,20
45:10 56:9 58:21
59:6 65:22 77:10
118:24 119:5
acquiring 135:10,19
act 62:19 63:4 64:3
65:12,13 88:10
112:18 117:10,12
144:11
acting 112:14
action 1:5 65:17 77:2
89:19 123:7 128:12
144:8,9
actions 79:21 118:17
118:18,18
activity 95:23
acts 107:9
add 52:15 141:2,18
added 19:1
addition 55:7,14
Additional 66:3
address 2:15,18 87:14
91:16
addressed 100:19
administrative 126:11
126:16
admission 138:14
admitted 138:15

adverse 65:17 77:2
89:19 128:12
Advil 111:24 112:3,6
advised 63:1,2 117:11
Aerospace 133:9
Affairs 144:13
affect 5:2 116:6
affective 135:1
Affidavid 144:17
affidavit 21:2,7 22:3,12
44:10,12,15,23 46:9
46:10 65:21 77:9
78:3 80:20
affidavits 38:14 81:1,2
139:7
AFSCME 17:12,13,22
age 31:23 35:19 37:6
115:1 124:2
agenda 92:8
ago 16:16 37:21 99:16
99:17
agree 118:2
agreed 101:2
agreement 15:8 19:11
36:13 42:17,20 45:10
47:12 49:3,13,14,18
55:24 57:23 59:3,6
59:11 65:10,22,24
77:10,11 118:5 119:2
133:6 134:2,23,24
135:3,5,13,14 136:7
136:7 137:3,22,24
agreements 119:4
136:8,15,18
agrees 55:19
Agricultural 133:10
ahead 27:19,19 69:21
125:7 133:4
ain't 51:16,16 71:21
103:24 104:2 108:18
112:15 114:9 116:8
127:23 129:15
Al 114:11
alcohol 5:1 6:12 34:10
allegation 46:4 64:7
73:8 89:6,20 92:9
106:23 110:12,19
113:18 116:15
allegations 46:3 51:1
54:8,18 55:7,14
64:15 66:15 67:23
70:8 73:5 74:3 89:23
109:4 110:11 113:10
116:13,19,20 122:23
allege 29:8 32:21 37:10
41:16 73:16 78:6,12
79:22 89:15 113:10

119:10 122:1
alleged 25:6 33:6
allegedly 72:14 95:1
alleges 43:8 64:7
alleging 65:15 109:8,17
119:16,22 120:24
allow 57:16
allowed 4:2 32:6,8,11
102:22 110:24
123:13
allowing 96:24
aloud 4:11
Altered 38:5
amended 65:13
America 133:10
amount 75:15 98:9
analyst 82:5,15
Anderson 1:3,9,14 2:1
2:4,12,13 3:3,4,9
6:15 31:17 42:23
43:8,10 44:20 66:8
68:12,14 69:1 71:16
81:19 87:3,12,14,15
95:9 96:5 117:2
121:5 128:1 130:15
134:4 143:9 144:2,5
144:7,10 146:7
answer 3:23 4:3,10
5:18 19:8,23 20:4,11
20:14 29:16 38:9
52:18 58:4 67:8
79:21 86:12 93:15
94:9 96:10 106:20
109:24 117:21
123:15 124:12,14,21
126:21 129:16 141:4
answered 119:17
126:20
answering 52:20 93:20
110:1
answers 146:8
anybody 21:2 53:11
73:15 117:16 127:17
anymore 67:11
Anyway 88:24
apartment 2:20
apparently 27:17 40:23
45:9
appeal 98:17,19 99:9
99:11,13,16,18 100:9
100:16 101:6 129:3
appealed 39:11 100:6
129:4
appear 44:9 87:16
appearance 138:4
APPEARANCES 1:13
appears 73:21,23 87:13

87:23
appellate 100:6
appendix 133:12
134:15 135:17
applicable 64:5 65:11
application 18:20
29:19,22 30:1,4
32:22,23 33:1 34:19
109:9,17 119:11
124:4 125:21 138:20
applications 29:15,23
30:12 33:2,11 53:9
122:10
applied 18:15 29:21
86:2 97:16
apply 29:9,12,14,21,22
48:10
appointment 26:1
130:4
apprentice 10:5,16
11:1
appropriate 126:6
143:5
approximately 10:20
10:22 12:13
April 27:10,11 28:8
29:13 30:5 34:20,23
37:18,22,23 38:2,18
39:24 41:5,17,18
54:2,13 80:11 124:24
125:9,18
arguing 137:6
argument 139:21
article 58:1 136:16
asked 5:17 19:23 20:6
20:7,9 22:4,16 32:21
32:24 34:2 35:3,10
35:13 38:8 53:3
85:18 107:14 108:20
109:17 113:16
126:20 127:19
129:15 137:1,4
139:24 141:4,5 146:8
asking 20:22,22 22:2
28:16 52:14,19 81:12
137:6,7 140:9
aspirin 5:12 112:7
assault 13:12,15,22,23
13:24
assaulted 13:12
assaulting 13:9
assigned 71:2
Associate 14:14
associate's 7:20
Atkins 97:24 100:23
101:17 115:24
attach 137:9
attached

66:4 77:16
attend 7:2,13 11:14
attended 7:6,10 8:17
8:19 11:9 60:3
attending 10:12
attention 54:24 67:15
69:4 72:12
attorney 14:21 24:24
25:1,4,24 60:3 99:7
118:19 121:14,15
128:8 136:24 138:13
138:16,18,19,23
146:13
attorneys 130:2
August 19:14 21:24
23:3 42:13 48:14,14
55:21 58:9,19 118:3
118:12 128:7
authority 63:5 88:11
Automobile 133:9
Avenue 1:10
awarded 98:14
aware 3:14 78:21 80:20
81:3
awhile 112:14
a.m 1:10 13:1

**B**

B 42:1,5 50:19 144:4
bachelor's 7:21
back 8:11 9:17 15:11
16:15 17:17,19 18:5
18:7 22:4,5,16,17
27:13 32:24 37:8,12
41:14 42:8 43:13,18
44:3 48:13,13,16,17
48:18,24 49:23 50:4
50:22 51:6,18,23
52:23 56:8 58:13,17
59:13 60:18 61:9,11
66:1,12 68:5 72:7
74:5,7,7 76:13 77:21
77:21 78:20 79:5,9
81:17 85:15 87:2
95:5 97:8,12,20,24
98:24 99:1,2 100:15
100:18,24 101:14,16
101:16,19,20 102:4,4
102:15 103:4,9,11,11
103:24 104:4,16
105:2 107:8,14
110:19 111:16,17,20
113:2,11,14 114:6
115:20 118:9 122:7
122:17 126:23,24
128:19 131:6 132:19
134:14 136:21 143:6
143:8

EX. 1

Anderson v. General Motors Corporation

| | | | | |
|---|---|---|---|---|
| **bad** 103:21 | 2:13 | 138:18 141:23 | 45:10 51:4 52:8 59:6 | 69:14 71:17 |
| **ballpark** 118:22 | **bit** 99:3 102:11 | 142:23 | 60:20 65:23 75:15 | **clarifies** 134:13 |
| **Bandera** 100:23 | **black** 32:13 | **buying** 34:10 | 77:10 101:22,23 | **clarify** 52:24 68:3 |
| **bargaining** 19:7,11 | **blacks** 103:19 104:4 | | 115:1 119:4,4 | 69:19 |
| 36:13 42:17 47:11 | 115:12 | ___C___ | **certificate** 7:20,22 8:2 | **clarifying** 142:5 |
| 49:3,14,18 55:23 | **blank** 87:16 | **c** 1:3,9,14 2:4,12 3:4 | 9:3 11:3,5,6,7 138:15 | **class** 11:24 116:18 |
| 57:23 59:2,11 65:24 | **blew** 127:8 | 36:4,23 52:13 79:16 | 144:22 146:4 | 123:7,22 |
| 77:11 83:16 118:5 | **Board** 25:15,17 | 81:8,21,21 82:2,4,17 | **certificates** 11:24 | **classes** 10:12 |
| 119:2 | **body** 116:16 | 82:20 83:5,24 84:1,3 | **certification** 96:23 | **clean** 43:3 |
| **based** 14:20 22:15 | **Bonner** 101:2 | 84:19 90:22 137:17 | 146:18 | **clear** 4:15 9:4 10:8 27:2 |
| 77:19 101:19,20,21 | **book** 58:2 83:12,13,13 | 144:2 146:7 | **certified** 8:1 101:15 | 40:24 45:9 46:8 54:4 |
| 120:16 | 83:15,16,16 125:12 | **calculated** 50:22 | **certify** 57:14 96:16,20 | 73:10 76:22,22 |
| **basic** 70:7 | 125:12,12,13,14,15 | **calculation** 86:21,23 | 146:6,11,13 | 113:13 120:9 |
| **basically** 25:18 136:12 | 125:17 131:13,14 | **call** 15:6 30:17,23 31:8 | **chairman** 108:5 | **cleared** 115:19 |
| **basis** 45:13 73:6 74:15 | 133:20 134:1,7,7 | 32:10 50:3,20 61:11 | **chance** 4:3 45:22 59:20 | **clearly** 28:11 38:14 |
| 74:17,19,20 75:18,19 | 137:5,7,9 140:11 | 66:16 70:10 72:14,22 | 73:2,3 | 41:24 42:1 54:21 |
| 78:6,13 81:5 88:5 | **books** 132:19,23 | 94:14,14 99:20 104:1 | **change** 132:20,23 | 63:23 73:14 78:18 |
| 92:4 110:5,14 128:13 | 136:11 142:23 | 104:18 108:6,12 | 133:1 | 89:1,3,9 94:8,15 |
| 139:16 | **boom** 53:10 114:20 | 110:23 114:12 | **changed** 38:4 90:8 91:7 | 104:23 116:13 117:9 |
| **becoming** 7:4 11:1 | **born** 106:12,13 | 122:17 126:23,23 | 94:14 95:11,12 | 120:18 122:21 128:4 |
| **beer** 33:23 34:10 | **bothering** 111:21 | **called** 11:10 27:7,7 | **changes** 78:21 | 139:18 140:6 |
| **beg** 142:9 | **bottom** 45:3 68:20 | 30:9,24 31:11,14 | **charge** 43:9 57:11,11 | **close** 2:19 16:9 28:20 |
| **began** 10:11 | 69:13 133:16,19 | 47:16 48:6 51:6,23 | 63:10,13,16 64:2,5 | 56:9 |
| **begging** 104:19 | **Boulevard** 1:17 | 53:1 61:7 74:5,7 | 64:24 88:18,19 117:1 | **closed** 56:4 |
| **beginning** 1:10 3:19 | **Boyle** 65:20 | 84:16 86:8,11 91:10 | 117:3,6,14 120:8,15 | **closing** 139:3,13,21 |
| **behalf** 81:4 | **boys** 104:8 | 91:12 96:4 97:13 | 144:12 | 141:5 |
| **believe** 5:22 15:10 | **break** 34:8,9 69:20,22 | 102:23 108:13,14 | **charged** 13:15 | **Coast** 15:16 16:4,8 |
| 20:21 35:20 37:6 | 71:19 129:14 130:5 | 109:8 113:11 121:21 | **charges** 13:11,13 14:2 | 17:3 23:10,15,19 |
| 55:8,15 98:20,21 | **Brief** 64:6 | 125:2,21 127:3,7,7 | 14:3,4,17,20 17:6 | 24:5 26:7 |
| 120:3 | **briefcase** 82:7 | 136:20 | 63:20 126:11,12,16 | **Code** 63:7 88:13 |
| **belong** 36:24 | **bring** 25:12 52:13 | **call-back** 136:20 | **charging** 63:11 64:7,17 | **coherent** 89:6 |
| **belonged** 17:12 36:1 | 54:23 79:18 87:20 | **capable** 6:3 | 64:20,23 65:3,7,15 | **collective** 19:7,10 |
| 59:8 | 109:1,7 110:19 | **capacity** 70:17 | 65:19,21 76:12,24 | 36:12 42:16 47:11 |
| **belongs** 108:20 | 114:12 140:3 141:7 | **caption** 121:4 | 77:15 116:15,17 | 49:2,13,17 55:23 |
| **benefit** 60:5,8 65:6,19 | 141:18,20,21 | **car** 97:23 98:3,5 | 117:10,10 | 57:23 59:2,11 65:23 |
| 84:24 87:10 89:11 | **bringing** 113:14,15 | **care** 95:13 122:5 | **Charles** 3:5 | 83:16 118:5 119:2 |
| **benefits** 35:22 36:2,4,8 | 120:10 | **carefully** 3:18 | **check** 15:10,22,24 | **college** 7:2,8 8:16 11:9 |
| 36:10,18,20,24,24 | **brought** 21:4 27:18 | **carrying** 108:22 | 64:14 95:6 103:16 | 11:13,23 12:3 |
| 40:17,18 55:8,11,5 | 28:3 41:1 48:23 | **cars** 24:19 102:10,17 | 104:14 114:1 127:4 | **colleges** 7:5 11:14 |
| 56:20 64:20 78:17,17 | 62:23 84:14 107:8 | 103:17 104:20 | **checked** 138:16 | **come** 34:8 104:7 106:6 |
| 79:15,15,16 81:8,10 | 108:7,10 109:4 | 112:24 | **checking** 136:10 | 106:8 108:3 115:13 |
| 81:21 82:20,22 83:2 | 123:21 140:2 142:9 | **case** 14:24 25:1 26:2 | **check-off** 136:5 137:12 | **comes** 57:21 63:3 79:1 |
| 84:1,1,3,17,20 85:13 | **built** 104:4 | 44:21 54:17,17 60:22 | **Cherin** 1:9 | 117:12 |
| 87:5 89:2 90:12,14 | **bulging** 99:1,2 101:3 | 66:15,20,24 68:9 | **chief** 84:5 | **coming** 26:1 33:22 35:5 |
| 90:19 91:4,6,13,15 | **Bull** 6:1 20:20 21:7 | 76:9 116:21 129:19 | **cholesterol** 5:10 | 35:6,12 37:14 38:10 |
| 91:17,19 92:15,24 | 38:14 40:6,13 41:23 | **cases** 32:4 39:21 40:5,9 | **choose** 141:18 | 50:24 59:13 104:9 |
| 93:5,8,11,22,24 94:2 | 42:2 44:10 51:14 | 121:18 129:10 | **Circuit** 14:13,14 47:2 | 122:23 |
| 94:4 95:10,17,19,21 | 59:22 61:4 74:6 77:8 | **Castle** 6:21 146:2 | 60:20 99:13,23 | **comma** 56:5 |
| 96:7 107:11,16 | 78:24 80:14,18,21,24 | **category** 38:12 | 110:18 | **commenced** 83:6 |
| 110:11 116:10,11,12 | 81:2,3 89:1 91:22 | **cause** 50:7 120:12 | **circumstances** 38:15 | **commented** 39:20 |
| 118:21 126:15 | 92:3 94:7,23 103:23 | **caused** 24:20 | **cite** 141:15 142:10 | **comments** 57:20 |
| 127:21 128:15,17 | 128:4,22 129:7 139:7 | **causing** 70:11 112:18 | **city** 1:17 3:10 104:11 | **commission** 57:11 61:1 |
| 144:15 | 140:7 144:17 | **center** 31:1 60:6,9 | **civil** 1:5 65:12 103:21 | 61:20 |
| **best** 20:4,12,15 | **Bull's** 21:2 22:2 63:22 | 87:10 89:2,1,11 127:21 | 108:8,9 138:11 141:9 | **commissioner** 36:6 |
| **better** 10:7 15:22 | 78:3 118:8 | 144:15 | **claim** 78:14 | 83:23 |
| **bid** 102:17 | **bunch** 34:7 35:5 53:23 | **cerit** 99:19 | **claims** 64:17,20 65:4,7 | **commit** 39:1 60:1 |
| **big** 87:16 | **Busenkell** 138:8,17,17 | **cert** 99:20,21,21,22 | 65:15,19 76:13 77:1 | **committed** 40:11 |
| **birth** | | **certain** 27:17 36:2 45:2 | **clarified** | **committee** |

