IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND C. ANDERSON, ) | Civil Action No. 06-669 JJF |
| Plaintiff ) | |
| v. ) | |
| GENERAL MOTORS CORPORATION, ) | |
| Defendant. ) | |

### AFFIDAVIT

Diane Graham, being first duly sworn and of lawful age, hereby states as follows:

1. My name is Diane Graham. I am of lawful age and I am competent to testify to the matters set forth in this Affidavit.

2. I have served as the People Systems Manager for General Motors Corporation's ("GM") Wilmington Assembly Plant since 2004. I have personal knowledge of the facts stated herein and if called to testify as a witness in this action, I would testify truthfully and competently to each of the following facts set forth in this Affidavit.

3. GM has a written policy against discrimination. This written policy is communicated to employees through postings and letters, and is part of the collective bargaining agreement with the UAW.

4. GM and UAW are parties to a national collective bargaining agreement and the local UAW chapter and GM are also parties to a local collective bargaining agreement. Both collective bargaining agreements govern the hours, wages, working conditions and other terms and conditions of employment of bargaining unit employees employed at GM's plant.

CC 1961079v1 12/06/2007 11:51 AM

**EX. 3**

5. As the People Systems Manager, I supervise the employees in the human resources department. These employees are trained to be professional and courteous to anyone that contacts GM. These employees are also trained regarding GM's policies against discrimination.

6. I have personally contacted each human resources employee and no employee recalls speaking with plaintiff in March or April 2005. Additionally, no human resources employee has told any caller or applicant he or she is "all washed up."

7. GM's Wilmington facility was not hiring, advertising for or accepting applications for new hourly production employees at any time from 2000 to present. Further, GM hired no new hourly production employees in 2004 or 2005. All employees with seniority dates of 2000 or 2001 were transferred from other GM facilities to Wilmington.

8. GM's Wilmington facility did not hire, advertise for, or accept applications for new production employees in 2006 or 2007. However, in 2006, GM transferred seven production employees from GM facilities that it was divesting itself of to Wilmington.

9. GM's Wilmington facility has recalled no employee from layoff status from 2005 through 2007.

10. Attached to this affidavit are copies of the seniority list for November 6, 1999 through November 5, 2007.

11. Further Affiant sayeth not.

/s/ Diane Graham
Diane Graham

EX. 3

STATE OF DELAWARE  )
                   ) SS.
COUNTY OF _____ )

On this 6th day of December, 2007, before me appeared Diane Graham, to me personally known, who being by me duly sworn, did state that the statements made in this Affidavit are true to the best of her knowledge and belief.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year last above written.

_____
Notary Public

My Commission Expires:

_____

JAMES B. CARLEY
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov 7, 2011

12/6/07

CC 1961079v1 12/06/2007 11:51 AM        3

EX. 3

| Name | Local Seniority Date | Corporate Seniority Date | Occupation Code | Status |
|---|---|---|---|---|
| Wylie,Penny A | 11/06/1999 | 11/06/1999 | TM | A |
| Maher,Terrence E | 11/06/1999 | 11/08/1999 | TM | A |
| Benningfield,Earl F | 11/08/1999 | 11/08/1999 | TM | A |
| Brown,Bonni G | 11/08/1999 | 11/08/1999 | TM | A |
| Marshall,Kiesha Nicole | 11/08/1999 | 11/08/1999 | TM | A |
| Robinson,Wayne E | 11/08/1999 | 11/08/1999 | TM | A |
| Seward,Adrienne L | 11/08/1999 | 11/08/1999 | TM | A |
| Davis,Robert J | 11/20/1999 | 11/20/1999 | TC | A |
| Anderson,Nancy Marie | 11/21/1999 | 11/21/1999 | TM | A |
| Bachman,Kenneth Scott | 11/21/1999 | 11/21/1999 | TM | A |
| Spence,Helen Jacklyn | 11/21/1999 | 11/21/1999 | TM | A |
| Gregg,Paul | 11/24/1999 | 11/24/1999 | 90 | A |
| Kelly,Carlton D | 01/18/2000 | 01/18/2000 | TM | A |
| Vilichka,Maria A | 01/18/2000 | 01/18/2000 | TM | A |
| Kmieciak,John T | 01/31/2000 | 01/31/2000 | TM | A |
| Amato,Michael Paul | 02/07/2000 | 02/07/2000 | TM | A |
| Plesek Jr,Thomas | 02/07/2000 | 02/07/2000 | TM | A |
| Munoz,David | 02/09/2000 | 02/09/2000 | TM | A |
| Rawls,Nick D | 02/14/2000 | 02/14/2000 | TM | A |
| Dorsey,Ibrahim A | 03/27/2000 | 03/27/2000 | TM | A |
| Clifton,Shanta | 06/12/2000 | 06/12/2000 | TM | A |
| Ramalho Jr.,Manuel Z | 10/02/2000 | 10/02/2000 | TM | A |
| Allmond,Al-nisa C | 10/09/2000 | 10/09/2000 | TM | L |
| Carter,Sabrina J | 12/19/2000 | 12/19/2000 | TM | L |
| Elliott,Ryan Ray | 12/19/2000 | 12/19/2000 | TC | A |
| Stefanowicz,John Walter | 12/19/2000 | 12/19/2000 | TC | A |
| Shortridge,Joann Lillian | 01/15/2001 | 01/15/2001 | TM | A |
| Sinkler,George J | 01/15/2001 | 01/15/2001 | TM | L |
| Brown,Aaron B | 03/07/2001 | 03/07/2001 | TM | L |
| Fryer,Gail Y | 08/21/2006 | 08/21/2006 | TM | A |
| Fryer,Vincent B | 08/21/2006 | 08/21/2006 | TM | A |
| Smith,Frank | 08/21/2006 | 08/21/2006 | TM | A |
| Wells,Chauncey | 08/21/2006 | 08/21/2006 | TM | L |
| Williams,Kenneth | 08/21/2006 | 08/21/2006 | TM | A |
| Wright,Tara Y | 08/21/2006 | 08/21/2006 | TM | A |
| Lawson,Fredrick | 09/11/2006 | 09/11/2006 | TM | L |

EX. 3