Query • Reports • Utilities • Logout 

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:98-cv-00045-JJF

Anderson v. GM Local 435
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Related Case: 1:05-cv-00877-JJF
Cause: 42:1983 Civil Rights Act

Date Filed: 01/22/1998
Date Terminated: 01/22/1998
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Roland C. Anderson     represented by     Roland C. Anderson
Roland C. Anderson, Pro Se
113 Lloyd St.
Wilmington, DE 19804
PRO SE

V.

**Defendant**

GM Local 435

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/1998 | 1 | ORDER dismissing action as frivolous in that it has no basis in law ( signed by Judge Joseph J. Farnan Jr. ) Copies to: pltf. (dab) (Entered: 01/23/1998) |
| 01/22/1998 | 2 | COMPLAINT filed w/app to proceed in forma pauperis (dab) (Entered: 01/23/1998) |
| 01/22/1998 |   | Case closed (sm) (Entered: 01/30/1998) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/26/2007 19:37:50 | | | |
| PACER Login: | lg1401 | Client Code: | 999999 |
| Description: | Docket Report | Search Criteria: | 1:98-cv-00045-JJF Start date: 1/1/1970 End date: 11/26/2007 |
| Billable Pages: | 1 | Cost: | 0.08 |