# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:98-cv-00040-JJF

Anderson v. Del Castle Voc Dist., et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Related Case: 1:05-cv-00877-JJF
Cause: 42:1983 Civil Rights Act

Date Filed: 01/16/1998
Date Terminated: 01/16/1998
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

Roland C. Anderson                    represented by   **Roland C. Anderson**
                                                       Roland C. Anderson, Pro Se
                                                       113 Lloyd St.
                                                       Wilmington, DE 19804
                                                       PRO SE

V.

**Defendant**

Del Castle E. Vocational Dist.

**Defendant**

Carson R. Here

**Defendant**

Conrad C. Sherman

**Defendant**

Dennis L. Lotas

**Defendant**

Donald R. Hartung

**Defendant**

Sherwood B. Shugard

**Defendant**

Thomas
*Estate of*

**Defendant**

Avis B.O. Bold

**Defendant**

Ronald M. Finch

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/1998 | 1 | ORDER dismissing action as frivolous in that it has no basis in law. ( signed by Judge Joseph J. Farnan Jr. ) Copies to: pltf. (dab) (Entered: 01/20/1998) |
| 01/16/1998 | 2 | COMPLAINT filed w/app to proceed in forma pauperis (dab) (Entered: 01/20/1998) |
| 01/16/1998 |  | Case closed (sm) (Entered: 01/30/1998) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 11/26/2007 19:38:33 ||||
| PACER Login: | lg1401 | Client Code: | 999999 |
| Description: | Docket Report | Search Criteria: | 1:98-cv-00040-JJF Start date: 1/1/1970 End date: 11/26/2007 |
| Billable Pages: | 1 | Cost: | 0.08 |

EX. 6