IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROLAND C. ANDERSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Civil Action No. 06-669 JJF |
| GENERAL MOTORS CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## ORDER

After hearing argument presented by Defendant General Motors Corporation and arguments against presented by Plaintiff Roland Anderson, it is hereby Ordered;

Defendant's Motion for Summary Judgment is GRANTED; and

Plaintiff is required in the future to receive permission from this Court prior to filing any new lawsuits against General Motors Corporation related to his employment; and

Plaintiff must pay Defendant General Motors Corporation all applicable costs, attorneys' fees, and any other relief the Court deems just; and

Plaintiff must certify that he has paid the deposition costs to Defendant General Motors Corporation prior to pursuing any new claims against Defendant General Motors Corporation.

_____
The Honorable Joseph J. Farnan, Jr.

U0010748.DOC