4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of General Motors Corporation's Motion for Summary Judgment and General Motors Corporation's Memorandum in Supports of its Motion for Summary Judgment was served, by U.S. Mail, postage prepaid, on the following this 7th day of December, 2007

Roland C. Anderson
113 Lloyd St.
Wilmington, DE 19804
Fax No. 302-633-1213

_____
Margaret F. England (No. 4248)