# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Roland C. Anderson,
           Plaintiff           :        C.A. NO # 05-877-JJF

vs.                            :

General Motors Corporation,    :
           Defendant           :

## Motion for Summary Judgment

1.  Their introduction for C.A. 06-669-JJF is a moot point. There is still an order from Honorable Judge Farnan clearly states for 06-669-JJF on its face. Hereafter, Court pleading and documents shall be filed only in Civil Action No. 05-877-JJF.

The Court will not accept pleading filed in Civil Action No. 06-669-JJF. G.M> clearly on its face violated his Order. Your Honor, I would like the Court's permission if necessary for summary judgment, 1.3 as well. See Docket sheet attached, No. 63, due date November 8, 2007, for Motion for Summary Judgment.(Also)

Your Honor, I would like to respond to their motion for case No. 06-669-JJF, but can't because of said Order; on February 22, 2007, (will not accept pleading C.A. 06-669-JJF).

G.M. violat6ion (Rules and Order, your deadlines) Del. Founding and false information G.M. has done I am entitled for Summary Judgment. Also Rule 55, 1.3 or what this Court deems fit for costs and Court cost. How can that ask for summary judgment when your order clearly states you will not accept pleading file in civil. Action No. 06-669, but Defendant did not obey your (orders and deadlines) which is govern by your order/ruling law.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ROLAND C. ANDERSON,        )
        Plaintiff         )
                      )
v.                         )
GENERAL MOTORS CORPORATION,  )
        Defendant.       )     Civil Action No. 06-669 JJF
                      )
                      )
                      )
                      )

## GENERAL MOTORS CORPORATION'S MEMORANDUM
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Michael G. Busenkell (Del. Bar #3933)
Margaret F. England (Del. Bar #4248)
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
Telephone: (302) 425-0430
Telecopier: (302) 425-0432

Michael A. Williams   MO BAR #47538
Lathrop & Gage L.C.
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001

Attorneys for Defendant

Also in Fact G.m VioLated Rule 3.4 (Fairness to opposing party
And counsel

A Lawyer Shall Not;

(A) Unlawfully obstruct Another party's ACCESS to

Evidence or unlawfully Alter, destroy or conceal A
document or other MAterial Having potential evidentiny
VALue. As you are Aware G.m never gave me;
And this court By Away of Subpoena In This (civil)
CASE. for Oct. 31, 07. (motion for Summory Judgement).
SEE Attach Copy sign By Depeity Clerk. for my Discovery
I new which was to been — Due no Later then NOV. 8-07
Deadline.

AO88 (DE Rev. 01/07) Subpoena in a Civil Case

## Issued by the

# UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

Roland E. Anderson

V.

General Motors Corp.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] C.A. 05-0877

TO: Michael Williame E Michael Berkell
300 Delaware Avenue, Suite 1210
Wil, Del, 19801

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): List of All employee Hire From 1982 until Oct. 07. /And those place) (To) United State District court / At 844 N. King Str. Wil. Del. 19801 / Time 9.00 a 3.00 — Date Oct 31, 07

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Deputy Clerk | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

**PETER T. DALLEO** (302) 573-6170

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

| | | |
|---|---|---|
| 10/03/2007 | 58 | NOTICE to Take Deposition of Roland C. Anderson on October 24, 2007 at 9:00 a.m. by General Motors.(Busenkell, Michael) (Entered: 10/03/2007) |
| 10/11/2007 | 59 | USCA Order Terminating Appeal as to 51 Notice of Appeal filed by Roland C. Anderson. USCA Decision: Appeal Dismissed for lack of appellate jurisdiction. (pr, ) (Entered: 10/11/2007) |
| 10/12/2007 | 60 | RESPONSE to Discovery Request filed by Roland C. Anderson.(rwc) (Entered: 10/12/2007) |
| 10/19/2007 | 61 | Document titled "Motion to this Court/Violation of Judge's Order", construed as OBJECTIONS to 58 Notice to Take Deposition - filed by Roland C. Anderson. (rwc) (Entered: 10/19/2007) |
| 10/22/2007 | 62 | MOTION for Extension of Time to Complete Discovery *and file Motion for Summary Judgment* - filed by General Motors. (England, Margaret) (Entered: 10/22/2007) |
| 10/23/2007 | 63 | ORDER granting 62 MOTION for Extension of Time to Complete Discovery *and file Motion for Summary Judgment* filed by General Motors. Setting Scheduling Order Deadlines Discovery due by 11/8/2007.,Dispositive Motions due by 12/7/2007. Signed by Judge Joseph J. Farnan, Jr. on 10/23/07. (dab) (Entered: 10/23/2007) |
| 10/24/2007 | 64 | MOTION for Extension of Time to Complete Discovery until at least December 7,2007 - filed by Roland C. Anderson. (bkb) (Entered: 10/24/2007) |

Page 2 of 8

P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: tcheek@ycst.com
*TERMINATED: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Fleming England**
Eckert Seamans Cherin & Mellott, LLC

