# EXHIBIT 1

APPEAL, LEAD, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00877-JJF

Anderson v. General Motors  
Assigned to: Honorable Joseph J. Farnan, Jr.  
Related Cases: 1:03-cv-00275-JJF  
               1:98-cv-00040-JJF  
               1:98-cv-00045-JJF  
               1:06-cv-00669-JJF  
Case in other court: US Court of Appeals for the 3rd Circuit, 06-03316  
                        3rd Circuit, 07-01908  
                        3rd Circuit, 07-02771  
                        Third Circuit Court of Appeals, 07-03719  
                        US Court of Appeals for the 3rd Circuit, 07-04347  
Cause: 42:2000 Job Discrimination (Race)

Date Filed: 12/19/2005  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Roland C. Anderson**     represented by    **Roland C. Anderson**  
                                                         Roland C. Anderson, Pro Se  
                                                         113 Lloyd St.  
                                                         Wilmington, DE 19804  
                                                         PRO SE

V.

**Defendant**

**General Motors**     represented by    **Michael Busenkell**  
                                                    Eckert Seamans Cherin & Mellott, LLC

                                                    300 Delaware Avenue  
                                                    Suite 1360  
                                                    Wilmington, DE 19801  
                                                    (302) 425-0430  
                                                    Email: mbusenkell@eckertseamans.com  
                                                    *LEAD ATTORNEY*  
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Teresa A. Cheek**  
                                                    Young, Conaway, Stargatt & Taylor  
                                                    The Brandywine Building

1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
Email: tcheek@ycst.com
*TERMINATED: 11/08/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret Fleming England**
Eckert Seamans Cherin & Mellott, LLC

300 Delaware Avenue
Suite 1360
Wilmington, DE 19801
(302) 425-0430
Fax: (302) 425-0432
Email: mengland@eckertseamans.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Roland C. Anderson. (els, ) (Entered: 12/20/2005) |
| 12/19/2005 | 2 | COMPLAINT filed against General Motors - Magistrate Consent Notice to Pltf. - filed by Roland C. Anderson. (Attachments: # 1 Exhibits # 2 Civil Cover Sheet)(els, ) (Entered: 12/20/2005) |
| 12/20/2005 | 3 | NOTICE of Personal Information re 2 Complaint, 1 MOTION for Leave to Proceed in forma pauperis (bad, ) (Entered: 12/20/2005) |
| 12/28/2005 | | Case assigned to Judge Joseph J. Farnan, Jr. Please include the initials of the Judge (JJF) after the case number on all documents filed. (rjb, ) (Entered: 12/28/2005) |
| 01/04/2006 | 4 | ORDER granting request to proceed informa pauperis. Signed by Judge Joseph J. Farnan, Jr. on 01/03/2006. (dlk ) (Entered: 01/04/2006) |
| 01/11/2006 | 5 | MOTION to Stay - filed by Roland C. Anderson. (afb, ) (Entered: 01/12/2006) |
| 02/27/2006 | 6 | ORDER that the USM shall serve a copy of the complaint (D.I. 2) and this order upon Deft. as directed by Pltf. ; Signed by Judge Joseph J. Farnan, Jr. on 02/27/06. (afb, ) (Entered: 02/28/2006) |
| 03/01/2006 | | Remark: Clerk sent to the USM for service copies of the Complaint (D.I. 1) and Order (D.I. 6) w/ USM 285 form for General Motors per D.I. 6. (afb, ) (Entered: 03/01/2006) |
| 03/17/2006 | 7 | ORDER that the 5 Motion to Stay is DENIED WITHOUT PREJUDICE with leave to refile following service, entry of appearance and responsive |

