*Amended HLD-39                                              January 11, 2008
                                                             December 21, 2007

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
C.A. No. 07-4347

ROLAND C. ANDERSON

    vs.

GENERAL MOTORS
(D. DEL. CIV. NO. 05-CV-00877)

Present:   SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges

Submitted are:

(1)    By the Clerk for possible dismissal due to a jurisdictional defect; and

(2)    * Appellant's jurisdictional response

in the above-captioned case.

                                  Respectfully,

                                  Clerk

_____ORDER_____

The foregoing appeal is dismissed for lack of jurisdiction. The District Court's order dated October 23, 2007, granting an extension of time to complete discovery and to file a motion for summary judgment, is not a final or appealable order. See 28 U.S.C. § 1291; Bacher v. Allstate Ins. Co., 211 F.3d 52, 53 (3d Cir. 2000).

                                  By the Court,

                                  s/ Joseph F. Weis Jr.
                                  United States Circuit Judge

Dated: February 5, 2008
CMH/cc: RCA, MAW



A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk