In The United State District of Delaware

Rolmel C. Anderson   3-08-8???

vs.

G.M Corp.

Re: Inticment of counsel enter/motion to stay, 28 USC-1915(E)(1) Extension of Time for The Following Reason;

Dear Judge Farnan

As you knowen I'am not a Lawyer and as you can see I, shouldy (I'm)(need)(of)(one) - I'am Just a Struggling Black man doing the best I can do for Justic.

It, would have been very helpful if you would allow me to be Represented By counsel I'am At, A disAvonish for Justic as you can see so Therefor I'am also Requesting for counsel, At the Third circuit court Appeal - which is, still penning. I'am Requesting Extension of Time, until courts Answer my Apeal for counsel, for InKast of Justis. As you are aware the state, says A person is entile to counsel to Represent Any person, unable to Afford counsel - see montgoney pencttak, 294 F, 3d 492; 498(3d-cir, 2002), your Honor not disRespect the court, or Allow me the right (to)(be) Represented by counsel For the InKast of Justis or until Higher courts...

FILED 2008 FEB 26 PM 3:3?  U.S. DISTRICT COURT DISTRICT OF DELAWARE

Your Honor I'am not and was not a Temporary Employee as know. Dave Bull can't lie under oath, to this court. Also, I can't have this false statement on my Record, Reason none of it true, By evidence shown By the plaintiff — I was never Terminated or a Temporary Employee, This can afect my credit and some of union Benefits I'am intile — See Benefits when a person become a member of the union as a Hourly employee under the contract (73) attach, Also can afect pension Benefit too.

Please Read Dave Bull Affidavis page 2 — where he states that Temporary employee are not allow for Call Back for employment on page 2 of Dave Bull Affidavis attach. Also Further evidence under oath from Dave Bull EEOC for G.M. There for I was and Hourly (G.M Invidation P.3,4) — This false statement of Termination or Temporary can't be the same thing, But will affect my life, now and in the Futher as you know, also afect my credit

I would like G.M to list me as Lay-off instead of Terminated or Temporary, it can't be both or one, it untrue. I pay union Dues as well 25.00 a month as Require.

eligible for a benefit thereunder — subject to the Maximum Company Liability Amount. Any trust fund assets remaining after expiration of any benefit entitlement for such eligible employees, will be used to benefit participants, subject to the Maximum Company Liability Amount.

## Personal Savings Plan

Upon termination, or partial termination, of the Personal Savings Plan, no further savings may be contributed to the accounts of participants. Participants will maintain entitlement to vested benefits held in their respective accounts.

## UAW-GM Legal Services Plan

Upon termination, no further legal services shall be provided to participants, except that, a participant shall not be deprived of legal representation in a matter in which Plan benefits are being provided at the time of termination.

## Trustees

Trustees of the Pension Plan, who accumulate assets through which pension benefits are provided, are as follows:

U.S. Trust Company of California
515 S. Flower Street, #2700
Los Angeles, CA 90071

General Motors Trust Company
767 5th Avenue, 15th Floor
New York, NY 10153

Chase Manhattan Bank, N.A.
Chase Metrotech Center
Brooklyn, NY 11245

Mellon Trust
One Mellon Bank Center, Room 3346
Pittsburgh, PA 15258

State Street Bank and Trust
P.O. Box 1992
Boston, MA 02105

The Trustee of the SUB Plan, who accumulates assets through which SUBenefits are provided, is:

BankOne
611 Woodward Avenue
Detroit, Michigan 48232

The Trustee of the GIS Program, who accumulates assets through which GIS benefits are provided, is:

BankOne
611 Woodward Avenue
Detroit, Michigan 48232

The Trustee of the Personal Savings Plan, who accumulates assets through which Personal Savings Plan benefits are provided, is:

State Street Bank and Trust Company
Master Trust Division
One Enterprise Drive
North Quincy, MA 02171

82

## Duration of Benefits

Subject to the SUB Maximum Financial Liability Cap, if you are laid off with at least one year of seniority as of your last day worked prior to a qualifying layoff, and are otherwise eligible:

- You may be laid off for a cumulative maximum of 42 weeks due to volume-related declines (including individual days of layoff) during the term of the 1999 Agreement.

- SUBenefits as long as you satisfy all eligibility requirements under the SUB Plan. Following your 42nd week of volume-related layoff, you will be returned to the regular active employment roll or placed on Protected status.

- You may be laid off in excess of 42 weeks due to non-volume-related reasons, and will be paid SUBenefits until the expiration of the 1999 Agreement, as long as you satisfy all eligibility requirements under the SUB Plan.

## Continuing SUBenefits (C-SUB) and Extended SUBenefits (E-SUB)

"C-SUB" and "E-SUB" are payable in the same amount as Regular SUBenefits. E-SUBenefits are payable to eligible employees laid off from BOC-Leeds, CPC-Fiero, CPC-Framingham and CPC-Lakewood. C-SUBenefits are payable to eligible employees laid off from any other GM location.

### Eligibility

To be eligible for C-SUB and E-SUBenefits:

- Your indefinite layoff from GM must have commenced prior to October 1, 1990 and you must have remained on continuous layoff from GM thereafter, (except for any period of temporary employment with GM under the provisions of the Collective Bargaining Agreement).

- You must have one or more years of seniority at the time of layoff and continue to be on qualifying layoff under the SUB Plan.

### Duration

The maximum duration for C-SUB and E-SUBenefits will be determined from the following table. The payment of C-SUBenefits is subject to the SUB Maximum Financial Liability Cap. No such limit applies to the payment of E-SUBenefits.

| SUB Plan Years of Seniority On Last Day Worked | Maximum Weeks Duration If Laid Off From: BOC-Leeds CPC-Fiero CPC-Framingham CPC-Lakewood (E-SUB) | All Other plants (C-SUB) |
|---|---|---|
| 1-9 | 39 | 26 |
| 10 or more | 65 | 52 |

### Application Requirements

To receive any Regular SUBenefit, including a C-SUB or E-SUBenefit, you must file an application covering each week of layoff within 60 days after the end of the week, or within 60 days of a state UC redetermination or adjustment which provides a basis for eligibility for a SUBenefit. The application is to be filed using the voice response unit (VRU) at the Consolidated Income Security Administration (CISA) Center. You will need your state UC monetary

40

38

The Trustee of the UAW-GM Legal Services Plan, who accumulates assets through which Legal Services Plan benefits are provided, is:

> Comerica N.A.
> Fort & Washington Boulevard
> Detroit, Michigan 48226

The Trustee of the Health Care Program, who accumulates assets through which Health Care Program benefits are provided, is:

> State Street Bank and Trust Company
> Master Trust Division
> One Enterprise Drive
> North Quincy, MA 02171

## Collective Bargaining Agreement

The Hourly-Rate Employees Pension Plan, Life and Disability Benefits Program, Health Care Program, Supplemental Unemployment Benefit Plan, Guaranteed Income Stream Benefit Program, Profit Sharing Plan, Personal Savings Plan, and the UAW-GM Legal Services Plan, each as described in this booklet, are maintained pursuant to a collective bargaining agreement with the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America. A copy of the agreement may be obtained upon your written request to the Plan Administrator.

...Your Honor I know someone hears just a little. But not a lot. Also as you know a union member contacted me as well.

Cert. of Service
Micheil Buensekell
300 Del. Av.
Wil. Del. 19801

Thank you
Roland C. Anderson
113 Lloyd St.
Wil. Del. 19804

Date 2-24-08