FILED
2008 FEB 26 PM 4: 32
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ine THe United STntes DISTRICT court
Roland C. Andeun of Delaware
        vs.                    ⟩ 05-877
General motors corp.          ⟩

### motion for Reageunont

count 1). THe STntes STntes unter R. 30, 3 (who make nttend
peposition, copy of Reeles Attach.

4.) unless othenwise ordered by court, or __Agreed__

By All porties, A deposition may be nttended only by

   B. counsel for ony PARty And membey And

Employee of their Fikm

   C), A porty who is A Natusal person;
see then Letter Dnte Oct 17, 0 , uere it uos Agued

__for MR, Tyndall.__ Attach. unter R. 3013.

THere woo A motion for Judgmont Ine matter of Low
File in June 28, 07 and there wos NO Respond, "From
G, M — InVIoLation R.7,1,2 — unter pleaing & motions.
with G.m; Had 10 days to Respond. But in their
motion for Seunmay Judgmout, G.m mention Abost
Res Judicata — for PARt of the claim. for untimely.
This would be pre judice Agonist claim file in June 28-
07. Reason G.m file their Reponse Untenely.

"5688 Fundamental And substantial Justice
Equal Employment Opportunity Commission V, U.S,
Steel corp. 921 F.2d 489, 492 (3d cir, 1990 (quoting
Hart Steel Co, v. Railroad supply Co. 244 U.S. 294
37 S. Ct 506, 61 L Ed 1148 (1917), Res -Judical,
Avoid the Expense And vexation Attending multiple
Lawsuites, (Also it was Agreed By Both party for Mr.
Tyndall to give Deposition). R, 303

Thank you
Roland C. Anderson
113 Lloyd Str,
Wil, Del, 19809

Date 2-22-08

Cert. of Service
Margaret F, England
300 Del, Avenue
Wil, Del, 19801
The united District of Del aware

your Honor THis s How prejudice Toward me for G.m not Allowing mr. Tyndall do this deposition As Agreed, To R, 30,3 (A) - G.m make a statement About me, not Atten the Deposition, that will file a motion to Have my complain Dismiss with prejudice and approp- riate cost And relief from the court.

THe Rule is clear 30.3 (who make Attend The Deposition, R.30.3 says Agreed By both party Oct 17,07

An require and it was (Agreed) see G.m Letter Attach. (I would) to file to dismiss there LIKE motions As well, with prejudice, In which is only, Right - since G.m would Had Done THis Against me, for not giving my Deposition As stated, (By G.m). Your Honor it was Agreed By Both parties). (moot point), not (Disrespect) this court your To Honor, Jcest making a Fact. with Evidence As Require, And shown. See Letter Attach. it was Agreed.

EX A

MICHAEL A. WILLIAMS
(816) 460-5562
EMAIL: MWILLIAMS@LATHROPGAGE.COM
WWW.LATHROPGAGE.COM

2345 GRAND BOULEVARD
SUITE 2800
KANSAS CITY, MISSOURI 64108-2684
(816) 292-2000, FAX (816) 292-2001

October 17, 2007

**VIA FEDEX**

Roland C. Anderson
113 Lloyd St.
Wilmington, DE  19804

      Re:    Anderson v. GM

Dear Mr. Anderson:

     As you are aware, your deposition is set for October 24, 2007 at our local counsel's office in Wilmington.  I properly noticed up this deposition several weeks ago and it will begin at 9:00 a.m.  As GM will be incurring the travel and deposition costs for me to attend this deposition, I want to make sure that you understand the importance of your attendance.  If you fail to appear for this deposition, we will seek appropriate cost and relief from the Court, including requesting that your case be dismissed with prejudice.

     Finally, while you have not noticed up any depositions, I wanted to make you aware that Mr. Tyndall is on medical leave and is unavailable for any deposition on October 24, 2007.  Thank you.

                    Very truly yours,

                    LATHROP & GAGE L.C.

                    By:

                      Michael A. Williams

:raf

CC 1946867v1

(5)

Change Your Expectations.

KANSAS CITY • OVERLAND PARK • ST. LOUIS • JEFFERSON CITY • SPRINGFIELD • BOULDER • WASHINGTON D.C. • NEW YORK • DENVER • CLAYTON

Roland C. Anderson
September 10, 2007
Page 2

Very truly yours,

LATHROP & GAGE L.C.

By:

Michael A. Williams

:raf

CC 1935509v1

and

David C. Vogel        Mo. Bar No. 45937
Michael A. Williams  Mo. Bar No. 47538
2345 Grand Boulevard
Suite 2800
Kansas City, Missouri 64108-2684
Telephone:  (816) 292-2000
Telecopier:  (816) 292-2001

Attorneys for Defendant

-2-