IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROLAND C. ANDERSON,                :
                                   :
        Plaintiff,                 :
                                   :
    v.                             : Civil Action No. 05-877-JJF
                                   :
GENERAL MOTORS,                    :
                                   :
        Defendants.                :

### O R D E R

At Wilmington, this 28 day of April 2008, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion For Summary Judgment (D.I. 79) is **GRANTED**;

2. Plaintiff's Motion For Summary Judgment (D.I. 80) is **DENIED**;

3. Plaintiff shall obtain written permission from the Court prior to filing any new lawsuits against General Motors Corporation related to his employment with General Motors Corporation.

*Joseph J. Farnan*
UNITED STATES DISTRICT JUDGE