IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROLAND C. ANDERSON,              :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 05-877-JJF
                                 :
GENERAL MOTORS,                  :
                                 :
        Defendants.              :

**<u>FINAL JUDGMENT ORDER</u>**

For the reasons set forth in the Court's Memorandum Opinion and Order attached hereto;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiff on all of Plaintiffs' claims.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 28, 2008

_____
(By) Deputy Clerk