2008 MAY 22 AM 9:51

# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

Roland C. Anderson

DISTRICT COURT
DOCKET NUMBER: 05-877-JJF

v.

General Motor Corp.

DISTRICT COURT
JUDGE: Joseph J. Farnan Sr.

Notice is hereby given that Roland C. Anderson
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment, [ ] Order,

[ ] Other (specify) _____

entered in this action on April 28-08
(date)

Dated: May 21-08

Pro-Se
(Counsel for Appellant-Signature)

Roland C. Anderson
(Name of Counsel - Typed)

113 Lloyd St.
(Address)

Wil. Del. 19804
(City, State Zip)

_____
(Telephone Number)

Michael Busenkell
(Counsel for Appellee)

300 Delaware Avenue
(Address)

Suite 1210 - Wil. Del. 19801
(City, State Zip)

(302) 425-0450
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.