EX. 1

31:9
commonly 4:12 35:1
communicate 68:18
communicating 34:16
communications 82:9
community 11:23 12:3
  104:3,12
comp 26:1 32:5
companies 15:20
company 15:19 23:11
comparable 75:6
Comparator(s) 65:14
compared 103:17
comparing 103:23
competent 4:24 6:5
complaint 26:20 29:4
  43:23,24 44:2,3 54:9
  64:10,14,15 67:15,17
  67:19,22,24 68:2,7
  68:13,14,15 69:8,10
  69:12,16,17,18,23
  71:11,15 76:8 78:7
  80:4,11 88:6 90:5
  92:21 100:13 107:1,2
  119:19 144:8,9
complaints 3:12 63:20
  107:3
complete 10:22 29:19
  30:1,4 63:10 131:1
completed 10:11 11:2
  145:7
completely 14:10 20:21
compliance 57:15
computer 96:6 146:9
computer-aided 146:9
computing 133:12,14
  134:15,18
conclude 57:12 143:11
concluded 141:1
condition 135:10
confederate 104:8
  115:11
confidential 15:6
confidentiality 15:8
  98:12
confirmation 95:23
  96:3,4 127:13,19
confuse 71:7
confused 8:13 9:11
  12:8 58:15 67:10
considered 131:20,24
  135:22 136:2
Considering 62:17
Consistently 64:17
consolidate 76:17
conspiracy 121:9,10,21
conspired 119:20,22
conspiring

121:11
constantly 24:20 104:1
contact 82:4 95:23
  103:24 123:6 127:14
contacted 103:3
contacting 64:22
contained 63:6 88:12
contend 89:19
continue 26:17 27:17
  109:19
continued 18:9
continuing 84:1
continuous 56:7,17
  133:14 134:17,17
continuously 21:19
  83:7
contract 52:8 59:15
  75:8 76:4 83:3 95:17
  131:8,14
Contractors 15:21
contracts 133:1
contrary 69:15 140:5
conversating 34:16
conversation 34:4
  119:14 142:14
Cool 41:9
copies 38:6 139:24
  140:1,15 141:20
  142:2
copy 26:23 41:14 54:20
  59:21 64:13 66:24
  67:1 77:15 79:17
  83:22 92:10 110:17
  114:3 124:9 130:9,23
  136:11 137:4,14
  140:10,10,15 141:6
  141:24 142:17,23
corner 85:1 87:13
  104:5
corners 33:9
corporation 1:6,20
  119:23 121:6,7 133:8
  137:24
correct 5:14 7:11 8:15
  8:17,18 9:20 10:9,10
  10:14,17,18,20 11:4
  12:13,14 18:16,17
  21:21 26:4,5,11 28:9
  29:11 35:17 37:9
  38:1 39:4,5,12,16
  41:1,2 43:23 44:14
  44:18,19,21,22,24
  45:1,3,4,6,7 46:9,12
  57:20 66:13,14,16
  68:1 69:2,3 71:5 72:8
  72:15,16,20 73:19
  74:15,24 75:21 76:10

76:16,17 77:13,17,20
  77:23 78:1,2,4,5,9
  89:22 93:6,7 96:17
  96:20,21 110:4 112:9
  112:11 115:17
  116:19 117:2 122:4
  128:17 130:21
  146:11
correctly 29:10 57:19
  116:24
Corrupt 64:16
costs 98:14
counsel 3:17 64:11
  118:15 138:15 146:8
  146:13
count 115:13
County 146:2
couple 130:1
course 10:23 11:8
  62:20 108:13 123:20
  127:13 129:11 131:7
courses 7:8,23 11:19,22
court 1:1 3:20,22 13:10
  14:4,6,6,8,9,12,13,14
  14:15 15:1 27:24
  28:5,5,21 29:3,4
  39:23 45:9 47:2
  53:19 60:20,21 61:2
  70:5,10,14,14,17,19
  71:2,3,17 77:14
  87:12 98:14,18 99:10
  99:11,14,18 100:1,1
  100:2,3,4,5,6,7,10,16
  100:18,19 101:5,8
  110:18 123:19
  130:23 133:6 134:1
  138:5,12 140:21
  141:10,16,19 143:6
courts 61:19 66:24
  94:19,22 99:24 109:1
  116:13 138:10
court's 21:3 43:5 54:24
  70:1 73:22 87:11
cover 85:4 87:23
  144:15
co-worker 13:15,16,17
cracker 114:20
created 37:12 62:4,5
credit 135:20
credited 131:16,18,23
  135:24
criminal 118:18
cumulative 26:2
curiosity 35:4 97:15
curious 95:5 127:17
current 2:15 65:6
custodian 12:19,21

13:14
cycle 113:23

_____

D

D 133:12 134:15
  135:17 137:11 141:1
DA 118:19
date 2:13 19:12,14 27:1
  27:1,10,14 28:8 56:8
  56:8 73:23 74:1 83:1
  91:3 94:5 95:2
  105:15,16 131:24
  132:1,18 135:2,5
  136:1,3
dated 44:15 58:14
  59:21 67:16 74:1
  78:4 85:14 90:8 92:2
  144:12,16 146:20
dates 25:13 28:1
Dave 6:1 38:14 40:6,13
  41:23 42:2 51:14
  61:4 63:22 65:20
  74:6 77:8 78:3,24
  80:14,18,24 81:2
  83:9,9 88:24 91:21
  94:7,23 103:23 118:8
  128:4,21 129:7 139:7
  140:7
David 44:10 59:21
  144:17
day 13:4 27:5 44:15
  59:23 92:11 102:15
  104:18 113:22
  131:15,16,18,19,22
  131:22 133:7 135:2,6
  135:17,18,19,21,23
  135:24 136:6 146:6
days 13:3,5,6 36:13
  42:16 49:13,16 50:6
  50:10,17 51:7,12,13
  56:6,8 57:24 59:1,3
  79:2,11 82:1 83:15
  95:15,18,19 113:1,4
  114:19 115:14 119:1
  126:22,22 131:13
  132:2,10 133:13
  134:16 135:2,6 136:4
  136:6 137:15 141:13
daytime 10:6
dead 97:9
deal 115:4 143:3,4
dealing 51:10 64:6
  86:23 115:9 119:19
  123:23 124:10
deals 37:7 85:8 113:23
  115:3 123:3
Dear 117:10
debate 22:18

December 48:2
decided 11:17 85:17
decision 57:12,14
decisions 39:11,15
deemed 78:9
deems 143:5
defendant 1:7,18 35:20
  37:6
definite 83:5
definition 40:20 47:10
  144:14
degree 7:16,18,20,21
  9:22
Del 7:3,10,12,13,16
  8:17,19,23 9:2,6,8,13
  10:12,23,24 11:2,11
  11:21,23 12:1,3,5
Delaware 1:2,10,10,23
  2:17 6:20 36:5 63:7
  65:12,13 88:13
  116:17 138:12 146:1
Delcastle 7:4 10:4
  11:10 12:2,5,7,18,19
  12:21 13:14 14:18
  17:15,17,20
denied 8:5 18:21 35:22
  55:8,15 81:9 93:5,8
  93:11,22,24 94:1
  110:9
denoted 76:8
deny 93:24
department 26:20
  28:11 30:16 31:1
  54:18,21 61:1 62:19
  62:21 64:11 82:5
  83:10 85:19 88:8,17
  114:4 116:14,23
  117:8 124:17 139:8
  139:10,13,18
deponent 21:3 144:2
  145:8 146:7,8
deposition 1:9 2:1 4:8
  5:20 20:1,4 22:14
  25:11,22 28:22 43:5
  43:7,10,14,19 44:9
  54:24 55:3 66:8,12
  67:1,10,18,20 68:2,5
  68:8,10,11,14,23,24
  69:1,5,6,7,12,13,17
  69:18,23 70:13,17,23
  70:24 71:6,7,12
  72:12,18 73:6,14
  74:4 75:3 76:6,11,23
  78:8 87:22 88:6,16
  94:5 100:20 105:20
  117:9 120:17 130:9
  130:24 133:5 141:18

EX. 1

Anderson v. General Motors Corporation

141:19 143:9 144:5
depression 23:21
deprived 6:9
desk 102:11
destroyed 36:20
detailed 131:8
determine 107:22
determining 63:13
detrimental 26:2
Detroit 122:6
diabetes 5:3 112:17
diagnosed 23:22 112:8
DIANE 1:20
die 114:14 115:7
differ 142:9
difference 90:10
    104:15 135:4,15
    136:8
different 11:14 14:10
    15:19,20,20 20:21
    31:8,9 35:13 40:23
    43:3 52:9 59:16
    69:24 75:5 88:23
    90:9 94:3 134:12
    142:10
differently 122:9,19
    123:11 124:3
direction 40:23 146:10
disability 23:20,23
    24:1,7,8,11,15,22
    96:13,15 103:3,5
    115:17
disagree 141:7,10
disbarred 64:13
discharged 23:8 82:19
disciplinary 64:11
    99:24 118:15
disclose 15:5 25:2
disclosing 25:4
discovered 89:24
    116:20 117:9,15
    139:14
discovery 27:23 124:10
    131:1 140:12,13
discriminate 17:8
discriminated 13:8
    117:17 119:10,16
    120:3
discrimination 14:21
    17:6 42:9 63:10,14
    63:16 64:3,24 65:13
    65:15 77:18 107:5,9
    110:15,20,21 117:1
    139:16 144:12
discussed 17:1 26:4
    72:13,17 107:6
discussing 67:24 72:13
Discussion

66:7 126:3
disk 99:1,2 101:3
dismiss 57:10
dismissal 57:16
dismissed 13:11 57:11
    110:2
dismissing 120:16
dispute 20:19
distressed 24:11
District 1:1,2 27:24
    28:5 29:4 61:2 138:5
    138:12 140:21
    141:10,16
disturbance 23:21
Division 144:13
docketed 101:11
doctor 24:5,16 26:9
    96:19,24 97:1,4,7,8
    97:10 98:24 99:4
    100:21 101:2,15,17
    103:6,6,8,10 111:4
    112:21 115:23,24
doctors 97:21 98:21,21
    99:5 100:14 102:12
    112:1,22 115:4,19
document 28:24 29:3,6
    37:16 43:21 61:12
    68:21 69:5,6 71:1,6
    73:16,18 76:6,8,15
    85:9 110:17 129:5,6
    130:9,13 132:14
documentation 19:21
    47:4 59:14 98:2
    110:7 124:15 129:13
documentations 13:10
    49:10 57:22 87:9
    136:22
documented 28:5
documents 5:23 20:24
    27:17,21 28:16,20
    32:3 37:10,16 38:3,6
    38:13 39:21,23 40:2
    41:1,4,16 43:3 60:23
    67:13 70:16,18 72:21
    87:17 134:13 139:6
doing 4:6 20:6 30:10
    81:13 84:16 85:18
    97:2 102:12 104:2,21
    109:19 125:3 143:1
DOL 61:20 77:15
    116:14 117:7
dollars 98:16,22 99:6
Dorothy 105:14
Dougherty 113:7
Dr 24:18,18 97:24
    100:21,23,23,23
    101:1,1,2 111:5,6,9