300 Delaware Avenue
Suite 1360
Wilmington, DE 19801
(302) 425-0430
Fax: (302) 425-0432
Email: mengland@eckertseamans.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2007 | ● | Remark : Notice Regarding filing of documents containing Personal Information was mailed to plaintiff by the Clerk's Office - re: 70 Sealed Exhibit. (rwc) (Entered: 11/07/2007) |
| 11/07/2007 | ●70 | SEALED EXHIBIT -(Deposition Exhibit - "Seniority List") - re 69 Facts Discovery - filed by Roland C. Anderson. (Placed under seal by Clerk's Office). (rwc) (Entered: 11/07/2007) |
| 11/07/2007 | ●69 | Document titled " Facts Discovery" - filed by Roland C. Anderson.(rwc) (Entered: 11/07/2007) |
| 11/06/2007 | ●71 | Letter to Roland C. Anderson from Teresa Koenig, DE Dept. of Labor, rec'd 11/6/07 regarding subpoena for records received. (rwc) (Entered: 11/07/2007) |
| 10/30/2007 | ●68 | Letter from Roland Anderson dated 10/25/07 enclosing "Building Log" claiming that defense counsel did not show for deposition. (rwc) (Entered: 10/31/2007) |
| 10/30/2007 | ●67 | MOTION for Extension of Time to take Deposition - filed by Roland C. Anderson. (rwc) (Entered: 10/31/2007) |
| 10/30/2007 | ● | SO ORDERED, re 65 MOTION for Pro Hac Vice Appearance of Attorney of Michael A. Williams of Lathrop & Gage L.C. filed by General Motors. Signed by Judge Joseph J. Farnan, Jr. on 10/30/07. (dab) (Entered: 10/30/2007) |
| 10/26/2007 | ● | Remark: Per telephone conversation with Roland Anderson, it has been noted that a jury demand was listed on the Civil Cover Sheet (DI 2). The docket has been corrected to reflect the plaintiffs jury demand. (ead) (Entered: 10/26/2007) |

EX H

in the Consolidated Action.

5.    Hereafter, Court pleadings and documents shall be filed only in Civil Action No. 05-877-JJF.  The Court will not accept pleadings filed in Civil Action No. 06-669-JJF.

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE

EXA

ORder also

✓(S88-3)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROLAND C. ANDERSON,                    :
                                       :
            Plaintiff,                 :
                                       :
    v.                                 :   Civil Action No. 05-877-JJF
                                       :
GENERAL MOTORS,                        :
                                       :
            Defendant.                 :

---

ROLAND C. ANDERSON,                    :
                                       :
            Plaintiff,                 :
                                       :
    v.                                 :   Civil Action No. 06-669-JJF
                                       :
GENERAL MOTORS,                        :
                                       :
            Defendant.                 :

---

## O R D E R

Plaintiff Roland C. Anderson filed two lawsuits pursuant to
42 U.S.C. § 2000 et seq. as captioned above.  In both cases
Plaintiff proceeds pro se and was granted permission to proceed
in forma pauperis pursuant to 28 U.S.C. § 1915.

The Complaints in Civil Action Nos. 05-877-JJF and 06-669-
JJF, involve similar allegations of employment discrimination and
retaliation against the same Defendant, General Motors.  Federal
Rule of Civil Procedure 42 provides for consolidation "[w]hen
actions involv[e] a common question of law or fact. . .to avoid

4

unnecessary costs or delay." Fed. R. Civ. P. 42(a). "District
courts have the inherent authority to order consolidation sua
sponte." Plimpton v. Cooper, 141 F. Supp. 2d 573, 575 (W.D. N.C.
2001)(citing Pickle v. Char Lee Seafood, Inc., 174 F.3d 444 (4th
Cir. 1999)). Both Complaints concern common questions of law and
fact and are brought against the same Defendant.

At Wilmington this 22 day of February, 2007, IT IS THEREFORE
ORDERED that:

1.    Civil Action Nos. 05-877-JJF and 06-669-JJF are
**CONSOLIDATED** for all purposes.

2.    The caption of the Consolidated Action is as follows:

---

```
ROLAND C. ANDERSON,            :
                               :
          Plaintiff,           :
                               :    CONSOLIDATED
    v.                         :    Civil Action No. 05-877-JJF
                               :
GENERAL MOTORS,                :
                               :
          Defendant.           :
```

---

3.    The Complaint (D.I. 2) filed in Civil Action No. 05-
877-JJF, and the Complaint (D.I. 2) filed in Civil Action No. 06-
669-JJF, together will stand as the Complaint in this
Consolidated Action.

4.    All documents previously filed to date in the cases
consolidated herein are deemed filed and are part of the record

-2-

5

in the Consolidated Action.

5.    Hereafter, Court pleadings and documents shall be filed **only** in Civil Action No. 05-877-JJF.  The Court will not accept pleadings filed in Civil Action No. 06-669-JJF.

UNITED STATES DISTRICT JUDGE

-3-

ᒪ

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Roland C. Anderson,           :
         Plaintiff    :
                     :

        vs.    :    **C.A. NO. 05-877-JFF**
                     :

General Motors Corporation, :
         Defendant    :
_____:

**Motion for Extension of time R. 16.5 to file for Summary Judgment (only) and to respond to their Motion within 25 days or less** *for C/A. 05-877-JFF*

*IF Necessary By This Court.*

Thank you,


Roland C. Anderson
113 Lloyd Street
Wilmington, DE  19804


Certificate of Service
To Honorable Judge Farnan
Michael G. Busenkell
Michael A. William
Eckert S. Jamans Cherine Merkott
300 Delaware Ave., Ste. 1210
Wilmington, DE  19801

Cerf. of Services

TO Honorable Judge Joseph Foran 3, —
of Dist. Court of The State of Delaware


micHeal Busenkell
Bckert Seamans Cherin & mellott, LLC
300 Delaware Avenue
Suite 1360
Wilinington, Del. 19801

THwak you)
Ramd C. Anderson
113 Lloyd Str.,
wd., Del. 19804
(302)-984-0814

Date 12-9-07

Ralad P. Ann.

7