| | | |
|---|---|---|
| | | pleading by Deft.; Signed by Judge Joseph J. Farnan, Jr. on 03/17/06. (afb, ) (Entered: 03/20/2006) |
| 03/27/2006 | 8 | MOTION For Requirement Of Order Date 17 Of March 2006 Court - filed by Roland C. Anderson. (afb, ) (Entered: 03/29/2006) |
| 03/30/2006 | 9 | Return of Service Executed by Roland C. Anderson. General Motors served on 3/29/2006, answer due 4/18/2006. (afb, ) (Entered: 03/30/2006) |
| 06/08/2006 | 10 | ORDER that Pltf.'s 8 Motion for Reconsideration is DENIED. Signed by Judge Joseph J. Farnan, Jr. on 06/08/06. (afb, ) (Entered: 06/08/2006) |
| 07/05/2006 | 11 | NOTICE OF APPEAL to the USCA for the Third Circuit re 7 Order on Motion to Stay. Appeal filed by Roland C. Anderson. Filing fee $ 455. (afb, ) (Entered: 07/06/2006) |
| 07/05/2006 | 12 | MOTION for Leave to Appeal in forma pauperis - filed by Roland C. Anderson. (afb, ) (Entered: 07/06/2006) |
| 07/11/2006 | 13 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 11 Notice of Appeal filed by Roland C. Anderson,. USCA Case Number 06-3316. USCA Case Manager: Carmen M. Hernandez (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (ch1, ) (Entered: 07/11/2006) |
| 08/07/2006 | 14 | USCA Order Terminating Appeal pursuant to Rule 42(b), Federal Rules of Appellate Procedure as to 11 Notice of Appeal filed by Roland C. Anderson,. USCA Decision: Appeal Dismissed. (ch1, ) (Entered: 08/07/2006) |
| 08/22/2006 | 15 | MOTION for Default Judgment as to General Motors - filed by Roland C. Anderson. (dab, ) Additional attachment(s) added on 8/25/2006 (dab, ). (Entered: 08/23/2006) |
| 08/23/2006 | 16 | DEFICIENCY NOTICE by the Court issued to Roland C. Anderson re 15 MOTION for Default Judgment as to General Motors. (no original signature) (dab, ) (Entered: 08/23/2006) |
| 08/25/2006 | | CORRECTING ENTRY: Deficency DI #16 corrected. (dab, ) (Entered: 08/25/2006) |
| 08/28/2006 | 17 | RESPONSE to Motion re 15 MOTION for Default Judgment as to General Motors filed by General Motors. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service)(Cheek, Teresa) (Entered: 08/28/2006) |
| 08/30/2006 | 18 | REPLY BRIEF re 15 MOTION for Default Judgment as to General Motors filed by Roland C. Anderson. (dab, ) (Entered: 08/30/2006) |
| 09/07/2006 | 19 | REPLY to Response to Motion re 15 MOTION for Default Judgment as to General Motors filed by Roland C. Anderson. (dab, ) (Entered: 09/08/2006) |
| 09/14/2006 | 20 | REPLY to Response to Motion re 15 MOTION for Default Judgment as to General Motors filed by Roland C. Anderson. (dab, ) (Entered: |