111:10 115:24
drive 102:10 104:20
    112:24
driving 102:10,17
dropped 13:13 14:3,4
drugs 5:1
Dryden 14:23 15:6
dues 79:3,4,5,6,10
    135:9 136:5 137:12
duly 2:6 146:7
duration 135:13,14

_____ E _____

E 36:4,23 83:24 84:2
    144:1,4
ear 30:13 32:1 33:5
    102:24,24 125:24
earlier 72:13 83:17
    88:10 108:8 113:16
    113:16 116:4 118:15
    119:13 120:9 129:5
    129:21 137:1 139:2
    141:5,9
easier 27:12
East 15:16 16:4,7 17:3
    23:10,15,18 24:4
    26:6
Eckert 1:9
edification 43:5 70:1
    87:11
education 12:20 18:12
EEOC 37:18 38:18
    40:4 43:7 57:10
    59:22 62:21 64:9
    65:1,16,21 77:1,8
    78:9,13 79:24 80:10
    88:18 89:14,17,21,24
    90:3 122:7 134:13
    144:10,14
effect 26:2 35:22 41:20
effective 135:2,5 136:6
effects 113:19 120:12
eight 16:20 19:4
eighties 7:15 8:8,10
    18:7 22:17 106:5,6,8
    111:17
either 49:8 74:5 124:3
    124:5 125:9 146:13
Eleanor 1:11 146:5,17
Electric 15:16 16:4,8
    17:4,4 23:15,19
electrical 7:19 15:21
    16:17 23:10 26:7
electrician 7:4,24 8:1,3
    8:7 9:4 10:3,5,13,16
    10:17 11:1,5,17 12:6
    12:12,17 15:13,15
    18:20,21 102:2

electricity 7:22
eligibility 83:5,10,24
    131:23 132:1 136:1,3
else's 21:2 22:12
emotional 23:21 24:6
emotionally 24:6 115:4
emphasize 134:6
employed 26:10 42:10
    42:15 45:13 58:19
    59:1 116:15 118:12
    119:1 122:3 128:6
    132:8 135:17
employee 36:9 38:21
    47:15 48:17,20 49:1
    51:11,12,22 54:11
    55:20,24 56:1,2,18
    56:19 64:19,19,21
    77:4 78:16 85:8 87:8
    87:10,15 89:9,10
    107:10 118:10 119:7
    122:8 123:10 124:1,2
    124:22 127:22,23
    128:2,5 129:12
    134:21,21 135:12
employees 47:17,18,21
    48:5,16 51:19 52:9,9
    52:10 56:2,5 60:6
    61:6 78:20 88:2 89:4
    102:16 118:2 123:6
    124:23 131:15,20,24
    133:13 134:11,16
    135:21 136:1,17
    137:20
employee's 56:7
employer 17:14 24:2
employers 16:24 24:4
employment 12:16
    14:17 16:2 18:13,15
    20:23 21:6 23:18
    31:18 45:12 47:23
    48:6,8,9,11 51:21
    55:1 61:8 65:13 84:7
    90:4 92:3 97:17
    118:6 122:24 128:12
    135:7 138:1
ended 84:7
energy 143:3
enter 49:19 138:3
entered 133:6 136:23
    138:4,9
entering 88:18
entire 133:17 137:3,9
entitled 32:9 35:23
    36:3,12,23 51:4,5
    55:8,16 84:19 92:17
    95:16,20 111:3
    140:22 142:9
episode

49:9 117:7
Equal 61:1,20
Eric 24:18
ERRATA 144:21
    145:5
escort 32:7
escorted 32:12 111:2
    125:11
especially 35:12
ESQ 1:16
establishes 57:13
establishing 126:14
event 56:7 146:14
everybody 53:16 59:10
    75:23 115:8 121:10
everyday 35:11
evidence 61:13 65:4
    106:16 107:5 114:7
    139:20 140:4,6
Evidently 32:20 69:23
    80:10 127:16
exact 107:12 124:19
exactly 52:4 75:17
    97:12
examination 2:8 144:3
    146:12
examined 2:6 146:7
Excepts 144:19
Excuse 109:15 133:16
exhibit 21:4 28:22
    41:12 42:1,5,6 43:5,7
    43:10,14,15,19 44:3
    44:8,9 47:15 48:14
    49:20 50:19 52:13,16
    54:24 55:4 58:6
    61:13 62:16 67:2,10
    68:8,11,23 69:1,6,9
    70:18,19,24 71:6,16
    72:12,19 73:7,19,20
    73:21 74:4,8,9,10,12
    74:13,13,14 76:6,12
    76:23 77:16 78:4,8
    80:15,15,16,17 85:3
    87:8,12,23 88:7,21
    89:1,2 94:15,16
    104:23 105:3,6,7
    120:17 130:9 134:8,8
    134:10 136:22,23
    137:8,11 140:23
    143:6,9
exhibits 2:1 66:8,13
    70:16 140:2,2 141:2
    141:18,18,22 142:2,9
    144:5
exist 86:18
expect 27:20
expense 70:12
experience

EX. 1

Anderson v. General Motors Corporation

114:16
experienced 114:17
expired 45:12,15 74:15
74:16,19,21 92:3
expires 74:23 146:19
explain 3:17 10:7 21:1
29:17 40:1 70:9,21
70:22 71:10,20 75:3
86:10 90:7 93:2,14
93:16 107:19,23
109:1 117:20,21,22
explained 20:18 65:6
71:24
explaining 65:8
extended 84:1
extent 4:10 20:19,24
28:17 134:4 135:9
141:20
extinguish 116:2

---
**F**

facility 119:24
fact 3:12,24 33:16 38:6
46:18 48:23 51:15,15
52:10 58:16 79:10
92:5 94:13,13 102:9
102:21 109:14
111:13 113:15 114:2
115:16,21 116:2
127:12 129:16
132:14,22,24 136:11
139:4
facts 3:14 27:23 59:10
66:4 89:23
fail 141:17
failed 25:20 140:3
141:20
failure 68:18
fair 118:20
fairy 104:13
falls 131:19,23 135:20
135:24
false 46:23 47:1,6,6
57:21 59:13 60:2,19
60:24 61:18 64:12,15
64:24 66:2 77:4
88:21 94:11 109:3
110:6 117:24 118:6
118:14 128:18,20
129:1,8 134:13
falsely 61:3 64:18
far 15:22 25:13 26:1
78:10 137:19 140:12
Farnan 38:14 42:4
51:1 63:23 81:1 92:9
110:18
Farnan's 92:10
fault 71:21,22 72:1

favor 110:3
fax 130:18,19 144:7
faxed 82:12 139:2
February 45:16
fed 94:17
federal 17:12,13,22
36:22,23 81:12 96:16
97:19
feel 126:6 140:3
fees 135:9
female 30:16
FETZER 1:23
Fidelities 86:24
Fidelity 36:7,22 81:12
81:16 82:5,9,16
83:10,11 84:4,21
85:11 87:2 89:11
91:9 92:2 94:11,14
94:21 95:2,20 114:21
114:22 127:8,10
field 8:5 9:24
fighting 36:21 92:24
file 14:17 17:6 57:17
92:21 93:23,24 94:2
99:11,13 108:20
109:16
filed 3:13 17:3 18:20
26:19 27:23 28:12
29:4 38:7,13 39:3
42:8 49:24 63:21
64:23 76:15 80:11
90:5 99:9,16 100:3,4
107:2 109:21 117:1,6
126:7,12 128:20
138:10
filing 117:7
fill 125:21
filling 138:19
Finally 4:23
find 102:22 114:20
findings 25:17 91:21
findings 25:18 88:14
117:16
fine 71:23 143:8
finger 115:13
finish 4:2,3 50:11 59:19
59:20,20 117:5
120:21 123:2 132:4
133:16,21
finished 11:7 129:15
fire 114:20
fired 37:1
firm 3:10
first 2:5 8:16 19:12,14
20:18 39:23 40:2
41:6,22 42:8 45:5
55:13 59:23 64:23

67:18 70:20,21 71:11
82:14 94:20 128:22
five 35:12 60:13 67:6
99:17 100:14 126:10
128:19
five-minute 69:22
71:19
flags 104:9
flip 44:2
focus 67:9,15 68:7 69:4
76:23
Focusing 72:12
folks 103:15
follow 29:17
following 55:20 135:2
135:4,6
follows 2:7
forefront 114:13
foregoing 146:11
forget 16:15 25:8 30:18
126:9
forgetting 128:18
forgot 22:5 28:10
form 64:3 65:5,17 73:5
77:3 81:5
formed 78:6
former 47:15,21 48:5
51:19 61:6
forms 63:15 78:13 88:5
128:13
forward 72:4 101:12
124:18 130:24
found 26:21 38:19
81:11 88:9 95:4
110:3 139:17,18
four 7:23 9:22 10:22
18:24 19:2,3 21:16
21:17 44:2 45:13,15
50:18 74:22,23 99:17
113:6 126:9
frame 39:8,10 40:9
74:20 110:16
frank 68:16
free 134:5
friends 33:14 35:7
Frisco 100:21 101:1
front 4:20 25:16 44:7
51:8 99:4
frustrated 67:6 114:19
full 2:10 40:16
fully 52:20
full-time 97:11,16
102:5,7
Fulst 13:21 14:1
furnished 106:19
further 6:7 56:5 57:18
65:4,17 77:2 132:14

134:3 136:21 139:22
146:11,13

---
**G**

Gage 1:16 3:10
gainfully 26:10
Galinet 24:18
Gary 130:2
gathering 84:9
General 1:6,20 3:11,13
5:24 8:4,5,10,11 9:5
9:14 16:5 17:18
18:15 19:13,22 20:20
21:9,15,19,22 22:13
22:21 23:7 24:3,5,17
26:3,12,21 27:6 30:5
30:19 31:6,11 32:16
33:7,10,20,21 34:24
35:6 42:9,10 44:20
50:13 53:16,17,22
54:12,14 58:7,18
59:22 60:3,5,8,12
61:19 62:9 72:22
73:15 74:22 75:11
77:24 79:22 81:4,19
81:23 82:2,22 83:2,6
83:8 84:17,24 87:3
89:6,11,14,17,20
90:23 91:2 92:18
95:11 97:14 102:1
110:4 111:10,12
116:7,9,13 117:23
118:11 119:10,19,21
120:23 121:2,5,14,15
121:24 122:4 123:6
124:23,24 126:8
127:20 128:5 131:5
131:10 132:8 133:7
136:14,19 138:20
139:15 140:5,7
General's 118:19 128:9
138:23
getting 12:7,19 31:9
33:22,23 70:7 90:4
90:14,19,22 93:19
108:23 113:1
Gilgicte 5:5,5
give 3:23 4:3,19 15:7
28:8 31:3 41:14
45:22 82:11 83:14,15
83:20 86:5 99:6
108:4,4 109:18
114:12 119:11,13
120:6 125:17
given 34:18 38:6 61:1,3
65:1,7 107:15 109:9
128:20 146:8,11
giving 109:3

glad 123:20 132:22
142:16
gladly 142:4
GM 77:3,15 89:2
127:21 144:15
GM's 77:8
go 6:7 7:23 17:17,19
19:2 20:24 24:24
27:7,13,17,19,19
30:22 33:18 34:11
40:23 41:3 43:18
44:1,8 47:14 51:15
60:18 62:21 69:21
72:4 84:6 85:24 86:4
86:5,7 97:12,20
101:12,16 103:4,9,11
104:16 105:2 107:14
110:24 111:8 112:16
115:10,12,20 123:18
125:7 126:5 130:24
132:19 133:4 134:20
141:19 143:6
God 95:8
goes 61:22 100:1,1
128:19 137:16 143:8
going 3:17 10:1,15
19:23 21:8 25:20,23
28:8,15,21 33:22
34:9 35:13 37:15
38:9,11 40:1,23
41:11,24 43:13,15
44:5 45:8 46:24,24
47:5 51:14 59:12
60:18 64:12 66:11,12
67:2 68:19 69:15
70:9,22 71:19 76:5
85:6 86:10,19 90:6
93:14 94:10 96:2
100:14 101:3,11,11
103:7,8 105:2,22
107:19,24 113:22
114:5,9,10,12,12,13
118:18,19 121:18,18
123:8,9,18 124:12,14
124:17 127:23 128:8
128:21,24 129:16,20
129:22 130:4 133:5
134:14 138:10,22,24
141:7,8,22
good 4:6 37:15 123:9
123:21
gotten 91:19 94:4
96:23
government 96:16
97:19
graduate 6:15,17
graduated 6:23 7:1

EX. 1

Anderson v. General Motors Corporation

8:13,24 9:12 10:8
**GRAHAM** 1:20 132:16
**Grand** 1:17
**granted** 110:3
**grievance** 93:23 94:1,2
  108:21
**grinding** 24:19
**guard** 32:7,13 111:2
  125:11
**guess** 21:4 102:3
**guilty** 121:12,13
**guy** 13:9 103:21 108:18
  118:10,15 125:15
**guys** 62:12 118:14
**G-I-L-G-I-C-T-E** 5:8

_____
**H**
_____

**H** 144:4
**hac** 138:14,15
**hall** 30:21,22,23,24
  31:2,6 108:8 137:5
**hand** 28:21 76:5 95:8
**handling** 83:23
**hands** 4:8
**hang** 102:23 108:3
**happened** 5:24 14:24
  20:23 49:23 102:8
**happening** 104:13
**happy** 52:16 93:17
**hard** 4:7
**head** 113:24 114:7
  115:3,5
**hear** 92:9
**heard** 34:1 68:4 99:22
**hearing** 24:24 25:6,16
  25:22
**hearings** 126:16
**held** 23:9
**hell** 113:23
**help** 83:20 114:21
**hereinafter** 133:8,10
**Hey** 96:5
**high** 6:15,17,18 7:1
  8:13,20 9:6,12 10:8
  10:11 11:18
**hire** 26:22 52:7 61:15
  61:24 62:13 73:9
  102:16 104:22
  105:15,16,19 106:15
  110:22 113:24
**hired** 3:11 18:18,19
  19:12 20:9 21:9
  26:24 33:15 35:8
  53:12,19 54:1,4,12
  57:2 58:7,10,12
  61:17 62:14 64:22
  73:8,10,15 104:14
  105:4,9,10,20 106:3