| | | |
|---|---|---|
| | | 09/15/2006) |
| 09/15/2006 | 21 | Letter to The Honorable Joseph J. Farnan, Jr. from Teresa A. Cheek, Esquire regarding additional support for Response to Plaintiff's Motion for Default Judgment - re 17 Response to Motion. (Attachments: # 1 Exhibit Affidavit)(Cheek, Teresa) (Entered: 09/15/2006) |
| 09/26/2006 | 22 | Letter to Judge Joseph J. Farnan, Jr. from Roland C. Anderson regarding Additional Support to Response to Pltf's Motion for Default Judgment - re 20 Reply to Response to Motion, 19 Reply to Response to Motion. (dab, ) (Entered: 09/27/2006) |
| 11/08/2006 | 23 | NOTICE OF SUBSTITUTION OF COUNSEL re General Motors: Entry of appearance of attorney Michael Busenkell. Attorney Sheldon N. Sandler terminated. (Attachments: # 1 Affidavit of Service)(Busenkell, Michael) (Entered: 11/08/2006) |
| 02/22/2007 | 24 | ORDER that CA 06-669 is CONSOLIDATED into CA 05-877. All pleadings and documents shall be filed ONLY in CA 05-877 (See Order for Details). Signed by Judge Joseph J. Farnan, Jr. on 2/22/2007. (lec) (Entered: 02/23/2007) |
| 02/27/2007 | 25 | Letter to The Honorable Joseph J. Farnan from Margaret F. England regarding Motion for Default Judgment. (England, Margaret) (Entered: 02/27/2007) |
| 03/01/2007 | 26 | SCHEDULING ORDER: Discovery due by 6/30/2007.,Dispositive Motions due by 7/20/2007.,Pretrial Conference set for 10/4/2007 at 03:00 PM in Courtroom 4B before Honorable Joseph J. Farnan, Jr. Trial to be scheduled at Pretrial Conference. Signed by Judge Joseph J. Farnan, Jr. on 3/1/2007. (lec) (Entered: 03/01/2007) |
| 03/06/2007 | 27 | Letter to Judge Joseph J. Farnan, Jr. from Roland C. Anderson regarding Dft's Ltr D.I. 25. (lec) (Entered: 03/08/2007) |
| 03/22/2007 | 29 | NOTICE OF APPEAL of D.I. 26 Scheduling Order. Appeal filed by Roland C. Anderson. (lec) (Entered: 03/27/2007) |
| 03/22/2007 | 30 | MOTION for Leave to Appeal in forma pauperis - filed by Roland C. Anderson. (lec) (Entered: 03/27/2007) |
| 03/23/2007 | 28 | Letter to the Court from Roland C. Anderson requesting status of Motion For Default D.I.15 and requesting an attorney. (lec) (Entered: 03/26/2007) |
| 03/29/2007 | 31 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 29 Notice of Appeal filed by Roland C. Anderson. USCA Case Number 07-1908. USCA Case Manager: Shannon L. Craven (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (sc, ) (Entered: 03/29/2007) |
| 05/29/2007 | 32 | MEMORANDUM OPINION. Signed by Judge Joseph J. Farnan, Jr. on 5/29/2007. (lec) (Entered: 05/29/2007) |

| | | |
|---|---|---|
| 05/29/2007 | 33 | ORDER DENYING D.I. 15 Motion for Default Judgment (per D.I. 32 Memorandum Opinion). Signed by Judge Joseph J. Farnan, Jr. on 5/29/2007. (lec) (Entered: 05/29/2007) |
| 05/29/2007 | 41 | ANSWER to Complaint filed (as attached to D.I. 17) by General Motors. (dlk) (Entered: 06/18/2007) |
| 06/01/2007 | 34 | MEMORANDUM ORDER DENYING D.I. 28 Letter request for Appointment of Counsel (See Order for Details). Signed by Judge Joseph J. Farnan, Jr. on 6/1/2007. (lec) (Entered: 06/01/2007) |
| 06/07/2007 | 35 | MOTION for Reconsideration re 32 Memorandum Opinion - filed by Roland C. Anderson. (lec) (Entered: 06/11/2007) |
| 06/07/2007 | | Set Briefing Schedule: re35 MOTION for Reconsideration re 32 Memorandum Opinion. Answering Brief due 6/25/2007. (lec) (Entered: 06/11/2007) |
| 06/08/2007 | 36 | MOTION for Reconsideration re 34 Order - filed by Roland C. Anderson. (lec) (Entered: 06/11/2007) |
| 06/11/2007 | 37 | NOTICE OF APPEAL of 33 Order on Motion for Default Judgment. Appeal filed by Roland C. Anderson. Filing fee not received. (lec) (Entered: 06/13/2007) |
| 06/14/2007 | 38 | MOTION for Leave to Proceed in forma pauperis - filed by Roland C. Anderson. (lec) (Entered: 06/17/2007) |
| 06/14/2007 | 39 | MOTION to Stay newer court processing - filed by Roland C. Anderson. (lec) (Entered: 06/17/2007) |
| 06/18/2007 | 40 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 37 Notice of Appeal filed by Roland C. Anderson. USCA Case Number 07-2771. USCA Case Manager: Shannon L. Craven (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (sc, ) (Entered: 06/18/2007) |
| 06/26/2007 | 43 | MOTION to Stay re 26 Scheduling Order, - filed by Roland C. Anderson. (lec) (Entered: 06/27/2007) |
| 06/26/2007 | | Set Briefing Schedule: re43 MOTION to Stay re 26 Scheduling Order,. Answering Brief due 7/16/2007. (lec) (Entered: 06/29/2007) |
| 06/27/2007 | 42 | OBJECTIONS by General Motors to 36 MOTION for Reconsideration re 34 Order, 39 MOTION to Stay. (Busenkell, Michael) (Entered: 06/27/2007) |
| 06/27/2007 | | Set Briefing Schedule: re36 MOTION for Reconsideration re 34 Order. Reply Brief due 7/9/2007. (lec) (Entered: 06/29/2007) |
| 06/28/2007 | 44 | MOTION for Judgment - filed by Roland C. Anderson. (lec) (Entered: 07/02/2007) |
| 07/02/2007 | 45 | REPLY to Response to Motion re 36 MOTION for Reconsideration re 34 and 39 MOTION to Stay filed by Roland C. Anderson. (lec) (Entered: |