106:9,16 113:5
  122:13,16,17 124:24
  136:19
**hiring** 26:12,14,16,19
  30:10 32:23 33:1,3,7
  33:20 34:2,3,19,21
  34:24 35:3,3,4,7,14
  35:14 53:4,22 54:15
  57:1 61:16,21,23,23
  73:17 85:18 97:14
  104:14,15,21 119:18
  120:5 125:3,22,23
  127:7
**hitting** 99:2
**Hockessin** 6:20,22
**Hold** 43:2 133:21
**holiday** 131:19,21
  135:20,22
**home** 2:20,21,22 16:2
**honest** 5:2,18,22 6:3,10
**hope** 6:21 121:6
**hour** 38:15 75:15,20,20
**hourly** 40:6,14,15,16
  40:17 42:11 47:9
  48:17 49:22 50:6
  52:8,9,22 58:8,10,13
  58:19,23 60:6,7 61:5
  61:9 63:23 64:21
  65:10,22 75:4,5,6,13
  75:14,18,23 77:9
  78:24 80:18 83:4,21
  85:8,13 87:8,10,14
  88:2 89:1,3,3,10
  91:22 92:6 94:8,12
  94:15 95:11 107:12
  109:2 110:7 114:23
  118:12 127:22 128:5
  128:6 139:4,5
**hourly-rated** 127:22,23
**hours** 12:23 93:16
  97:22 98:1 101:18
**house** 102:14
**human** 35:17,18
**hundred** 98:16,22 99:6
**hundreds** 108:6
**hung** 30:13 31:24 33:4
  73:3 102:24 125:24

_____
**I**
_____

**ibuprofen** 112:1,3,6
**ID** 62:10
**idea** 123:9 142:21
**identification** 2:2 43:11
  66:9 143:10
**identify** 31:16 130:12
**illegal** 6:13 13:24
**illegally** 18:6
**illness** 112:19

**impeach** 63:17
**impingement** 24:17
  25:7
**impingements** 24:20
**Implement** 133:10
**impossible** 28:2
**inaccurate** 78:9,13
**incapable** 96:17,20
**including** 42:20 45:11
  61:19,20 63:22
**income** 89:6
**incorrect** 40:12 60:14
  91:8
**indefinite** 81:22
**Independence** 131:19
  131:21 135:21,23
**indicated** 11:9
**indicating** 33:5 57:3
**individual** 53:19 54:1
  120:2,23 121:3,8,20
  121:24 122:19
**individuals** 34:14,20
  94:20 119:21
**Industrial** 25:15,16
  144:13
**influence** 5:1 6:12
**inform** 57:9
**information** 25:2,12,21
  26:13 40:10,12,13
  41:21 42:4 43:8
  46:23 47:1,5 50:11
  57:13,21 59:14 60:2
  60:19,24 61:2,18
  63:2,2,6,10 64:12,24
  65:5,16,18 66:3
  73:13 77:1,3 78:6,8
  78:10,13,23 80:2
  82:6,8,11 83:11 84:9
  84:10 85:22,24 87:2
  87:17,18 88:1,11,15
  88:16,21,24 92:1
  94:12,17 95:1 101:9
  103:22 106:22
  108:10,19 109:3
  110:5,6 117:11,24
  118:1,6,8,14 122:6
  122:12 123:14
  124:16 127:13
  128:19,20 129:2,8
  139:9,14,17,19
**informationally** 60:15
**informations** 123:5
**INGs** 99:1
**initial** 3:5 135:9
**initiate** 63:15
**injury** 97:23
**inquired** 27:4
**inquiring**

96:1 127:18
**inquiry** 57:4
**instances** 63:12
**insurance** 36:6 83:23
**interested** 146:14
**international** 93:9 94:1
  108:12,13,14 133:9
**interpretations** 132:5
**invest** 131:11
**invested** 128:15
**investigate** 63:16
  107:15
**investigated** 41:19
  46:24
**investigating** 47:3
  118:16,16
**investigation** 26:21
  37:18 38:19 40:4
  54:16,20 62:20 63:20
  64:2,9 65:9,16 77:2
  80:12 87:7 88:9,20
  117:7 122:7
**investigations** 139:8
**involved** 107:11 121:9
  121:19 142:2
**involves** 92:14
**irrelevant** 120:10
**issue** 50:21,23 57:1,12
  60:12 61:16 82:1
  106:10
**issues** 64:11 95:16

_____
**J**
_____

**J** 1:11 146:5,17
**Jackson** 108:11 114:11
**janitorial** 13:18
**January** 146:19
**jaw** 111:22
**Jersey** 103:18
**Jessie** 114:11
**jittery** 97:3
**JJF** 1:5
**job** 3:22 4:6 8:4 13:7
  23:9 26:14 29:9,12
  29:14,19 30:1,4 50:4
  57:4 64:9 65:1 70:14
  77:21 78:11 91:8
  102:3 103:14 104:19
**jobs** 101:23,24 102:17
  103:15 104:6,10
**John** 15:21 16:16,19,21
  17:4 121:19
**Johnson** 24:18 33:17
  62:3 111:5,6,9,10
**join** 18:4
**joined** 18:5
**journeyman** 8:3,6
  15:13

**judge** 4:21 38:14 42:4
  46:4,19,24 47:1 51:1
  58:24 63:23 76:17
  80:24 81:1,2 92:9,10
  94:8,24 106:23
  110:17 113:18 118:9
  120:11 122:22 124:9
  141:11 142:5,24
  143:4
**judges** 14:13,14,14
**judge's** 140:13
**judgment** 110:3
**jumpy** 99:3
**June** 21:13,19 42:18
  46:2,5 48:18 55:22
  59:4 61:9 118:4
  122:15
**jury** 4:21 98:10,11,13
  98:20 99:5,5
**justice** 14:6,8 64:16
  95:15 108:23,24
  115:14
**justices** 14:12
**justification** 88:2

_____
**K**
_____

**Kansas** 1:17 3:10
**keep** 4:15 44:5 92:8
  104:22 109:19
  113:14 120:4
**keeping** 61:12
**keeps** 70:15
**kept** 14:1
**kind** 7:18 90:22 104:3
  114:1 123:14 131:6
**kindly** 125:14
**King** 1:23 100:23
**knew** 30:15 31:19 32:2
  32:16 33:9 80:21
  119:15
**knocked** 107:11 118:22
**know** 5:19 14:8 17:9
  27:20,20,22 28:10,17
  31:22,23 32:2,15,19
  33:12,19,23 34:11
  35:2,4,9 37:13,17
  38:10 41:17 50:23
  51:13 53:1,11,16,17
  54:11 62:11,20 66:22
  78:19 80:4 81:13
  83:4 84:15 92:17
  94:18 95:2 102:11,13
  102:16,19,20 103:9
  103:20 108:10
  112:17,19 113:21,24
  114:6,7,23 121:10,20
  123:20 128:22 131:5
  131:10 132:7,11

_____

**EX. 1**

Anderson v. General Motors Corporation

Page 153

141:13,14,15 142:3
known 3:2 52:10 133:8
knows 31:7 32:1
  108:17
K-A-B-L-E 105:9

_____ L _____

Labor 26:20 28:11
  54:19,22 61:2 62:19
  62:21 85:19 88:8,18
  114:4 116:14,23
  117:8 139:8,10,13,18
lady 30:10,11 32:18
  53:3
laid 16:23 17:9 21:15
  35:21 36:4 40:3,7
  42:14,19,23 45:15,24
  46:1,5 48:15,18,23
  48:24 50:16 55:10,17
  58:20 59:5 61:10
  62:24 64:21 78:18
  79:1 80:18 83:8
  89:15,18,21 91:22
  92:6 113:6 118:13,23
  119:3 124:5 127:2
  128:8 136:17,19
  137:20
Larry 99:8 100:4,8
  129:17
Lathrop 1:16 3:10
Lavinsky 33:17
law 1:9 3:10 60:22 63:4
  116:21
laws 63:16
lawsuit 17:3,16 44:20
  44:24 46:13,15,22
  49:24 81:5 109:7,16
  109:21 110:2 113:11
  120:16,18 121:4
lawsuits 14:17 38:7
  39:3,7 60:11 126:7
  126:16
lawyer 117:14 121:18
  121:21 123:8 128:24
  129:18,20,22
lawyers 130:2
law(s) 65:11
layoff 37:8,11 42:11
  47:8 49:22 74:24
  81:22,22 83:5 113:5
  123:12
lead 84:10
leader 103:22
learned 34:20
leave 9:23 13:7 16:4,14
  23:15 41:14 108:5,17
left 3:20 25:1 78:22
legal 4:13 6:6 65:20

77:7 139:11
letter 43:6 63:22 72:17
  80:14 81:12,15 82:10
  84:8,14,21,23 85:14
  85:16 88:3 89:5 90:8
  91:10,21 92:3,13
  94:5,7 95:5,6 101:10
  103:12,23 108:7,7
  116:6 117:20,24
  128:3 141:11 142:5
  144:10,13
letters 89:10
let's 9:17 27:12,22
  38:24 46:12 54:23
  69:22 70:24 76:22
  80:7 120:8 129:14
  130:5 134:20 135:16
levels 138:1
liberty 95:4 98:8
  129:24
lie 51:16,17 62:1
  105:21
lied 13:9
life 118:21
ligaments 100:17 101:3
likewise 4:1
limitation 107:8
limitations 60:22
limited 54:8
line 18:19,23 34:6
  103:13,13 130:14
Liperise 112:4
liquor 33:13 34:10
list 26:24 27:3 49:4,7,8
  49:9,11 50:5 51:6,7
  54:3,6 56:3 61:22
  62:3,4,5,9,12 73:10
  73:23 78:15 79:17
  80:5,7 105:4,5,7
  144:18
listed 35:20 36:8 37:6
  38:19,20 49:4 51:17
  55:9,16 56:1,18
  66:15 77:3 78:15
  81:8,20 82:3 84:11
  84:18 87:4 90:11
  92:18 96:5 100:14
  124:5 129:11 130:20
listen 40:1 48:12 50:24
  94:23 108:4 115:23
  117:4
little 21:17 27:24 33:22
  99:3,3 102:11,13
  103:18
live 114:13 115:6
lived 2:18 113:20
living 104:17 115:7
Livingston

62:3 113:8
LLC 1:10
Lloyd 2:16
local 39:15 93:11,22,23
  136:18 137:21
located 11:12
long 2:18 12:21 16:7,11
  16:19 18:1,23 21:14
  23:1 37:21 49:12,15
  99:16 131:10 132:7
look 26:15 27:21 28:24
  29:5 54:3,23 55:3
  60:16 68:11 73:21
  76:4 85:17,24 115:10
  123:8,9 130:13 134:8
  134:9 142:7
looking 31:18 36:6
  69:16 71:11,15
  116:24
lose 81:20
lost 36:15 39:6 40:9
  46:15 79:15,15
  100:10 116:19 129:10
lot 31:23 109:12,14
lovustatin 5:10,10
lower 102:4
lunch 34:8,9
lying 109:13
L-L-O-Y-D 2:16
L.C 1:16

_____ M _____

magistrate 14:13,15
mailed 85:5
mailing 87:24
main 15:23 16:3
majority 104:4 111:20
making 99:3 103:5
  104:18
Malik 121:19
Man 51:9
management 50:4
  120:1
manager 1:21 122:1
  124:22
manner 5:18 6:9
March 29:9,12,13,14
  29:19 30:1,6,8,9
  31:11 53:1,12,20
  54:13 57:4 66:16
  72:14,22 85:14 87:2
  92:2 120:5 122:10,19
  122:21 124:4,21
  125:9,18 127:17
mark 41:11 42:5 43:4
  43:15 52:16 62:16
  67:2,4,4,7,7 138:1
  140:23

marked 2:2 28:22 42:1
  43:10 44:3 66:9,13
  67:9 68:8 69:5 70:4
  72:18 73:6,19 74:11
  76:5 78:3,7 87:11
  88:6 120:17 130:8
  143:9 144:5
marking 43:6 133:24
marks 70:18
Maryland 103:18
  115:11
matching 19:3
matter 22:14 33:16
  57:18 58:15,17 70:24
  83:23 107:3 114:2
matters 58:16
McKean 6:18
mean 27:22 28:9 31:21
  35:24 36:22 40:15
  45:23 47:7,8 50:1
  58:11 74:18 75:14
  92:10 118:22 121:8
  122:3 132:19 139:4
meaning 4:13,24 19:3
  74:22
means 4:2 40:16 52:6
  121:6,7 134:17
  138:15
meant 102:3
med 77:4
medical 24:21 32:4
  96:19 111:1 115:24
medication 5:1,3,4,9,11
  111:18,19 112:17
medications 5:13
  112:22
medicine 100:24
medicines 112:16
meet 35:1
meeting 60:3 123:4
Mellott 1:10
member 17:22 18:1,9
  61:22 83:12,14
  134:22 135:1,8
members 40:11
membership 135:9,10
  136:5 137:12
memory 20:22 28:4
mention 100:13 132:22
mentioned 58:24 60:17
  62:23 63:21 100:22
Merit 1:11
messages 108:6,17
Michael 1:16 3:9
  130:17 138:4,8,17,18
  139:2
middle 3:5
mind