| | | 07/06/2007) |
|---|---|---|
| 08/16/2007 | 46 | ORDER DENYING D.I. 35 Motion for Reconsideration ; DENYING D.I. 36 MOTION for Reconsideration (See order for Details). Signed by Judge Joseph J. Farnan, Jr. on 8/16/2007. (lec) (Entered: 08/17/2007) |
| 08/16/2007 | 47 | ORDER DENYING D.I. 39 MOTION to Stay ; DENYING D.I. 43 MOTION to Stay. Extending Scheduling Order Deadlines : Discovery due by 10/12/2007.,Dispositive Motions due by 11/9/2007 (See Order for Details). Signed by Judge Joseph J. Farnan, Jr. on 8/16/2007. (lec) (Entered: 08/17/2007) |
| 08/22/2007 | 48 | USCA Order Terminating Appeal as to 29 Notice of Appeal filed by Roland C. Anderson. USCA Decision: Dismissing. (sc, ) (Entered: 08/22/2007) |
| 08/28/2007 | 49 | MOTION to Stay lower court proceeding - filed by Roland C. Anderson. (lec) (Entered: 09/07/2007) |
| 09/10/2007 | 53 | MOTION to Stay - filed by Roland C. Anderson. (lec) (Entered: 09/15/2007) |
| 09/11/2007 | 51 | NOTICE OF APPEAL of 46 Order on Motion for Reconsideration, 47 Order, Set Scheduling Order Deadlines. Filing fee not received. Appeal filed by Roland C. Anderson. (lec) (Entered: 09/13/2007) |
| 09/11/2007 | 52 | MOTION for Leave to Appeal in forma pauperis - filed by Roland C. Anderson. (lec) (Entered: 09/13/2007) |
| 09/13/2007 | 50 | USCA Order Terminating Appeal as to 37 Notice of Appeal filed by Roland C. Anderson. USCA Decision: Appeal Dismissed. (sc, ) (Entered: 09/13/2007) |
| 09/17/2007 | 54 | ORDER DENYING D.I. 49 MOTION to Stay and D.I. 53 MOTION to Stay. Setting Hearings: The Pretrial Conference previously scheduled for 10/4/2007 has been RESCHEDULED for 3/6/2008 at 11:30 AM in Courtroom 4B before Honorable Joseph J. Farnan, Jr. Signed by Judge Joseph J. Farnan, Jr. on 9/17/2007. (lec) (Entered: 09/18/2007) |
| 09/18/2007 | 55 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 51 Notice of Appeal filed by Roland C. Anderson. USCA Case Number 07-3719. USCA Case Manager: Phyllis Ruffin (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (pr, ) (Entered: 09/18/2007) |
| 09/19/2007 | | CORRECTING ENTRY: Corrected the docket text of D.I. 54 to correctly read that the Pretrial Conference is rescheduled for 3/6/2008. (lec) (Entered: 09/19/2007) |
| 09/20/2007 | | Remark: Per phone request from Mr. Anderson, Clerk's Office mailed him a Transcript Purchase Order form for filing with the Third Circuit Court of Appeals. (rbe) (Entered: 09/20/2007) |
| 09/25/2007 | 56 | Plaintiff's " MOTION To Dismiss His Order for A Deposition" - filed by |