58:2 79:18
mine 140:19
mine's 140:14
minorities 103:16
  104:15
minute 8:9 33:18 38:24
  43:1,18 59:19 62:7
  66:18 95:10 123:2
  124:14 132:4,18
minutes 52:17 66:21
  67:6
mirage 104:13
misleads 60:21
missing 121:6
Missouri 1:17 3:11
  14:11
mistreated 124:16
mm-hmm 4:12 18:11
  29:7 34:22
moment 28:24
money 15:2 75:16
  77:22 90:4
month 24:15,16 27:8
  103:5
months 11:20 18:24
  19:1,2,3,5 21:16,17
  45:13,15 50:18 56:7
  56:17 57:24 74:22,23
  99:17 113:6 115:6
  133:14,18 134:17,18
  137:16
morning 12:24
Motion 138:14
Motors 1:6,20 3:12,13
  5:24 8:4,5,11,11 9:5
  9:14 16:6 17:18
  18:16 19:13,22 20:20
  21:10,15,19,23 22:13
  22:21 23:7 24:3,5,17
  26:3,12,21 27:6 30:5
  30:19 31:6,11 32:16
  33:7,10,20,21 34:24
  35:7 42:9,10 44:21
  50:13 53:16,17,22
  54:12,14 58:7,18
  59:22 60:5,8,12
  61:19 62:9 72:22
  73:15 74:23 75:12
  77:24 79:22 81:4,20
  81:24 82:3,23 83:2,6
  83:8 84:17 85:1 87:3
  89:6,11,14,17,20
  90:23 91:12 92:18
  95:11 97:14 102:1
  110:4 111:11,12
  116:7,9,14 117:23
  118:11 119:10,20,21

EX. 1

Anderson v. General Motors Corporation

120:23 121:2,5,24
122:4 123:6 124:23
124:24 126:8 127:20
128:5 131:5,11 132:8
133:8 136:14,19
138:21 139:15 140:5
140:7
mouth 68:4,16
move 101:12
Murder 114:15

_____

**N**

N 144:1
name 2:10 3:9 13:20,21
14:22 30:15 31:17
33:17 50:5 53:19
54:1,11 82:6,15,15
108:12,15 113:9
119:9 120:2,6 121:3
121:23 122:8,18
123:1,10 124:1,2,22
names 2:4 31:3 34:1,13
35:2 53:11 54:4 56:3
105:3 113:7
narcotic 6:13
National 39:15
nearest 104:11
necessarily 130:3
necessary 103:12 140:4
need 19:8 43:16 52:15
97:3 108:16 111:1
112:16 140:18
Needam 113:8
needed 25:10
needlessly 70:11
negative 64:8
negatively 65:18
neither 143:3
nerve 111:23
nerves 96:14 97:3 99:3
never 5:20 17:3 42:2,3
51:6,7,12,23 60:7,16
60:16,17 62:2,23
63:21 73:15 74:5
75:4 80:12 82:2 84:3
94:21 100:19,19
102:18 103:24 108:6
118:9 129:9,9 136:20
138:4 139:4,5
new 43:8 78:7 80:20
102:16 103:18 146:2
newer 125:12
nice-looking 104:7
Nichols 15:18 16:11,14
17:4
night 10:4,12,15 11:18
13:4
nighttime 12:18,19

nine 16:20 18:2,2
nineties 25:9 106:5,7,8
NLRB 39:16 92:21
93:6 94:1 108:22
Notary 1:11 146:6
notation 142:24
notes 25:22 146:9
notice 1:9
November 131:2,3
133:7 140:12,13
numb 111:23
number 2:24 29:8
30:17,18,18,20 31:1
31:6 44:21 47:24
67:1 68:9,9 69:9
70:18,19 71:2 73:14
74:4 86:2,3,3,5 88:18
88:19 94:16 108:4,5
130:18,19,20
numbers 3:6 31:9

_____

**O**

oath 2:6 4:19 37:24
39:22 72:10
obligation 141:21,21
142:1
observe 115:12
obtained 57:13 139:14
obtaining 63:9
occasions 5:16
occurred 128:12
October 1:11 21:16,20
23:8 26:22 36:5
42:19 48:19 55:22
57:3 59:5 61:10,15
62:14 73:9,15 76:15
80:3,3 82:16 83:7
87:13 104:22,23
105:21,21 106:2,15
113:14,14 118:4
119:4 131:1 146:7,20
office 43:7 76:3 118:20
128:9 138:23 141:24
offices 1:9
official 70:15,17
Oh 7:14 25:8 30:18,21
31:18,19 33:8,10
59:13 81:11 91:12
97:8 100:12 104:13
112:4,6 127:19 129:8
okay 3:21 4:5,22 5:13
5:21 6:2 8:6,13 9:1
9:15,17 10:2,7 11:14
12:4,9,12,18 13:17
14:7,16 15:12 16:7
17:19 18:12 19:8,9
19:14,19,22 20:16,19
22:8 23:6 25:6 26:17

26:19,20 27:3,19
28:15,19,23 29:2,18
30:4,7 32:19,21
34:18 35:16 36:1,16
37:3 40:14 41:6,6,9
42:11,21,24 43:13,15
43:20 44:4,17 46:7
47:8,18 48:16 49:9
50:21 51:2 52:24
53:5,8,24 56:14
57:22,23,24 58:22
59:1,3 60:17 62:24
63:18 64:1,4,13,17
65:10 66:11 67:2
69:7,14 70:20 73:5
73:18 74:5,8,10,13
74:14 75:5 76:1,20
78:12 79:12,20 80:13
81:7,15 85:2 88:8,14
89:12,16 90:10,10,10
90:13 92:5,7 93:18
94:6,12 100:10
101:13 102:5 105:14
106:4,9,14,14,14
109:13 116:1,15
117:15 118:16 120:2
120:8,10,20,22
122:22 124:8,11
125:20 126:11 127:4
129:7 131:5,20 132:3
132:7,12 134:6,14,15
135:16 136:16,24
137:14,17,20 139:9
139:12,21 140:8,20
141:8 142:20
old 59:2 84:15
older 106:13
once 25:4 60:17 63:21
83:13 95:17 112:14
141:1
ones 31:8 104:11
113:22
one-year 23:13
on-line 7:8
open 59:12
opening 141:5
opportunities 57:4
opportunity 61:1,20
102:22 112:23 113:1
119:14 127:6
opposed 89:15,18
ordeal 113:23
order 46:3 92:11 96:15
130:23 138:14
140:13
ordered 120:11
original 140:1
originals

140:15,18
141:19
out-of-state 138:6
O'Neal 113:8

_____

**P**

package 85:5,6,7
packet 41:1,3
page 3:18 29:5 45:6
48:14 70:2 71:4 72:2
74:1 76:11 119:1
130:23 131:4 132:2
133:15 136:5 137:14
137:14,15,20,23
138:1,13 144:2,15,21
144:22 145:4
pages 44:1,2 134:2
137:13,18
paid 75:11,15,18 79:2,4
79:5,10 94:10
pain 77:22 98:16
100:24 102:15
111:18,19,23 112:2,5
112:6,21 113:20
paragraph 45:5,17,20
47:14,24 48:2 49:17
55:12,13,19 56:16
57:1,9 76:12,23
132:5,6 134:18,19,20
137:16,17
Paragraphs 133:15
part 17:10 23:2 37:5
45:3 46:13 74:9
95:24 113:11 120:3
particular 36:2 74:16
parties 118:2 146:8
partner 3:10
parts 45:2
party 63:11 64:7,17,20
64:23 65:3,7,15,19
65:22 76:12 77:5
116:15,17 117:10,10
146:13
part-time 26:14 97:2,5
101:18,21 115:23
pattern 110:19,21
Paul 15:18 16:11,14
17:4
pay 77:21 79:6 81:22
131:23 132:1 136:1,2
paying 135:9
payment 82:2
payments 24:8 81:23
90:23 103:5
Peace 14:6,9
Pennsylvania 103:17
104:8 115:11
pension 60:6 79:16

85:8 87:1,15 89:4
91:12 114:23,24
127:22 131:11 132:9
people 1:21 4:7 26:24
31:23 33:8,9,24 34:5
34:9,15 35:1,6,11,11
35:16 50:7 51:9 52:7
53:15,17,21 54:4,14
59:14 62:1,14 73:9
73:17,24 92:18 94:15
104:23,24 113:5,21
115:9,15 116:3
117:13 119:14
121:16 122:13,15,17
123:14 127:1,3 129:8
129:21 136:19
perfectly 122:11
period 7:15 9:18 10:19
11:15 12:15 15:13
17:11 21:15 22:11,22
22:24 23:2,11,13,14
26:4 36:14 42:14
50:9 56:4,6,9,17
57:24 58:21 59:4
81:17 118:2,23 121:2
125:13,19 127:3
131:16,17,18,23
134:18 135:19,20,24
136:20
periods 21:22 23:6
55:20 125:10 133:14
perjury 39:1,2 40:11
60:1
permanent 64:19
permission 73:1
person 31:5,13 32:15
33:7 36:3 47:4 54:12
75:9 106:3 108:9,9
119:9,16 120:6 138:7
personal 63:5 88:11
140:20,22
personally 140:19
personnel 30:9,19 31:1
32:11,17,18 34:5
124:17
persons 31:9 76:2,2
119:9 138:6
pertaining 109:22
122:22
pertains 88:1
pertinent 25:21
Philadelphia 43:7
88:19
phone 31:20 33:4,4
84:16 91:11 102:18
102:24,24 104:21

_____

EX. 1

Anderson v. General Motors Corporation

108:3 110:24 119:17
125:2,24 128:1
130:20
photocopy 137:9
physically 30:22 125:4
125:8,21
pieced 48:22
pills 101:1 102:15
111:23 112:2,21
pin 86:2,3,3,5 94:16
pins 111:22
place 50:5
placed 56:3 75:22
places 35:13
placing 65:8
plaintiff 1:4 19:24
42:10,18 46:2,4
48:17 58:7,19 59:4
118:11 119:3 121:5
128:6
plaintiff's 45:14
plan 60:6 79:16 85:8
87:15,15 89:4 120:4
131:6 132:9
plans 131:12
plant 34:19 50:8 109:8
109:9 120:4 125:4,9
125:11
please 2:10 28:20,24
29:3 41:7,10 42:7
43:4 44:2 47:20 55:3
62:16 63:1,2 67:9,15
67:23 68:7 95:23
96:10 117:11 127:14
133:20
plus 36:17,17 97:23
98:16 140:10
point 4:21 17:18 35:10
67:5 71:8 93:19
107:9 116:8,9 123:21
137:6 142:19,19
pointed 55:6
pop 51:3
pops 37:18 51:11 87:7
129:7
portions 45:5
position 18:18
possible 97:5
possibly 64:12 97:2
poverty 104:17
Practice 141:9
premise 123:13
premises 102:23 125:8
prepared 25:12
prescribe 102:12 112:1
137:11
prescribed 112:11
present

1:19 26:11
54:22 84:8
presented 5:24 88:15
88:21 99:4 139:7,9
139:19
president 104:2 108:11
122:5
pressing 14:2
prestatements 116:14
pretty 31:8 108:17
111:24
prevailed 41:19
prevent 6:10
previous 32:4 65:10,23
66:3 77:11 84:13
126:16
previously 24:4 55:10
55:17 61:6 65:9
principal 63:9
printer 146:10
prior 8:22 21:24 22:23
26:24 27:1 36:5 38:7
38:13 39:3 40:5
46:13 47:2 83:6
107:7,9 108:18
110:15 127:10
128:19 129:3,4 135:5
135:13,19 136:7
priors 107:7
privacy 62:19 63:4
64:3 88:10 117:10,12
144:11
private 57:17
pro 1:14 138:14,15
probably 5:6 25:20
79:9 85:5 94:17 97:5
98:1 104:20 112:18
112:18 114:16
127:24 129:10
probationary 131:17
135:18
problem 52:20 60:15
problems 24:6 50:7
97:24 98:24 100:24
101:14
procedures 138:11
141:9
proceed 138:20
proceeding 65:20 77:8
Proceedings 143:11
process 24:23 25:3
produced 82:8
production 18:19,23
102:5,7,13 116:16
Professional 146:6
Program 137:24
prolong 71:7
proof

73:2 136:21
140:4
property 32:6,8,9,12
32:12 110:24
protect 99:12
protected 116:17
prove 25:21 107:12
110:6 114:4,7
provide 53:18 54:1
80:2 121:23 122:8
provided 63:3,6 66:4
70:16 78:8 87:19,22
88:12,16 95:1 110:6
117:11
providing 78:12 79:23
139:20
proving 87:10
provision 63:3 117:12
Prozac 112:11,13
prudent 25:1
Public 1:11 63:4 146:6
publication 144:19
pull 41:3,7
pulling 102:14
purpose 50:24 63:9
133:5
purposes 137:2
pursuant 1:9
pursue 57:17 94:3
pushed 36:10
put 3:4 28:15 49:10
51:7 54:3 62:2 68:3
68:15 92:19 97:4
112:21 115:5 116:21
putting 38:12
p.m 13:1 143:11

**Q**

qualify 56:18
question 4:2,4 6:2
19:23 20:6,7,9 22:4
22:20 29:16,24 38:8
38:9 40:22 53:14
75:10 79:21 82:18
86:12 90:6 91:16,17
94:9 96:10 107:24
109:16 117:21
120:21 122:18
124:12,15,19 126:20
129:15 132:7,13
137:1 139:24 141:4,5
141:6
questioned 91:11
questions 5:17 16:15
19:8 20:4,12,15
35:11,12 52:15,19
58:4 67:9 93:15,20
96:3 109:24 120:19