| | | |
|---|---|---|
| | | Roland C. Anderson. (lec) (Entered: 10/02/2007) |
| 09/26/2007 | 57 | Letter to Roland C. Anderson from Clerk of Court regarding Request for Copy of Docket. (lec) (Entered: 10/02/2007) |
| 10/03/2007 | 58 | NOTICE to Take Deposition of Roland C. Anderson on October 24, 2007 at 9:00 a.m. by General Motors.(Busenkell, Michael) (Entered: 10/03/2007) |
| 10/11/2007 | 59 | USCA Order Terminating Appeal as to 51 Notice of Appeal filed by Roland C. Anderson. USCA Decision: Appeal Dismissed for lack of appellate jurisdiction. (pr, ) (Entered: 10/11/2007) |
| 10/12/2007 | 60 | RESPONSE to Discovery Request filed by Roland C. Anderson.(rwc) (Entered: 10/12/2007) |
| 10/19/2007 | 61 | Document titled "Motion to this Court/Violation of Judge's Order", construed as OBJECTIONS to 58 Notice to Take Deposition - filed by Roland C. Anderson. (rwc) (Entered: 10/19/2007) |
| 10/22/2007 | 62 | MOTION for Extension of Time to Complete Discovery *and file Motion for Summary Judgment* - filed by General Motors. (England, Margaret) (Entered: 10/22/2007) |
| 10/23/2007 | 63 | ORDER granting 62 MOTION for Extension of Time to Complete Discovery *and file Motion for Summary Judgment* filed by General Motors. Setting Scheduling Order Deadlines Discovery due by 11/8/2007.,Dispositive Motions due by 12/7/2007. Signed by Judge Joseph J. Farnan, Jr. on 10/23/07. (dab) (Entered: 10/23/2007) |
| 10/24/2007 | 64 | MOTION for Extension of Time to Complete Discovery until at least December 7,2007 - filed by Roland C. Anderson. (bkb) (Entered: 10/24/2007) |
| 10/26/2007 | 65 | MOTION for Pro Hac Vice Appearance of Attorney of Michael A. Williams of Lathrop & Gage L.C. - filed by General Motors. (Busenkell, Michael) (Entered: 10/26/2007) |
| 10/26/2007 | 66 | OBJECTION/RESPONSE to Motion - re 62 MOTION for Extension of Time to Complete Discovery *and file Motion for Summary Judgment* - filed by Roland C. Anderson. (rwc) (Entered: 10/26/2007) |
| 10/26/2007 | | Remark: Per telephone conversation with Roland Anderson, it has been noted that a jury demand was listed on the Civil Cover Sheet (DI 2). The docket has been corrected to reflect the plaintiffs jury demand. (ead) (Entered: 10/26/2007) |
| 10/30/2007 | | SO ORDERED, re 65 MOTION for Pro Hac Vice Appearance of Attorney of Michael A. Williams of Lathrop & Gage L.C. filed by General Motors. Signed by Judge Joseph J. Farnan, Jr. on 10/30/07. (dab) (Entered: 10/30/2007) |
| 10/30/2007 | 67 | MOTION for Extension of Time to take Deposition - filed by Roland C. Anderson. (rwc) (Entered: 10/31/2007) |