127:18 134:3 146:8
quickly 73:4
quote 35:9 45:10 56:2,4
56:5,9

**R**

race 77:19
racial 51:9 64:23
Ramunno 99:8,9 100:4
129:17
rate 60:6 89:3
rated 89:4,10
ratio 103:16,19 104:15
115:10
reach 55:24 95:17
118:5
reached 67:5
reacted 110:16
reading 19:22 21:4
44:13 48:1 50:11,19
55:12 76:24 105:18
133:11,16 134:1
reality 103:16 113:23
realize 37:24
really 5:20 33:11 102:3
reason 5:22 11:18 40:8
47:17 51:16,17 60:18
65:8 75:2 84:13 87:6
90:16,24 91:9 92:19
95:12 97:13 113:18
117:23 122:22
123:16 124:21
126:21
reasonable 27:22
reasons 27:4 64:13
91:20 112:20
reason(s) 65:14
recall 21:9,18 22:3,10
22:21 28:17 30:7
36:3 42:21 47:22
51:5,20 61:15
recalled 36:17 45:11,14
48:13,16,17 51:18,24
52:5 61:9 78:20
receive 15:2 24:14,22
36:4 84:4,5 111:12
111:16 128:3

received 11:3,6 24:11
25:23 62:12 81:23
82:20,22 83:2 84:3
84:14 85:16 92:16
94:7 98:9 125:12,13
115:16 122:10 124:3
Recess 72:5 130:7
recognize 29:1,2
130:18
recollect 15:23 16:16
33:21
recollection 20:5,12,15
28:1,8 34:3 82:14
109:12
recommendations
139:10
recommended 57:10
record 2:11 3:8 4:15
10:8 21:8 22:12
28:18 39:21 40:24
41:10 43:3 45:9,21
52:24 66:7 70:10,16
72:7,24 73:1 78:18
78:21 113:15 114:2
126:3,5 130:8 133:23
134:5 137:2,13 138:3
138:18 139:1,23
143:2,2
recording 86:20,20
records 15:10,22,24
16:2,2 19:21 20:10
22:13 25:22 27:13
28:3,4,10 32:4,4,9,14
40:13,21 41:7,24
42:9 51:19 58:7,18
60:17 61:4 72:21
73:22 77:15 78:24
80:9,24 111:1,1,8,10
111:14 114:1 118:11
123:5 124:17,19
126:2 127:4 128:4,5
138:16 140:11,11,21
140:22 141:4
refer 69:9 70:19,23
71:14 132:21 134:7
reference 21:3 71:3,8
87:12
referred 133:11
referring 40:5 41:23
47:13 54:7 63:18
71:1 132:15,18
refers 134:12
reflect 28:11 40:14
58:7,18 67:3 126:2
143:2
reflection 115:1
reflects

EX. 1

Anderson v. General Motors Corporation

21:9 45:23 54:7
114:18 143:3
**refresh** 28:4
**refused** 93:23 109:18
**regard** 3:12 15:9 74:3
92:22 98:13 101:15
122:9 123:11 124:3,4
130:23
**regarded** 56:2
**regarding** 57:1 64:8
96:3 127:19
**regardless** 107:8
110:16,16
**Registered** 1:11 146:5
**regular** 40:17
**rehired** 19:24 42:18
46:2,4 47:18,18,19
48:18 52:23 59:4
119:3 136:17 137:21
**reiterate** 139:3
**reiterated** 47:5
**rejoined** 18:7
**relate** 66:16
**related** 17:14 73:12,13
113:10
**relates** 78:8 80:3
**relative** 146:13
**relevant** 63:13
**relief** 108:24
**relinquish** 25:21
**remain** 83:7
**remainder** 45:8
**remained** 56:1
**Remaining** 135:8
**remains** 79:10 94:13
115:16 129:16
**remember** 6:23 21:12
22:6,17 23:5 27:5,14
27:24 28:7 34:13
48:13,15 50:8 58:23
63:19 76:18 80:9
**rendered** 47:1 60:19
**rent** 2:22
**reopen** 47:4 128:21
**reopened** 25:20 129:1
129:1
**rep** 59:22 140:7
**REPLACE** 145:4
**report** 24:21 62:8
116:1
**reported** 62:10,11
**reporter** 1:11 28:22
70:5,14,18 71:2,17
141:20 143:7 144:22
146:4,6
**reporters** 3:20
**reporter's** 3:22 70:14
**represent**

3:11
**representation** 130:3
138:6,20
**representative** 65:21
77:8
**represented** 14:22 99:7
**representing** 59:22
129:18 130:1 138:7
**request** 83:11
**requested** 36:14 88:17
**requesting** 63:5 88:11
**require** 49:16
**required** 42:16 59:1,3
79:11 119:1 135:10
**requirement** 6:6 10:24
**requires** 57:23 138:6
142:18
**resign** 16:21
**resource** 31:1
**resources** 35:17,18
**respective** 146:8
**respondent** 34:21 55:9
55:10,16,17,19 57:2
57:15 61:16 63:12
64:18,22 65:6,7
76:13 116:16
**respondent's** 65:4,16
65:20 77:1
**responding** 118:1
**rest** 45:20 85:4
**resulted** 64:24
**retail** 7:3 11:16,19 12:4
12:5,9
**retaining** 135:10
**retaliate** 128:11
**retaliated** 36:9,15,19
64:7 79:22 120:24
122:2
**Retaliating** 84:19
**retaliation** 37:16 41:19
41:20 43:9 46:23
51:2 54:18,21 55:2
63:19 64:6 65:5,18
75:3 77:3 78:10,14
79:12,13 92:9,11,19
106:22,23 107:6
109:6,23 110:10,11
110:13 116:4,18
120:8 124:11 128:13
136:21 144:14
**retaliatory** 35:21 37:7
**retirement** 81:9 131:11
132:9
**return** 96:24 108:6
**returning** 97:11
**revealed** 65:17 77:2
85:19 94:6,7
**reveals**

40:10
**reversible** 129:2
**reviewed** 113:9
**re-employment** 126:15
**ride** 115:10
**riding** 104:9
**Ries** 82:14,15
**right** 4:6 6:8 9:6,9,19
9:21 10:4,21 15:14
16:3 18:21 19:20
21:1 23:14 36:3,3,17
36:21 39:7 41:9,13
41:21 42:21 43:22
44:6 45:11,14 47:9
47:16,22 48:6,8 49:7
49:19 52:18 54:10
55:5 57:16 58:4,5
61:7 68:14 69:11
84:22 85:15 93:24
94:2 95:6 103:10
106:14 123:23
126:15
**rights** 36:18,19,20
42:15,20 45:11,12,15
47:16,22 48:5 49:21
51:20,20 52:8 58:22
59:7 61:7 65:12,23
77:10 99:12 103:22
104:10 108:9,9 115:8
115:8 118:24 119:5,5
126:22 136:4
**Riley** 62:3
**rocket** 112:16
**Roland** 1:3,9,14 2:4,12
3:3,4 31:17 44:20
87:14,15 117:1 121:5
130:15 144:2 146:7
**room** 121:10,11,11
**Rooney** 101:1
**ruin** 118:21
**rule** 25:11 47:13
121:21 136:16 138:5
138:16 142:3,11,18
**ruled** 25:19 121:9
139:15
**rules** 3:17 25:11 47:11
47:12 60:20 133:12
134:15 138:11
140:21,24 141:8,8,14
141:14,15,15 142:4,4
142:7,8,8,13
**ruling** 25:17
**run** 104:3
**R-I-E-S** 82:15

_____
**S**
_____

**S** 144:4
**salary** 75:13,14,22 76:2

76:2
**sales** 7:3 12:5
**salesman** 11:16,19 12:4
**salesperson** 12:9
**Sanders** 138:9
**sandwich** 34:11
**saw** 39:23 111:4
**saying** 19:6,20 27:13
28:7 31:22 32:11
33:14 35:2 38:23
50:12 54:15,15 60:14
61:24 65:24 66:22
68:6 69:11,12,16,21
69:23 70:12 71:12,21
79:1 91:22 94:4
97:21 98:2 100:12,12
104:22 106:21
112:22 119:6,24
127:17 140:5,6 142:6
**says** 19:14,20 20:10
22:3 31:18 35:19
42:22 45:10 46:1,10
46:19 47:15,21 48:7
49:12,15 50:13 51:1
52:4 55:7,14,19
56:16 57:9 58:1 60:6
62:1,8,9 63:1 64:5
65:3 68:11,14,24
69:1,12,13,18 73:21
74:13,14,18 75:8
76:12,24 77:7,14
80:17,18 82:17 83:4
83:5,24 85:21,23
86:2,20,20,22 87:13
87:14 98:24 101:17
102:2 103:10 105:5,9
105:20 106:2 113:18
116:14 117:1 118:10
118:22 120:18 121:4
122:23 127:22
129:17 131:13,14
133:18,18 134:1,10
134:12,21,24 135:16
136:16 137:23
138:12,14 141:12
**schizophrenic** 112:8
**school** 6:15,17,18 7:1,2
8:10,14,16,20,24 9:2
9:6,12,13 10:1,2,4,8
10:11,16 11:1,10,12
11:18,18 12:2,7,11
**schools** 7:5
**Schwandt** 1:11 146:5
146:17
**Scope** 137:23
**scratch** 139:5
**Scrounging** 104:18
**Se**

1:14
**sealed** 123:19
**Seamans** 1:9
**seated** 3:20
**second** 29:5 74:1 75:9
76:11,14 79:14
130:22
**secondary** 11:13
**secretary** 31:3 32:19
32:20 119:24 122:1,5
**section** 49:17,17 61:14
63:18 83:5 95:22,22
116:12
**security** 2:24 3:6 24:10
24:11,14 32:7 96:12
96:15 103:3 115:17
137:24
**see** 9:24 19:1,20 26:12
34:9 35:12 36:18
41:4,8 45:3 48:3
49:21 55:11 56:10
60:8 67:10 68:15,20
69:6 76:6 77:15 83:9
83:18 84:19,22,23,24
85:6,24 97:14 100:20
103:17 104:5,7,14
105:18 112:15
113:22 115:12
116:22 121:19 125:2
132:14 133:19,19
135:16 136:18
138:18 142:7,8,10
**seeing** 69:11
**seen** 35:5,6 40:2 75:8
101:6 110:17 111:5
138:17
**sees** 100:21
**send** 108:7 123:19
**senior** 42:20 59:6 119:5
**seniority** 26:23 27:3
42:15,20 45:11,15
47:16,22 48:5 49:4,7
49:9,10 50:5 51:6,7
51:19 54:6 56:3,6,7,8
56:18 58:21 59:7
61:6,22 62:2,4,5,9,12
65:23 73:10,23,24
74:19,23 77:10 105:7
113:7 118:24 119:5,5
122:12 131:17,21
132:1 133:12,13
134:15,16 135:19,22
136:2,5,18 137:12,15
137:21 144:18
**sense** 128:10
**sent** 38:14 40:10,12
42:4 47:6 57:16