| Date | Doc # | Description |
|---|---|---|
| 10/30/2007 | 68 | Letter from Roland Anderson dated 10/25/07 enclosing "Building Log" claiming that defense counsel did not show for deposition. (rwc) (Entered: 10/31/2007) |
| 11/06/2007 | 71 | Letter to Roland C. Anderson from Teresa Koenig, DE Dept. of Labor, rec'd 11/6/07 regarding subpoena for records received. (rwc) (Entered: 11/07/2007) |
| 11/07/2007 | 69 | Document titled " Facts Discovery" - filed by Roland C. Anderson.(rwc) (Entered: 11/07/2007) |
| 11/07/2007 | 70 | SEALED EXHIBIT -(Deposition Exhibit - "Seniority List") - re 69 Facts Discovery - filed by Roland C. Anderson. (Placed under seal by Clerk's Office). (rwc) (Entered: 11/07/2007) |
| 11/07/2007 |  | Remark : Notice Regarding filing of documents containing Personal Information was mailed to plaintiff by the Clerk's Office - re: 70 Sealed Exhibit. (rwc) (Entered: 11/07/2007) |
| 11/14/2007 | 72 | NOTICE OF APPEAL of 63 Order granting 62 MOTION for Extension of Time to Complete Discovery and file Motion for Summary Judgment. Appeal filed by Roland C. Anderson. (rwc) (Entered: 11/14/2007) |
| 11/14/2007 | 73 | MOTION for Leave to Appeal in forma pauperis - filed by Roland C. Anderson. (Attachments: - Attachment to IFP)(rwc) (Entered: 11/14/2007) |
| 11/16/2007 | 74 | ORDER GRANTING re 52 MOTION for Leave to Appeal in forma pauperis filed by Roland C. Anderson. Signed by Judge Joseph J. Farnan, Jr. on 11/16/07. (dab) (Entered: 11/16/2007) |
| 11/19/2007 | 75 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 72 Notice of Appeal filed by Roland C. Anderson. USCA Case Number 07-4347. USCA Case Manager: Carmen M. Hernandez (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (ch1, ) (Entered: 11/19/2007) |
| 11/26/2007 | 76 | TRANSCRIPT REQUEST by Roland C. Anderson - ( None on file) (rwc) (Entered: 11/27/2007) |
| 11/29/2007 | 77 | Remark; Document captioned "Dispositive Motions" filed by plaintiff which references "violation" of various rules; see document for details (bkb) (Entered: 11/29/2007) |
| 12/04/2007 | 78 | ORDER setting briefing schedule Answering Brief due 12/27/2007 re 56 MOTION To Dismiss His Order for A Deposition filed by Roland C. Anderson, 67 MOTION for Extension of Time to filed by Roland C. Anderson, 44 MOTION for Judgment as a Matter of Law filed by Roland C. Anderson, 64 MOTION for Extension of Time to Complete Discovery filed by Roland C. Anderson. If Dft does not file Answering Brief, Court will decide Motions on the papers submitted. Signed by Judge Joseph J. Farnan, Jr. on 12/4/07. (dab) (Entered: 12/04/2007) |
| 12/07/2007 | 79 | MOTION for Summary Judgment - filed by General Motors. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Exhibit 1 Deposition of Roland Anderson# 2 Exhibit Exhibit 1B Deposition of Roland Anderson# 3 Exhibit Exhibit 2 Judge McKelvie's April 7, 1993 Order# 4 Exhibit Exhibit 3 Affidavit of Diane Graham# 5 Exhibit Exhibit 4 Affidavit of David Bull# 6 Exhibit Exhibit 5 Case No. 98-0045-JJF Docket Sheet# 7 Exhibit Exhibit 6 Case No. 98-0040-JJF Docket Sheet# 8 Exhibit Exhibit 7 Judge Farnan's March 9, 2004 Order# 9 General Motors Corporation's Memorandum In Support of Its Motion for Summary Judgment# 10 Text of Proposed Order Proposed Order# 11 Certificate of Service)(England, Margaret) (Entered: 12/07/2007) |
| 12/11/2007 | 80 | MOTION for Summary Judgment - filed by Roland C. Anderson. (dab) (Entered: 12/12/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/19/2007 14:44:23 | | | |
| PACER Login: | lg1522 | Client Code: | 999999 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00877-JJF Start date: 1/1/1970 End date: 12/19/2007 |
| Billable Pages: | 5 | Cost: | 0.40 |