# EX. 1

Anderson v. General Motors Corporation

| | | | | |
|---|---|---|---|---|
| 64:16 73:13 81:12 83:9,22 85:9 87:1 88:24 91:10 92:11 94:19,19,21 95:5 101:10,10 105:5 110:18 121:13 127:12 130:13 136:11 | 104:23 114:23 118:11 128:4,5 shut 50:8,10,16 Shutdown 131:19,22 135:21,23,23 side 101:10 SIGNATURE 144:21 signed 15:8 145:7 | 111:22 113:16 114:5 114:9,18 115:24 123:22 124:8 129:2 133:17 142:17 situations 26:8 27:23 100:14 110:15 six 11:20 19:1 56:6,17 57:24 100:14 133:14 | 83:22 99:24 100:3,4 100:4,6 133:2,2 138:7,12 140:12 142:3,4,4 146:1 stated 9:4 26:21 40:6 64:18 78:19 116:12 126:21 139:2 statement 6:1 14:3,5 | 123:5,18 124:18 140:19 subpoenas 25:4 subscribed 59:23 Substitution 138:13 subsustained 63:17 succeeds 58:17 successful 126:14 |
| sentence 35:19 45:8 47:20 55:6,13 77:7 77:14 | similar 109:4 simple 40:18,22 74:21 100:9 | 133:18 134:17,17 137:16 | 62:18,19 79:23 81:1 88:10 90:3 94:24 117:5 144:11 | sue 16:24 57:16 98:5 suffering 77:22 98:16 113:21 |
| separate 74:11 September 19:15,15 22:1 23:2,3 41:9,18 42:13 43:6 44:16 48:14 51:4 55:21 58:9,14,20 61:13 66:1 72:18 78:23 88:22 90:9,14,20,23 91:24 94:6 118:3,13 123:11 128:7 | simply 79:23 single 27:14 sir 6:2 20:1,11,14 22:2 22:4,14,18 27:16 28:6 29:16 32:9 37:3 37:19,24 38:3,9,22 39:8,18 40:15,22 41:7,23 42:24 43:13 43:18 44:11 45:18 46:7,8,17,22 47:10 47:20 49:2,4,5 50:23 | slammed 33:4,4 126:1 slash 123:12 sleep 6:9 slow 17:9 23:17 slowly 68:19 Smart 30:11 Social 2:24 3:6 24:10 24:11,14 96:12,15 103:3 115:16 society 114:10 somebody 30:16 33:8 33:12,13 60:21 64:12 105:20 106:13 | statements 63:13 64:6 64:8 81:3 states 1:1 38:15 41:24 57:2 61:16 63:23 73:14 88:4 89:1,3,9 94:15 98:17 99:14 100:2,17 101:8 116:13 117:9 120:18 138:12 141:10 stating 11:7 57:7,12 73:8 77:9 89:7 119:7 | sugar 5:3 112:17,17 suit 42:9 57:17 95:14 146:14 Suite 1:10,17 suits 38:13 62:22 63:20 128:19 summary 110:3 summer 48:7,8,8,10 51:20,24 52:2,5,6 61:8 supervisor 122:1 124:22 |
| served 63:11 service 16:17 60:9 89:11 | 51:23,24 52:14 53:8 53:11,13,24 54:8,14 54:23 55:3,12 59:11 | 108:15 115:5 121:12 129:1 | 122:21 136:11 139:15 | supposed 19:17 25:2 36:7,10 49:8 50:2,3 73:1 74:6 104:10,12 |
| Services 144:15 set 51:2 130:4 settled 15:1 17:16 settlement 15:2,9 98:10 seven 9:23 13:5,6 seventh 128:15 seventies 9:11,12 11:16 22:17 | 59:18 60:11,13 66:11 67:4,15 68:4 69:9 70:9 71:21 74:9,14 79:4,21 81:15 85:14 85:21 89:12 90:7,13 91:16 92:3,21 93:12 93:15 95:1 96:9,10 98:8,12 102:18 105:2 | somewhat 97:22 sorry 8:9 14:5 44:1 46:11 52:11 62:6,7 74:1 75:10 76:13 102:24 107:18 120:21,24 130:22 139:4 | status 55:24 64:9 65:1 65:6,19 78:11 91:8 114:3 118:6 123:12 statute 57:14,15 60:21 107:8 110:15 Stenotype 146:9 Steve 14:23 15:6 Steven 82:14,15 | 112:15 114:24 126:23 Supreme 98:17 99:9,11 99:14,18 100:1,1,7 100:10,16,18 101:5,8 sure 3:17 4:14,23 5:7 6:5 15:24 26:18 40:24 52:11 70:2,9 |
| Sharpton 114:11 sheet 33:16,18 85:4 87:23 145:5 SHEET/DEPONEN... 144:21 | 106:4,10 107:14 109:4,7,10,12,24 110:5,23 111:4,18 112:8 114:10,15 | spasm 100:13,22 101:6 spasms 100:22 speak 97:7 114:10 125:1 | steward 108:16 sticker 68:20 stickers 42:7 stop 19:8 29:24 38:24 | 71:17 76:3 82:13 89:3 108:17 surface 51:10 sworn 2:6 4:19 59:21 59:22 63:12 81:1 146:7 |
| shop 31:9 108:16 116:16 | 115:3,14 116:24 117:18 118:21 119:9 119:13,19,23 120:7,7 | speaking 39:22 108:19 130:1,3 | 61:23 67:23 75:9 90:13 96:22 103:4 137:2 | system 14:10 Systems 1:21 |
| short 23:2,11,16 shortly 9:3,7 18:7 80:10 | 120:7,14,14 121:2,4 121:4,20 122:3,11,11 | speaks 118:9 140:6 specified 65:14 134:18 | stopped 67:6 store 33:14 34:10 | |
| short-handed 23:16 shoulder 111:2,6,21 | 122:18,21 123:13 124:20 125:1,8 | spell 5:6 spoke 31:5 32:16 53:2 | stores 35:13 straight 37:13 68:16 | **T** |
| shoulders 26:2 show 28:11 42:1 47:24 49:10 54:3,6 58:18 59:15 61:21 67:13 72:22 73:24 85:7,21 86:9,13,14 88:2 89:5 105:3,7,10 140:4 | 126:17 127:10,12 128:15 129:3,4,11 131:5 133:2,16 137:6 141:1,17 142:10,12 142:13,19 143:2 sit 5:21 53:18,24 54:12 115:12 121:23 | 53:3 82:16 97:4 103:6 sprinkles 103:19 staff 40:11 139:11 Stalls 15:21 16:17,19 16:21 17:4 stamped 123:19 standing 104:4 | straightened 114:15 Street 1:23 2:16 11:12 strenuous 102:4 strike 75:9 89:19 student 13:15 stuff 28:1 34:12 37:7 38:17 81:21 85:13 | T 144:4 table 36:11 108:24 take 3:22 4:9 5:3,4,10 5:12 10:19 11:19,22 25:23 28:24 31:23 42:6 69:20,22 70:14 71:19 79:22 100:24 102:15 111:19,20,22 112:4,6,14 128:8 |
| showed 26:24 73:10 108:8 | site 57:3 61:17 situation 19:21 30:8 | standpoint 22:6 start 4:4 61:21,23 | 112:11 114:15 sub 36:4,4,23,23 79:16 | 129:14 130:5 137:7 taken 1:9 5:13 7:8 72:5 |
| showing 100:17 103:23 shown 80:16 shows 42:10 54:21 73:16 78:18,18 94:8 | 36:22 37:17 40:11 47:6 51:9 52:21 54:17 66:2 97:1,4 103:2,11 109:1 | started 8:9,11 9:5,8 11:15 23:10 48:13 62:13 70:4 94:20,21 starting 23:5 state 2:10 3:8 66:22 | 81:9,21,21,22 82:2,4 82:17,20 83:24,24 84:1,1,2,3,19 90:22 subject 116:3 submit 133:6 subpoena | 75:3 95:13 113:19 118:17 130:7 146:8 tales 104:13 |

EX. 1

Anderson v. General Motors Corporation

talk 4:8 19:10 30:14
31:2,8 33:12 52:12
52:17 87:21 104:1
118:17,19 121:18
123:8,17 129:20,22
142:16
talked 18:12 23:12
31:13 92:2 97:1,10
107:1 108:11 111:18
121:17 132:23
141:13
talking 3:24 4:1 24:23
25:3 33:24,24 66:3
67:17 83:17 86:22
87:21 92:12 93:20
106:4,22 110:8 112:2
112:5 113:2 128:24
142:21,22
Tamone 113:8
Tech 7:3,10,12,13,16
8:17,19,23 9:2,6,8,13
10:12,23,24 11:3,11
11:21,23 12:1,3,5
technical 7:22 9:2
Technically 108:10
technician 116:16
telephone 72:14
teletape 142:6
tell 29:1,3 30:7,15
38:11 40:7 47:24
50:12 70:3,20 80:5
85:7 86:8,15,19 95:4
98:8 107:24 108:1,3
115:4,10 137:8
telling 20:10 33:13
51:9 71:16 84:15
85:16 89:14,17
101:10 113:17
128:14 142:13
temp 52:7
temporaries 60:9 61:10
79:6,14 83:19 85:12
temporary 36:9 37:1
38:21 40:17 42:3
45:24 46:6 47:7,8,17
47:18,23 48:6,7,8,10
48:16,20,24 49:22
51:11,12,17,18,20,22
51:24 52:2,5,6,6,7,9
52:22 55:1 56:1,2,19
58:8,10,11,11,12,13
58:22,24 59:8,9,9
60:7,9,15 61:7,8
63:22,24 64:18 65:1
65:8 75:4,5 77:4
78:16,16,20 79:2,7
79:15,17 83:20 84:11

87:8 88:3,23 89:7,9
91:14,14 92:1,6,14
92:20 107:10,13
109:2 110:7 118:10
119:7 120:12 122:24
124:7 128:2 129:10
129:12 134:10 139:6
ten 8:12,12 9:15 12:22
135:1,6
terminated 13:22,23
14:1,16 16:22 18:6
35:20 36:8 37:2,7,12
38:20 40:3 42:3,23
45:24 46:6 47:7,8
51:11 55:9,16 60:16
62:23 63:22,24 78:17
80:6,7 81:20 82:3
84:11,18 87:4 88:3
88:22 89:9,15,18,21
90:11,11 91:13,14
92:1,14,20 95:9 96:6
107:10 118:10 119:8
124:5 127:20,20
129:9,12 134:11
139:6
termination 55:1
113:19 116:5 120:11
122:23 123:12 124:7
terminology 139:11
terms 42:16 59:2 119:2
terrible 103:19
testified 2:7
testify 4:24 6:6 28:16
58:3
testifying 4:20
testimony 4:19 8:22
21:18 22:15 27:8,16
38:3 39:22 63:17
146:11
Thank 41:13,15 56:14
57:8 71:13 72:3
76:19 89:13
theirself 95:16
theory 48:22 49:2
thing 37:11 66:23
69:12 84:5 94:11
95:18 100:20 101:11
106:21 107:17
123:17 128:18 129:6
134:11 135:23
136:13,13 139:24
142:1
things 4:7,9,16 20:3
22:17 27:20 51:5
68:3,4 69:15,24
71:20 75:6 81:9
88:23 102:10,13,14

102:14 108:2
think 15:5,21 16:16
27:11 32:24 34:6
46:20 71:22 74:11
76:2 97:19 102:6
103:4 115:13 126:4,9
136:14
third 47:2 60:20 79:14
99:13,23 110:18
130:23
thoughts 20:23
three 15:23 16:3,24
throw 51:8
Thursday 75:13
time 6:13 7:14 10:15,19
15:13 16:5,10 17:10
19:1,1,2,2,3,3 21:14
21:22,24 22:10,20,24
23:6 24:20 31:7
35:15,15 36:2,14
37:21 39:8,10,23
40:2,9 42:14 45:12
45:12 47:2 50:9,17
50:21 57:4 58:21
59:4 62:11 70:4,4,11
74:7,7,15,16,20 79:4
79:5,8,14,19 80:10
81:18 82:19 86:8,21
86:23 88:17 95:4
104:22 105:20 106:3
110:16 111:1,20
112:13 113:15 118:23
122:14,16 125:10,13
125:19 127:2 128:15
132:13 134:22,24
139:12 143:3
timely 46:21
times 28:1 109:12,14
time-for-time 74:15,17
74:19,20 92:4 127:3
tired 104:16,17 114:13
title 11:6 65:11 71:1
today 5:2,21 6:3,10
41:1 53:18,24 54:13
94:13 109:19 121:23
123:17
told 7:10 25:10 26:15
29:15,22 31:20 33:6
33:10,19 34:1,19,23
35:1 43:9 52:2 79:13
81:19 82:2 85:15,20
87:2,3 89:21 91:9,9
91:14 95:3,8,20 96:5
97:19 101:9 102:2
103:4 108:8,12
114:22 115:23
117:14 119:13,17

120:4 121:15 124:23
125:22 128:1,14
140:17
tonight 114:12
top 46:1 68:15
tore 100:17 101:3
total 19:4
totally 59:15 62:22
134:12
touch 108:16
towed 60:22
track 66:12
trade 7:2 8:16 9:13
10:2 11:1,10 12:2,7
12:11
trademan 18:22
trades 7:19
training 10:5 11:2
transaction 127:15
transactions 95:24
transcribed 146:9
transcript 137:10
146:11
transcription 146:9
transpired 50:2
treated 111:6 122:9,19
123:10 124:2
treatment 111:12,16
trial 51:15
tricked 59:10
tried 8:4 26:12 29:8,14
29:21,22 32:3 109:12
109:14
trucks 104:7 115:11
true 146:11
truth 53:10
truthful 5:2,18,19,22
5:23 6:3,10 68:17
try 29:24 52:11 66:11
68:19 80:7
trying 20:13 26:14
27:16 32:3 40:7,22
50:7 51:8 67:12 80:5
86:15 94:3 104:3,5
108:2,19 109:13
126:19 132:21
turn 38:20 43:13 58:3
76:11 101:5 111:14
116:3 119:6 128:10
turned 13:12 128:11
138:23
turning 109:20
two 3:12,20 11:14 23:6
25:24 43:2 44:1
50:16,16,17 69:24
75:5 81:1 88:23

89:10 103:18 107:4
126:13 137:18
two-minute 130:5
type 26:2 30:10 79:16
101:23
types 95:16

**U**

uh-huh 4:12
unable 57:12
Unanimously 65:3
Unavailable 86:21,22
unaware 62:22
understand 4:16,18
5:17 19:6 20:1,2,8,11
20:14 22:6,19 28:18
38:16 39:3,6,14,16
39:18,19,20 69:10
70:12,21 71:9,10,16
71:18,21 72:7,9 75:1
76:21 80:17 90:6
96:1 97:21 104:17
113:12 114:6 115:2
129:6 130:12 141:3
141:17
undue 70:12
uniforms 34:7
union 17:10,12,13,23
18:1,4,5,8,10 24:2
30:21,22,23,24 31:2
31:5 36:1,18,24
39:12,15,16 40:21
49:12,13 50:3,4 52:8
57:22 58:1 59:8,15
61:22 62:12 64:20
65:19 78:17 79:2,4,5
79:6,10,15,16 83:7
83:12,13,13,15,15,19
92:22 93:9,11,23,23
94:1 95:17 104:1,19
107:11,14,17,22,24
108:3,7,11,12,13,14
108:20 116:12
125:12 126:12
131:14 132:19 133:9
133:11 134:22 135:1
135:8,11 136:4,5
137:5,5,11,24 140:11
unit 19:7 62:10 73:22
United 1:1 98:17 99:14
100:2,17 101:8 133:9
138:12 141:10
universities 7:5
university 7:2 8:16
11:10,11 132:24
136:10
unnamed 31:5
unnormal 112:18

EX. 1

Anderson v. General Motors Corporation

Page 159

untimely 46:18,20
untruthful 71:15
uppity 113:21
USC 63:6,7,7 88:12,12
  88:13
use 4:12 80:15 86:3
  136:22 141:22 146:9
U.S 43:7

---
**V**
---

v 1:5
vacation 131:23 132:1
  136:1,2
verdict 98:10,11,13,13
verification 66:4,5,5
verified 63:11
verify 89:5
versus 121:5
vest 132:8
VII 65:11
violated 49:21 126:22
violation 14:21 57:13
  136:15 138:22
violations 139:11
vividly 30:13
vs 44:20

---
**W**
---

wait 8:9 43:1,18 52:14
  59:19 62:7 66:18
  82:18 95:10 123:2
  124:14 132:4,18
walk 33:9 53:21
want 19:10 20:19 26:17
  33:19 35:4 38:24
  40:24 42:1 50:13,15
  50:20 52:16 54:11
  57:17 60:8 66:22
  67:4,7,8,8 68:3,3
  69:4,14,19 70:12
  71:14 76:22 77:21
  80:4 81:13 84:15,23
  93:1,16 95:14,19
  97:12 103:13 104:16
  104:19 111:14
  113:13,24 123:20
  133:3,17,22,22 134:5
  136:22 137:2 139:1
  140:18,19 141:10
  142:7,8
wanted 46:8 54:23
  95:13 103:1 138:3
  141:3
wanting 92:8
wants 15:7
washed 30:11 31:19,24
  33:3 53:7 102:23
  125:24 126:1

wasn't 11:11 20:18
  23:1 32:6,8 45:24
  46:5 48:20 49:10,21
  49:22 50:7 52:2 59:8
  60:9 61:8 85:6,7 88:3
  92:6,6 94:19 102:22
  109:22 110:7 123:13
  128:16 129:5 139:16
  141:21
wasting 70:11
watch 70:7
way 16:15 18:5 22:4,5
  22:17 38:10,12 42:8
  58:17 61:22 64:10
  66:1 79:9 95:5 97:8
  98:23 104:24,24
  108:24 114:19 115:6
  118:9 119:24 124:3
Wayne 132:23 136:10
website 85:23
Wednesday 1:11
week 13:3,5,6 60:4
  124:18 129:21,23
  131:19,21 135:21,23
weekend 121:19
weeks 25:24 50:16,16
  50:17
went 5:20 7:3 8:22 9:2
  9:6,13 11:18 12:10
  16:5,16 17:18 23:20
  23:20 24:1,5,7 27:5
  85:18 87:6 94:11
  108:22 109:8 125:6
  125:14,16
weren't 26:16,19 29:15
  29:23 30:12 33:2,2
  38:7 91:3 109:9
  119:17 120:5 125:22
  125:23 127:7
white 64:22 111:23
whites 103:17,18 127:4
  127:5
WILCOX 1:23
William 13:21 138:17
Williams 1:16 2:9 3:9
  42:6 43:4,12 66:10
  70:1,6 72:6 130:5,8
  130:11,17 138:4,19
  139:2,22 144:3,7
willing 103:12 123:17
Wilmington 1:10,23
  2:16 11:12 116:17
win 98:7
wiped 36:11
wish 95:23 102:18
  127:14
Withdrawal 138:13
witness

2:5 51:14
130:10 146:12
witnessed 59:24
witnesses 63:12
witness's 63:17
won 98:6
words 4:12 68:15
work 8:6 9:23 10:23
  11:18,24 12:9,18
  15:15 16:3,7,11,19
  17:9,17,19 18:23
  19:12 21:14,22 23:16
  24:19 34:5 35:18
  52:1,5,6 56:17 57:24
  76:3 83:14 95:18
  96:24 97:5,11,12,20
  97:22 98:1,23 101:16
  101:17,21 102:5,7,13
  103:4,13,13 104:16
  115:20,23 116:6,9
  128:16 131:10,15,16
  135:17,18
worked 8:2 9:3,13
  10:16 12:12,22 13:5
  15:13,16,23 23:6
  24:4 26:3,6,6 34:6
  35:16 36:13 50:6,10
  50:18 51:12,13 53:16
  65:9 74:22 75:11,15
  77:24 79:2,10 82:1
  95:15 96:8,11
worker 38:15 40:6,14
  40:15,16,17,17 42:3
  42:11 47:9 49:22
  50:3,6 52:2,22 58:8,8
  58:10,11,13,19,23
  60:7 61:5,9 63:23
  64:21 65:2,8,10,22
  75:4,5,7,23 77:9
  78:24 79:2 80:18
  83:4 85:13 89:2
  91:23 92:6 94:8,12
  94:16 95:11 107:12
  107:13 109:2 110:7,7
  114:23 118:12 128:6
  139:4,5
workers 40:18 57:2
  58:9 61:16 64:22
  83:21 133:10
worker's 26:1
working 8:3 9:5,24
  10:3,5 12:16 21:18
  22:10,21 23:10 24:17
  33:22 53:17,21 55:10
  55:17 56:6 96:17,20
  97:2 102:10 127:1
  133:13 134:16
workmen's

32:5
works 19:7 33:9
worried 95:14
wouldn't 84:10 106:18
  135:14 136:8
write 141:11 142:5
written 39:14 91:22
wrong 21:1
Wrote 114:15
wwg401k.com 85:23
www.wilfet.com 1:24

---
**X**
---

X 144:1,2
x-rays 24:21 99:1
  100:18 101:4

---
**Y**
---

yard 102:14
yeah 7:3 11:15 13:19
  13:23 17:12 18:11,14
  31:17 35:14 39:13
  53:22 55:1 74:16
  75:2 85:10 100:11
  113:4 134:6
year 6:23 11:20 16:9
  19:16 23:4,22 37:22
  59:23 84:7
years 2:19 7:13,23 8:3
  8:6,12,19 9:14,15,22
  9:23 10:22 12:13,22
  16:15,20 18:2 73:11
  91:19 113:20 115:6
  yesterday 118:17
yes-or-no 53:14
young 31:23
younger 106:13

---
**$**
---

$1,162 24:16
$10 75:20
$11 75:20
$5,000 99:5
$5,189 98:14,22

---
**0**
---

05 91:24
05-877 1:5 66:16 67:3
  67:14,20 107:1
  120:17 144:8
06-669 67:1 76:9 107:2
  144:9
06020096W 88:18
07 82:16

---
**1**
---

1 2:1 43:14,19 44:3,9
  48:14 55:22 73:20

74:9,10,13 130:9
  143:6 144:7
1st 36:5 83:7 118:4
10 13:10 14:4,6,6,8,9
  14:12 66:9 74:13,14
  80:16,17 89:1 144:17
10-5-07 144:16
10/23/07 144:7
10:00 12:24 13:1
10:45 70:7
11 8:3,12 9:13,15 12:13
  66:9 73:20,20,21
  105:3 144:18
11-year 9:18 12:15
113 2:16
12 143:9 144:19
12/20/81 61:23
12/28/81 62:13 105:9
12:19 143:11
1210 1:10
125-RPR 146:18
13 8:19
1330 1:23
143 144:19
145 144:21
146 144:22
15th 27:11 28:9 34:20
  37:18,22,23 38:2,18
  39:24 41:5
16th 44:15
17CA600275 88:19
182 133:15 137:15
183 133:15
19 63:7 88:13
1907 62:5,10
196 137:23 138:1
1964 65:12
1971 9:17 10:9,19
  15:12 17:11
1974 63:4 64:4 117:12
1980 111:16
19801 1:23
19804 2:17
1981 42:13 48:15 55:21
  58:20 73:24 118:3,13
  128:7
1982 9:17 10:20 12:15
  15:11,12 17:11 18:13
  18:15 23:9 26:4 37:8
  37:12 46:5,9 50:1,22
  55:22,22 59:5,5
  73:24 77:24 78:22
  82:19 83:1 84:7
  106:2,2 113:2,14
  116:16 118:4 119:3
  122:12 126:8,12
  131:6 136:12
1983

EX. 1

Anderson v. General Motors Corporation

45:16 84:6
**1984** 23:24 24:12 26:10
  96:11,12
**1989** 61:17 84:6
**1990** 36:5 83:7
**1990s** 25:14
**1991** 48:3
**1992** 44:16,23 46:10,11
  46:20 49:23 78:4
  80:23 84:6 105:11,14
  105:17,18 132:19
**1996** 132:19 133:7
**1999** 26:22 57:3 61:15
  62:1,14 73:9,15
  104:23 105:4 106:9
  106:11,15,17 113:14

—————————
**2**
**2** 2:1 28:22 45:3,17
  68:8,12,14 69:1,6
  71:6,16 72:12 73:7
  74:4 119:1 120:17
  131:4 136:5 137:14
  137:14 144:3,7,8,9
**2nd** 133:7
**2-14-06** 144:12
**2-22-06** 144:13
**2/14/06** 117:2
**20** 66:21 91:19
**2000** 25:14 46:21 91:24
  95:5
**2000e(9)** 63:7 88:12
**2002** 109:4,7,17
**2003** 109:5,7,17
**2004** 98:4 102:8
**2005** 26:13 27:6,9,11
  28:9 29:9,12,13,13
  29:14,20 30:2,5,6,8,9
  31:11 34:20,23 37:23
  38:2 39:24 41:5,8,10
  41:17,18 43:6 51:4
  53:1,12,20 54:2,13
  54:13 57:5 58:14
  72:14,18,23 76:16
  78:23 79:22 80:3,11
  81:5,17 85:14,16
  87:3 90:5,9,15,20,23
  102:7,8 119:7,11
  120:5 121:1 122:10
  122:20,21 123:11
  124:4,24 125:9,9,10
  125:18 127:8,11,18
  129:5
**2006** 120:24
**2007** 1:11 82:19 83:1
  87:13 146:7,20
**2008** 66:1 94:6 119:7
  146:19

**201** 63:7 88:13
**21** 55:21 122:16
**21st** 19:15 42:13 48:15
  58:10,20 118:3,13
  128:7
**22** 122:16
**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** 3:1,7
**23** 122:16
**2345** 1:17
**24** 1:11 122:16 146:20
**24th** 146:6
**25th** 42:18 46:2,5
  48:18 55:22 59:4
  61:9 119:3 122:15
**26** 2:19
**27th** 48:2
**28** 122:16
**2800** 1:17
**29** 63:7,7 88:12,13

—————————
**3**
**3** 2:1 76:6,12,23 78:8
  88:7 144:9
**30** 25:11 49:16 131:13
  136:4,6
**30th** 76:15 135:2,6
**300** 1:10
**302** 1:24
**31** 55:21 118:3 146:19
**31st** 19:15 21:24 42:13
  48:14 58:9,20 118:12
  128:7

—————————
**4**
**4** 43:5,7,10 47:14 54:24
  55:4 58:6 70:24
  72:19 73:14 87:8
  88:21 94:5 132:5
  133:15 134:10,19
  137:16,17 144:10
**4a** 134:21
**4c** 132:5 133:15 134:19
  134:20
**4th** 11:12
**4(a)** 49:17
**4(c)** 49:17
**4/24/93** 74:2
**40** 124:2 138:13
**401(k)** 81:13 84:15
  85:11,17,22 86:1
  91:10 94:16 131:6
**42** 63:6 88:12
**43** 144:10
**45** 52:17

—————————
**5**
**5** 66:8 87:13 117:9
  144:11

**52** 35:20
**52-years-old** 126:2
**53** 137:20
**57** 132:6

—————————
**6**
**6** 66:8 144:12
**6/12/52** 2:14
**6/21** 113:8
**6/22** 113:6,8
**6/22/82** 105:16
**6/25** 127:2
**6/28** 127:2
**621** 63:7 88:13
**64108-2612** 1:17
**655-0477** 1:24
**66** 144:11,12,13,14,16
  144:17,18
**67** 136:16

—————————
**7**
**7** 66:8 144:13
**7:00** 12:24 13:1
**71** 6:24 8:9,14,24 9:8
  9:10,15 12:15 18:5
  121:11,21
**712** 88:13
**712(c)** 63:8
**72** 9:8,10
**77** 9:15

—————————
**8**
**8** 66:8 90:9 144:14
**8th** 41:18 43:6 51:4
  61:13 72:18 88:22
  90:15,20 131:2,3
  140:12,13
**80** 16:10 18:5 22:16
  27:2 106:11
**81** 19:17 27:1 54:4
  55:21 62:14 73:11
  104:24 105:22,23
  118:3
**82** 8:8,10 9:4,5,14,16
  10:21 16:9,10 17:18
  18:6 19:18,20 21:11
  21:12,13,16,19,20
  22:7,16 23:5,14 27:1
  36:2 42:18,19 48:18
  48:19 50:2 58:13,18
  61:10 62:2,15 74:7
  79:9 83:9 86:22
  105:18,22,23 106:4,4
  106:10,11,12 113:5
  114:9,18 118:4 119:4
  132:19 134:23
**83** 62:15 79:9 97:8
  105:22,23 138:5

**83.5** 138:5,16,22
**84** 7:14 9:10 97:8
**85** 23:24 96:11
**86** 7:14
**87** 7:14 27:2
**89** 62:2

—————————
**9**
**9** 29:8 66:8 76:12,24
  87:12,23 89:2 92:2
  94:15 144:15
**9th** 82:16 85:14
**9-8-05** 144:10
**9:15** 70:5,6
**9:20** 1:10
**90** 36:13 42:16 49:12
  50:6,10,17 51:7,12
  51:13 56:6,8 57:24
  59:1,3 79:2,11 82:1
  83:15 95:15,18,19
  113:1,4 114:19
  115:14 119:1 126:21
  126:22 132:2,10
  133:13 134:16
  137:15
**90th** 131:15,18,22
  135:17,19,24
**92** 46:12 105:12
**92335** 44:21
**93-579** 63:4
**96** 132:16,24 134:7,23
  136:7,9,12
**99** 105:21,21,23 106:4
  106:4,13

—————————

EX. 1